AO 440 (Rev. 06/12) (02/17 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 6:23CV00012

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Officer Seth Reed
was received by me on *(date)* 8/15/24

☐ I personally served the summons on the individual at *(place)*
　　　　　　　　　　　　　　　　　　　　　　　　on *(date)*　　　　　　; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
　　　　　　　　　, a person of suitable age and discretion who resides there,
on *(date)*　　　　, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Vicki Ellis, Records Office Mgr., who is designated by law to accept service of process on behalf of *(name of organization)*
Lynchburg Police Department on *(date)* Aug. 16, 2024　; or

☐ I returned the summons unexecuted because　　　　　　　　　　　　　　　　; or

☐ Other *(specify):*

My fees are $　　　　for travel and $　　　　for services, for a total of $　0.00

I declare under penalty of perjury that this information is true.

Date: August 16, 2024

*Server's signature*

Breeland Sandhoff, Private Server
*Printed name and title*

Va. Attorneys' Process Service
215 Alpha Ln Evington VA 24550
*Server's address*

Additional information regarding attempted service, etc: