IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CALVIN WESLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action: 6:24cv00032 |
| ) | |
| THE CITY OF LYNCHBURG and ) | |
| LPD OFFICER SETH REED, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS

Defendant LPD Officer Seth Reed, by counsel, moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Counts 12 and 13 of the Complaint because they fail to state a claim upon which relief can be granted as more fully set forth in Defendant Officer Reed's Memorandum in Support of Motion to Dismiss.

**WHEREFORE**, Defendant Officer Seth Reed respectfully moves the Court to dismiss Counts 12 and 13 of the Complaint with prejudice.

OFFICER SETH REED

By: /s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB #22299)
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
            johnf@guynnwaddell.com
*Counsel for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

M. Paul Valois
James River Legal Associates
7601 Timberlake Road
Lynchburg, VA 24502
Phone: (434) 845-4529
Fax: (434) 845-8536
Email: mvalois@vbclegal.com
*Counsel for Plaintiff*

Steven D. McFadgen, Sr.
McFadgen Law, PLC
3831 Old Forest Road, Suite 6
Lynchburg, VA 24501
Phone: (434) 385-4579
FAX: (888) 873-1048
Email: muchmorelaw@gmail.com
*Counsel for Plaintiff*

/s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB #22299)
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
           johnf@guynnwaddell.com
*Counsel for Defendants*