IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CALVIN WESLEY, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) )   Civil Action: 6:24cv00032 |
| THE CITY OF LYNCHBURG and LPD OFFICER SETH REED, | ) ) ) ) |
|     Defendants. | ) ) |

## **ANSWER**

Defendant, LPD Officer Seth Reed, by counsel, answers the Complaint as follows:

1. With regard to paragraphs 1-4, Defendant admits that jurisdiction and venue is correct in the Lynchburg Division of the United States District Court for the Western District of Virginia. Defendant denies that this Court has jurisdiction over the state law claims standing alone.

2. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 5.

3. Defendant admits the allegations contained in paragraph 6.

4. With regard to paragraph 7, Defendant admits that he was a police officer employed by the Lynchburg Police Department at all times relevant to the allegations contained in the Complaint.

5. Defendant denies the allegations contained in paragraphs 8-87.

6. With regard to the allegations contained in paragraph 8-87, Defendant affirmatively states that he lawfully took Plaintiff into custody, did not violate Plaintiff's

constitutional rights, only used force in response to Plaintiff's resistance, and used the minimum amount of force necessary to take Plaintiff into custody.

7. Defendant denies the allegations contained in paragraphs 88-127.

8. With regard to paragraphs 88-127, Defendant affirmatively states that he lawfully took Plaintiff into custody, did not violate Plaintiff's constitutional rights, only used force necessary in response to Plaintiff's resistance, and used the minimum amount of force to take Plaintiff into custody.

9. Paragraphs 128-135 contain no allegations against Defendant and therefore he is not required to respond to those allegations.

10. Defendant denies the allegations contained in paragraphs 136-169.

11. Paragraphs 170-230 contain no allegations against Defendant and therefore he is not required to respond to those allegations.

12. To the extent the IIED claims contained in paragraphs 231-244 are not dismissed, Defendant denies the allegations contained in those paragraphs.

13. Defendant denies the allegations contained in paragraphs 245-281.

14. Defendant denies all allegations not expressly admitted herein.

15. Defendant denies that he is indebted or liable to the Plaintiff for the amounts or reasons set forth in the Complaint or any other amounts or reasons whatsoever.

16. Defendant is immune from suit or damages by the doctrines of sovereign, governmental, and/or qualified immunity.

        OFFICER SETH REED

By: /s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB #22299)
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax: 540-389-2350
Email: jimg@guynnwaddell.com
      johnf@guynnwaddell.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

| | |
|---|---|
| M. Paul Valois<br>James River Legal Associates<br>7601 Timberlake Road<br>Lynchburg, VA 24502<br>Phone: (434) 845-4529<br>Fax: (434) 845-8536<br>Email: mvalois@vbclegal.com<br>*Counsel for Plaintiff* | Steven D. McFadgen, Sr.<br>McFadgen Law, PLC<br>3831 Old Forest Road, Suite 6<br>Lynchburg, VA 24501<br>Phone: (434) 385-4579<br>FAX: (888) 873-1048<br>Email: muchmorelaw@gmail.com<br>*Counsel for Plaintiff* |

/s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB #22299)
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax: 540-389-2350
Email: jimg@guynnwaddell.com
      johnf@guynnwaddell.com
*Counsel for Defendants*