IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CALVIN WESLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action: 6:24cv00032 |
| CITY OF LYNCHBURG, et al., | ) ) ) |
| Defendants. | ) ) |

## **MOTION FOR PROTECTIVE ORDER**

Defendants City of Lynchburg and Officer Seth Reed, by counsel, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, move the Court for entry of the attached protective order. In support thereof, Defendants state as follows:

1. On September 12, 2024, the parties held a Rule 26(f) conference. During the conference, Defendants' counsel discussed the need for a protective order with Plaintiff's counsel. The parties agreed it "appear[ed] necessary for a protective order to be entered to protect the confidentiality of certain documents and/or things anticipated to be requested in discovery" and that Defendants' counsel would submit a proposed protective order. (Rule 26(f) Report at ¶ 6, ECF No. 15.)

2. Counsel for the parties have agreed on the form of the attached Protective Order.

WHEREFORE, Defendants respectfully request that the Court enter the attached protective order.

CITY OF LYNCHBURG
SETH REED

By: /s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB #22299)
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
           johnf@guynnwaddell.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

| | |
|---|---|
| M. Paul Valois (VSB 72326)<br>James River Legal Associates<br>7601 Timberlake Road<br>Lynchburg, VA 24502<br>T: 434-845-4529<br>F: 434-845-8536<br>Email: mvalois@vbclegal.com<br>*Counsel for Plaintiff* | Steven D. McFadgen Sr., Esq. (VSB No. 83273)<br>McFadgen Law, PLC<br>3831 Old Forest Road, Suite 6<br>Lynchburg, Virginia 24501<br>Telephone: (434) 385-4579<br>Facsimile: (434) 900-2008<br>muchmorelaw@gmail.com<br>*Counsel for Plaintiff* |

/s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB # 22299)
John R. Fitzgerald (VSB # 98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: JimG@guynnwaddell.com
           JohnF@guynnwaddell.com
*Counsel for Defendants*