# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

**Calvin Wesley**

vs.

**The City of Lynchburg, et al.**

Action No:   6:24CV00032
Date:   January 9, 2025
Judge:   Norman K. Moon
Court Reporter:   Mary Butenschoen
Deputy Clerk:   Carmen Amos

Plaintiff Attorney(s)
M. Paul Valois
Steven D. McFadgen

Defendant Attorney(s)
John R. Fitzgerald

### LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:

All parties present by Zoom video-conference for hearing on the following motions:

ECF No. 7 – Motion to Dismiss for Failure to State a Claim filed by Defendant The City of Lynchburg; and

ECF No. 12 – Motion to Dismiss for Failure to State a Claim filed by Defendant LPD Officer Seth Reed;

Remarks by the Court. Arguments heard. Appropriate opinion and order forthcoming.

Time in Court:   2:00 – 2:26 p.m.   (26 minutes)