CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
6/13/2025
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

CALVIN WESLEY.

           *Plaintiff*,

v.

THE CITY OF LYNCHBURG, et al.

           *Defendants*.

CASE NO. 6:24-cv-00032

**ORDER**

JUDGE NORMAN K. MOON

    Pursuant to the Memorandum Opinion issued this date, Officer Seth Reed's motion to dismiss Counts 12 and 13 of Plaintiff Calvin Wesley's Complaint, Dkt. 12, is **GRANTED**, and the City of Lynchburg's motion to dismiss, Dkt. 7 is **GRANTED IN PART and DENIED IN PART.** More specifically, the City's motion is granted as to Counts 8 through 11 of the Complaint and denied as to Counts 4 through 7.

    It is so **ORDERED**.

    Entered this 13th day of June, 2025.

                                            NORMAN K. MOON
                                          SENIOR UNITED STATES DISTRICT JUDGE