IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CALVIN WESLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE CITY OF LYNCHBURG and )<br>LPD OFFICER SETH REED, )<br>)<br>Defendants. ) | Civil Action: 6:24cv00032 |

## MOTION TO EXTEND PRETRIAL DEADLINES

Defendant City of Lynchburg (the "Defendant"), by counsel, moves to extend certain pretrial deadlines and in support thereof state as follows:

1. Counsel for the Defendant has discussed this motion with counsel for the Plaintiff and counsel for the Plaintiff agrees to the relief sought generally in this motion, although they have not confirmed their agreement with the exact lengths of the extensions.

2. The pretrial schedule in the Court's order of September 9, 2024 (ECF No. 11) sets the deadline to complete discovery 90 days before trial, the deadline to file dispositive motions 75 days before trial, and the deadline to hear dispositive motions 45 days before trial.

3. Trial in this matter is scheduled for November 19-21, 2025, making the deadline to complete discovery August 21, 2025, the deadline to file dispositive motions September 5, 2025, and the deadline to hear dispositive motions October 6, 2025.

4. Plaintiff began a Rule 30(b)(6) deposition of a designee from the Defendant City of Lynchburg on August 12, 2025 that remained open under the agreement of counsel for the parties.

5.	While the parties attempted in good faith to schedule a follow-up to the Rule 30(b)(6) deposition prior to the discovery deadline on August 21, 2025, the earliest date that they could schedule the follow-up was September 22, 2025, which is beyond both the discovery deadline and the deadline to file dispositive motions.

6.	Finishing the Rule 30(b)(6) deposition is critical to the arguments of both parties regarding the Plaintiff's claims against the Defendant.

7.	Accordingly, the Defendant requests that the Court extend the deadline to complete discovery to 45 days before trial (October 6, 2025), the deadline to file dispositive motions to 30 days before trial (October 20, 2025), and the deadline to hear dispositive motions to 15 days before trial (November 4, 2025).

WHEREFORE, Defendants respectfully move the Court for entry of an order extending the deadline to complete discovery to 45 days before trial, the deadline to file dispositive motions to 30 days before trial, and the deadline to hear dispositive motions to 15 days before trial.

CITY OF LYNCHBURG

By /s/ John R. Fitzgerald
Jim H. Guynn, Jr., Esq. (VSB # 22299)
John R. Fitzgerald, Esq. (VSB # 98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
         johnf@guynnwaddell.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

M. Paul Valois
James River Legal Associates
7601 Timberlake Road
Lynchburg, VA 24502
Phone: (434) 845-4529
Fax: (434) 845-8536
Email: mvalois@vbclegal.com
*Counsel for Plaintiff*

Steven D. McFadgen, Sr.
McFadgen Law, PLC
3831 Old Forest Road, Suite 6
Lynchburg, VA 24501
Phone: (434) 385-4579
FAX: (888) 873-1048
Email: muchmorelaw@gmail.com
*Counsel for Plaintiff*

/s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB #22299)
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
         johnf@guynnwaddell.com
*Counsel for Defendants*