IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CALVIN WESLEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action: 6:24cv00032 |
| | ) |
| THE CITY OF LYNCHBURG and | ) |
| LPD OFFICER SETH REED, | ) |
| | ) |
|     Defendants. | ) |

### DEFENDANT SETH REED'S MOTION FOR SUMMARY JUDGMENT

Defendant, Sergeant Seth Reed, by counsel, respectfully moves for summary judgment on all of the Plaintiff's claims against him pursuant to Rule 56 of the Federal Rules of Civil Procedure. The grounds for this motion are more fully set forth in the memorandum in support filed contemporaneously herewith.

WHEREFORE, Defendant, Sergeant Seth Reed, respectfully requests that the Court enter summary judgment in his favor and dismiss the claims against him with prejudice.

Respectfully,

SERGEANT SETH REED

By /s/ John R. Fitzgerald
Jim H. Guynn, Jr., Esq. (VSB # 22299)
John R. Fitzgerald, Esq. (VSB # 98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
            johnf@guynnwaddell.com
*Counsel for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of February, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

| | |
|---|---|
| M. Paul Valois | Steven D. McFadgen, Sr. |
| James River Legal Associates | McFadgen Law, PLC |
| 7601 Timberlake Road | 3521 Campbell Avenue |
| Lynchburg, VA 24502 | Lynchburg, VA 24501 |
| Phone: (434) 845-4529 | Phone: (434) 385-4579 |
| Fax: (434) 845-8536 | FAX: (888) 873-1048 |
| Email: mvalois@vbclegal.com | Email: muchmorelaw@gmail.com |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

/s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB #22299)
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
            johnf@guynnwaddell.com
*Counsel for Defendants*

2