Exhibit 2

Officer Reed body cam to be provided via USPS.

{00534289.DOCX }