IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

*****************************************************

CALVIN WESLEY,

    Plaintiff,

v.                    CASE NO. 6:23-cv-00012

CITY OF LYNCHBURG, et al.,

    Defendants.

*****************************************************

DEPOSITION OF CALVIN WESLEY

December 8, 2023

1:38 p.m. - 2:32 p.m.

Lynchburg, Virginia

EVANS & COMPANY
P.O. Box 11822
Lynchburg, VA  24506
(434)239-2552

REPORTED BY:  Kimberly A. Henderson, RPR

1      Deposition of CALVIN WESLEY, taken and

2 transcribed on behalf of the Plaintiff, pursuant to

3 notice and/or agreement to take depositions; by and

4 before Kimberly A. Henderson, a Registered

5 Professional Reporter and Notary Public in and for

6 the Commonwealth of Virginia at Large; commencing

7 at 1:38 p.m., December 8, 2023, at the Office of

8 the Lynchburg City Attorney, 900 Church Street, 3rd

9 Floor, Lynchburg, Virginia.

10 APPEARANCES OF COUNSEL:

11

12      JAMES RIVER LEGAL ASSOCIATES
       7601 Timberlake Road
13     Lynchburg, Virginia  24502
       434.845.4529
14     kthomas@vbclegal.com
   BY:  PAUL VALOIS, ESQUIRE
15          Counsel for the Plaintiff

16      MCFADGEN LAW PLC
       3831 Old Forest Road, Suite 6
17     Lynchburg, Virginia  24501
       434.385.4579
18     rebeccagibson@mcfadgenlaw.com
   BY:  STEVEN D. MCFADGEN, SR., ESQUIRE
19          Counsel for the Plaintiff

20      GUYNN, WADDELL, CARROLL & LOCKABY, P.C.
       415 S. College Avenue
21     Salem, Virginia  24153
       540.387.2320
22     jimg@guynnwaddell.com
   BY:  JIM H. GUYNN, JR., ESQUIRE
23          Counsel for the Defendants

24

25

```
 1                    I N D E X

 2                                              Page

 3   WITNESS:

 4        CALVIN WESLEY

 5           Examination by Mr. Guynn          4

 6

 7

 8                  E X H I B I T S

 9   (None marked.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   (1:38 p.m., December 8, 2023)

 2

 3                   CALVIN WESLEY

 4          was sworn and testified as follows:

 5             E X A M I N A T I O N

 6   BY MR. GUYNN:

 7          Q.   Please state your name.

 8          A.   Calvin Wesley.

 9          Q.   Mr. Wesley, my name is Jim Guynn.

10   I'm defending the lawsuit that you brought.

11          A.   Yes, sir.

12          Q.   And as Mr. Valois said today, you

13   know, I'm going to ask you some questions and

14   you're going to answer them, and our court reporter

15   is going to take them down.

16          A.   Uh-huh.

17          Q.   A couple of things that will help as

18   far as getting a good transcript out of this, one

19   is if you'll wait to answer the question until I

20   get finished with it, I'll wait until you finish

21   your answer before I start my next question.

22          A.   All right.

23          Q.   And that will help her take it down.

24   Most court reporters, I should warn you, get

25   really, really irate when you start talking over
```

EVANS & COMPANY

```
 1   each other.  Some of them are even armed.  So let's
 2   not get on her bad side with this; okay?
 3              Is there anything today going on that
 4   would keep you from being able to answer my
 5   questions truthfully?
 6         A.   No, huh-uh.
 7         Q.   Okay.  Have you had anything to drink
 8   today?
 9         A.   No.
10         Q.   Taken any illegal drugs?
11         A.   No.
12         Q.   If you don't hear my question or
13   don't understand it, I want you to tell me that.
14         A.   All right.
15         Q.   And if you answer the question, I'm
16   going to assume that you both heard it and
17   understood it.
18         A.   All right.
19         Q.   Is that fair?
20         A.   Sure.
21         Q.   Okay.  What's your address, Mr.
22   Wesley?
23         A.   2550 Anthony Place.
24         Q.   I'm sorry, tell me again.
25         A.   2550 Anthony Place.
```

```
 1              Q.   What place?
 2              A.   2550 --
 3              MR. VALOIS:  Anthony.
 4              THE WITNESS:  -- Anthony Place.
 5  BY MR. GUYNN:
 6              Q.   Anthony Place.  Thank you.  I'm not
 7  from around here, so I don't know Anthony Place.
 8              How old are you?
 9              A.   54.
10              Q.   Are you currently employed?
11              A.   Not by being that I messed up, my
12  whole right side messed up.
13              Q.   So is that, is the answer no?
14              A.   No.
15              Q.   Okay.  When was the last time you
16  were employed?
17              A.   2019, 2020.
18              Q.   Sometime in 2019 to 2020?
19              A.   Yeah.
20              Q.   And what was your occupation?
21              A.   Brick mason.  Former.  Former.
22              Q.   Okay.  Did you work for a particular
23  company?
24              A.   Where I was a mason at, M&H Mason.
25              Q.   And are they a subcontractor to
```

```
 1  builders?
 2          A.    Yeah, yeah, they subcontract, yeah.
 3          Q.    And was your work with them regular?
 4          A.    Yes, it was.
 5          Q.    How long were you doing the brick
 6  mason work?
 7          A.    I've been doing brick mason my whole
 8  life.
 9          Q.    Did you finish high school?
10          A.    No, sir.
11          Q.    What grade did you go through?
12          A.    Ninth grade.  That was it.
13          Q.    And when you say your whole life, are
14  you talking about after the ninth grade?
15          A.    Pretty much.  I started working when
16  I was seven.
17          Q.    What did you do when you were seven?
18          A.    Worked grocery store on White Rock
19  Hill.
20          Q.    Where was it?
21          A.    White Rock Food Market.
22          Q.    Now, are you from Amherst County
23  originally?
24          A.    I'm originally born, born in Amherst
25  County, raised in Lynchburg.
```

Page 8

```
 1              Q.    Are you married?

 2              A.    I'm divorced.

 3              Q.    Do you have children?

 4              A.    13.

 5              MR. VALOIS:  13 children?  No wonder

 6   you look older than 54.

 7   BY MR. GUYNN:

 8              Q.    Are all those children over the age

 9   of 21, of 18?

10              A.    They are.

11              Q.    Okay.  Do any of them live in the

12   Lynchburg/Amherst area?

13              A.    All of them do.

14              Q.    They all do?  Okay.  And do they all

15   have your last name?

16              A.    No, huh-uh.

17              Q.    Okay.  How about giving me the last

18   names of your children.

19              A.    Sandidges, Wesleys, Glover.

20              Q.    Sandidges, and then Wesleys, and then

21   Glovers?

22              A.    Wesleys and Glovers.

23              Q.    Okay.  I'm going to call your

24   attention, Mr. Wesley, to the events of March 11th,

25   2021.
```

```
1                        Do you remember that day?  The first
2    encounter, I guess, it was the first encounter with
3    a dog?
4              A.   First encounter, yeah, I remember it.
5    I wrote a 10-page, 15, 10-page letter for the
6    lawyer, for Aaron Boone.  I ain't forget it.  I'll
7    never forget it.
8              Q.   Was he your lawyer in that case?
9              A.   He was.
10             Q.   And did he ask you to write the
11   letter to him?
12             A.   No, he didn't.  I wrote it on my own.
13   My own, to let him know from what that body cam
14   said, everything I said on that paper was what the
15   body cam showed.
16             Q.   So was this something that you
17   prepared after looking at the body cam?
18             A.   No, sir.  Before I looked at the body
19   cam.
20             Q.   And have you given that letter to
21   anybody besides Mr. Boone?
22             A.   Boone the only one got it.
23             MR. VALOIS:  For the record, Aaron
24   Boone's a public defender, and they have a standard
25   client intake sheet to provide a narrative, and I
```

1  think that's what he's talking about.  So he is the

2  public defender.

3              MR. GUYNN:  Right.

4              MR. VALOIS:  And so that's what I

5  think he's talking about, is their regular intake

6  sheet.

7              MR. GUYNN:  Okay.

8              MR. VALOIS:  Just to speed things up,

9  I think that's what he's talking -- you can ask

10  him, but I think that's what he's talking about.

11             MR. GUYNN:  Do you take the position

12  that it's privileged?

13             MR. VALOIS:  If he wrote it for

14  his -- well, I think that's between him and

15  Mr. Boone.  I don't -- he wrote that in the course

16  of his criminal representation.  It may be.  It's

17  his privilege to assert.

18             MR. GUYNN:  Right.

19             MR. VALOIS:  So I'll tell you what,

20  what I'll do is -- I don't even -- do we even have

21  that?  I don't think we even have it, but I'll call

22  Mr. Boone.  He'll probably require a release.

23             THE WITNESS:  I already signed it.

24             MR. VALOIS:  Okay.  You got one.

25  Okay.  Then I'll ask Mr. Boone to give it to me,

1  and then I'll review it, and then I'll let you know

2  whether we're going to worry about privilege or

3  not, then.

4            THE WITNESS:  He's supposed to have

5  been getting you-all that file.

6            MR. VALOIS:  Because there's nothing

7  to claim as privileged now, because we don't have

8  it.  But if you want to delve into the information

9  that, what's in the document?

10           MR. GUYNN:  Well, yeah, I mean, I

11 would like to know what he said in the document,

12 but I don't think, I mean, if you're saying it's

13 privileged, then I'm not sure I can do that.  So

14 I'm trying to --

15           MR. VALOIS:  Yeah, I understand.  My

16 position is there's a third lawyer who's not here

17 in this room today.  Right.

18           MR. GUYNN:  Right.

19           MR. VALOIS:  And so I don't want to

20 trample on his -- what I'm telling you is if -- you

21 wrote that document; right?

22           THE WITNESS:  Yeah.  The very second

23 day of being locked up.

24           MR. VALOIS:  Do you care who sees it?

25           THE WITNESS:  No.  I want everybody

```
 1  to see it.
 2              MR. VALOIS:  No, then I'm not, I
 3  don't claim a privilege.
 4              THE WITNESS:  That's in there word
 5  for word --
 6              MR. VALOIS:  Hold on, hold on, hold
 7  on.
 8              MR. GUYNN:  Are you waiving the
 9  privilege for your client?
10              MR. VALOIS:  I waive the privilege
11  for my client.  I don't care if you ask him about
12  it, but I do not have that document, just to be
13  clear.
14              MR. GUYNN:  Okay.
15  BY MR. GUYNN:
16         Q.   So you said it was your second day in
17  jail that you wrote the letter?
18         A.   It was pretty much.  And he probably
19  got it maybe a week later or so.
20         Q.   Okay.  When's the last time you saw
21  that document?
22         A.   The day I wrote it.
23         Q.   Okay.  You haven't looked at it or
24  reviewed it since?
25         A.   No.
```

1          Q.    And you said it was about 10 pages?

2          A.    Pretty much.  Or maybe a little more.

3          Q.    And would your recollection of the

4    events of March 11th, 2021, have been better then

5    than they are now?

6          A.    It's still the same.  It ain't going

7    to change.

8          Q.    All right.  When did you first

9    observe, or when did the police officers first

10   approach you?  What time of day was it?

11         A.    Early in the morning.

12         Q.    Before noon?

13         A.    Pretty much.  Yeah, it had to be

14   noon.  It was before noon.

15         Q.    Okay.  And after dawn?

16         A.    Yeah, it was after dawn.

17         Q.    Okay.

18         A.    It was probably about nine or ten,

19   something like that.  Because me and the lady that

20   I was renting from, we just had went and got some

21   materials and dropped it off at the house.  And

22   then when I got back in the truck to go get more

23   materials, that's when they approached me.

24         Q.    And that was the lady you were

25   renting from?

```
 1              A.   Yeah.  Bernice, Bernice Perkins.  She
 2   rents rooms.
 3              Q.   Okay.  Does she still -- I mean, I
 4   take it she still owns that house?
 5              A.   Yes, sir.
 6              Q.   Have you had any contact with
 7   Ms. Perkins in the last couple of months?
 8              A.   No, sir.
 9              Q.   When did you last have contact with
10   her?
11              A.   The day we got locked up, I got
12   locked up.
13              Q.   All right.  So which police officer
14   approached you first?  Do you know the name?
15              A.   No, no.  I knew two of them for sure.
16   That's Reed and THEN Peterson, Patterson, Peterson,
17   whatever his name is.  That's the one that choked
18   me, had me choking me on the front door of the
19   lady's car, truck.
20              Q.   All right.  Who spoke to you first?
21   Which officer spoke to you first?
22              A.   It wasn't neither one of them.  I
23   don't know the names.
24              Q.   Okay.
25              A.   I don't know them by name, but I do
```

```
 1  know them two.
 2              Q.   I got you.
 3                   So it was somebody, it was one of the
 4  officers that you don't know the name of?
 5              A.   Yeah.  They said, "Are you Calvin
 6  Wesley?"
 7                   I said, "Yes, I am."
 8                   They said, "Get out of the truck,"
 9  and I did.
10                   They said, "Turn."
11                   I said, "Can I ask what I'm being
12  locked up for?"
13                   And that's when Reed, "I don't have
14  to tell you shit."
15                   Oh, but you do.  You ain't got no
16  papers.  You ain't telling me what I'm being locked
17  up for.  You got -- I got a right to know what I'm
18  being locked up for.  That, I know.  A lot I know
19  about the law, but people think I don't, but I'm
20  far from being dumb.
21              Q.   Did you ask him for the papers?
22              A.   Yes, I did.  And I asked him what was
23  I being locked up for.  He told me, and I'm going
24  to tell you again, "I don't have to tell you shit."
25              Q.   And at the point that they told you
```

1  that, did you decide that you were not going to go

2  voluntarily with them?

3          A.    I did everything they asked.

4          Q.    So as we're sitting here today, you

5  don't have a recollection that you resisted the

6  arrest at all?

7          A.    I didn't resist, I didn't assault

8  him.  I didn't do nothing.  And in his police

9  report, he said I assaulted him.  It shows no

10  assault.  In my statement I wrote, no assault.  On

11  that body cam, it shows no assault.  I came down on

12  him like I was on WWE, that's what he stated, on

13  back of his head.  How the hell, when you got a

14  damn dog in front of you.

15              MR. VALOIS:  Can I have just a

16  second?  Calvin, now, look, I understand that

17  you're upset.

18              THE WITNESS:  No.  I'm just stating

19  the fact that --

20              MR. VALOIS:  Listen.  Hey, stop.  Let

21  me talk for a second.  I understand you're upset.

22  Mr. Guynn just has a job to do.

23              THE WITNESS:  This ain't got nothing

24  to do with you.

25              MR. VALOIS:  I just want to make sure

1 you understand.

2               THE WITNESS:  It's enough of these

3 damn vigilante police officers out here on these

4 streets.

5               MR. VALOIS:  Yeah.  Okay.

6               THE WITNESS:  And it's time to clean

7 it up and get them out of there.

8 BY MR. GUYNN:

9          Q.  All right.  So when they told you

10 they didn't have to tell you anything about why you

11 were locked up, that didn't make you mad?

12          A.  No.  I did what they asked me to do.

13 Putting the handcuff on the left hand, not the

14 right.  I told him here go my hand, put the

15 handcuffs.  He told the police officer, "Move out

16 of the way," and he -- and they sicced the damn dog

17 on me.

18          Q.  Did you hear him say anything about

19 cooperating before he ordered the dog to apprehend

20 you?

21          A.  He didn't say nothing about

22 cooperating.  He didn't say nothing about

23 cooperating.  I was cooperating with the whole

24 thing from the time they said, "Get out of the

25 truck, turn around and put your hands on the

1  truck," the whole nine yards.  But you still going

2  to tell me what I'm being locked up for.  You don't

3  have no papers, so tell me what I'm being locked up

4  for, what you apprehending me for.

5          Q.   Why did it matter?

6          A.   It matters a lot.  If you're being

7  locked up, don't you want to know what you're being

8  locked up for?  If you riding up and down the

9  street and the police pull you, don't you want to

10  know what he's pulling you over for?

11          Q.   Well, I guess --

12          A.   I mean, wouldn't you?

13          Q.   I guess what I'm trying to figure

14  out --

15          A.   It matters, it matters a lot of

16  difference.  You want everybody, any individual

17  would want to know why are they being locked up, if

18  you don't have no knowledge and you got no warrants

19  on you.

20          Q.   But there wasn't any question in your

21  mind, was there, that they were going to put you in

22  handcuffs and lock you up?

23          A.   It didn't matter what was he going to

24  do.  I did everything they asked.

25          Q.   So my question --

```
 1              A.   You don't have no papers.  You don't
 2  have no warrant papers, so I'm asking a question.
 3  So you should pretty much answer the question with
 4  no problem, why I'm being apprehended.  They
 5  supposed to be serve and protect.  They don't serve
 6  to protect.  What, who they protecting here in
 7  Lynchburg?  Nobody.  But theirself and their job.
 8              Q.   All right.  Prior to March 11th,
 9  2021, had you ever been arrested before?
10              A.   I sure have.
11              Q.   And in that experience, were you
12  handcuffed?
13              A.   I sure was.
14              Q.   Okay.
15              A.   I ain't got no problem being
16  with -- if I do something, I ain't got no problem
17  doing my time.  If you got a warrant for me, show
18  me my warrant.  If you're locking me up, let me
19  know what I'm being locked up for.
20              Q.   But my question a minute ago was,
21  what difference does it make --
22              A.   It makes a lot of difference.  And
23  that was my answer.
24              Q.   Will you let me finish the question?
25              A.   Yeah, go ahead.
```

```
 1              Q.   Okay.  Because I'm going to let you
 2    finish your answer.
 3              A.   Okay.  Go ahead.
 4              Q.   What difference does it make whether
 5    there's a warrant or not?  You're still going to be
 6    locked up.  Does that mean you're going to resist?
 7              A.   No, it don't mean -- I want to know.
 8    It makes a lot of difference, and I got a right to
 9    know.
10              Q.   So your testimony is, to cut to the
11    chase, that you didn't resist at all in this --
12              A.   No, I did not.  And the body cam will
13    prove that.
14              Q.   Okay.  Let me finish the question.
15              A.   You just said you didn't resist at
16    all.
17              Q.   In this incident?
18              A.   No, I did not.  I just said that.  I
19    didn't.  And the body cam will prove it, as well as
20    my statement.
21              Q.   And to the extent your statement
22    differs from the body cam, the body cam would be
23    accurate, wouldn't it?
24              A.   My statement is dead with the body
25    cam, everything that happened on the body cam, my
```

```
1   statement says word for word.  No difference.  No

2   difference.

3            Q.   Did you understand my question?

4            A.   I understood your question.  I just

5   answered your question.

6            Q.   I think it was a yes or no answer?

7            A.   You can take that as a yes, but I'm

8   still going to say what I have to say.

9            Q.   I don't have any problem with that.

10  I just need to know the answer to the question,

11  then you can say whatever you want to say.  Okay?

12  Is that fair enough?

13           A.   Shoot.

14           Q.   Yes or no?  Is that fair enough?

15           A.   Shoot.

16           Q.   Am I being fair with you, Mr. Wesley?

17           A.   Yes.  Shoot.

18           Q.   On March 11th, 2021, Officer Reed's

19  dog bit you; correct?

20           A.   Yeah.

21           Q.   Where did he bite you?

22           A.   Two places on the leg.  Three

23  different times.  You want to see?

24           Q.   Did he -- let me make sure I

25  understand.
```

```
 1                    Two places on the leg and three
 2   different times?
 3             A.   Exactly.
 4             Q.   So is that twice in one place and
 5   once in the other?
 6             A.   Exactly.
 7             Q.   And is there a scar?
 8             A.   There is.
 9             Q.   May I see it?
10             A.   Yeah.  You want me pulling my pants
11   down?
12             Q.   I'm sorry.  I don't want to see it.
13             A.   I don't have no problem pulling my
14   pants down.
15             Q.   Okay.  Let's do this, do you know
16   whether or not there are photographs of the
17   scarring?
18             A.   Yes, there is.  In the hospital, on
19   the hospital junk that -- this and all that I gave
20   Mr. -- it's all on there.  It's there.
21                  MR. VALOIS:  They're attached as
22   exhibits to the CAD reports that were introduced in
23   the Seth Reed deposition.
24   BY MR. GUYNN:
25             Q.   Are there any others besides that?
```

```
 1                    A.   On the second incident.

 2                    Q.   The photos of the second incident,

 3   but there are no other photos that you know of of

 4   your leg?

 5                    A.   Not at all.

 6                    Q.   So the photos were taken at the

 7   hospital?

 8                    A.   At the hospital and the lawyer took

 9   some, Aaron Boone took some.

10                    Q.   So Aaron Boone took some photos, and

11   who took the photos at the hospital?  Was it

12   hospital personnel?

13                    A.   When they doing -- I guess so.  I

14   don't know.  I'm out of it.

15                    Q.   Okay.

16                    A.   But they got -- you got a disc,

17   right?  Did I give you that disc?  They got a disc

18   of the whole thing.

19                    Q.   What treatment, what hospital were

20   you taken to?

21                    A.   Lynchburg General.

22                    Q.   Prior to your encounter with the

23   officers on March 11th, 2021, had you drank any

24   alcohol that day?

25                    A.   No, I did not.
```

```
 1                    Q.   Had you taken any illegal --

 2                    A.   No, I did not.

 3                    Q.   -- drugs?  You want to let me finish

 4    my question?

 5                    A.   I already knew what you was going to

 6    ask me.  When you say, "Have you taken any," I knew

 7    that was drugs.  No, I did not.  And that's my

 8    answer.

 9                    Q.   All right.  Mr. Wesley, we can argue

10    all you want to --

11                    A.   I'm not arguing with you.

12                    Q.   I think you are.

13                    A.   No, I'm not.

14                    Q.   And if you'll be quiet just a second

15    and let me talk --

16                    A.   I knew what you was going --

17                    Q.   I don't have a question.

18                    A.   You said, I knew you was coming with

19    the drug, so that's what I'm going to answer you.

20    No, I did not.

21                    MR. VALOIS:  He has to ask the

22    question.

23    BY MR. GUYNN:

24                    Q.   I'm trying to do this for the court

25    reporter; okay?
```

```
 1           A.   Y'all should be getting his ass off
 2   the street for the sake of the people of Lynchburg,
 3   but y'all indulging, y'all indulging what he do,
 4   y'all damn sure do that with no problem.
 5               MR. MCFADGEN:  Calvin, he doesn't
 6   work for them him at all.  It's okay.  We
 7   understand.
 8               MR. VALOIS:  You have to let him ask
 9   a question.  You just have to answer the question.
10               THE WITNESS:  And I answered it.  I
11   told him I didn't do no alcohol or drugs.
12               MR. VALOIS:  Wait until he finishes
13   asking the question.
14               THE WITNESS:  Anything about alcohol
15   and drugs, no.  Anything you ask about alcohol or
16   drugs is no.
17               MR. VALOIS:  Let him ask the
18   question.
19               THE WITNESS:  So don't even ask me
20   about no drugs or alcohol, please.  We all black
21   folks don't do drugs and drink.  And I ain't black,
22   don't color me.  I'm being colored a child of God.
23   And all black people drink and smoke.
24   BY MR. GUYNN:
25           Q.   Did you hear Officer Reed tell you to
```

```
1   put your hands behind your back --
2            A.   Reed wasn't the one who told me put
3   my hands behind my back.  It was another officer.
4            Q.   Once again, if you'll kindly let me
5   finish my question.
6            A.   Go ahead.
7            Q.   Did you hear Officer Reed tell you to
8   put your hands behind your back or that the dog was
9   going to bite you?
10           A.   Reed didn't say nothing.
11           Q.   So your testimony is you --
12           A.   He said, "Stop resisting," in which I
13  wasn't resisting.  Then he sicced the dog on me.
14  I'm not going to sit here and act like I'm going go
15  happy go lucky sitting here answering your
16  questions, because I'm not.
17           Q.   I don't really --
18           A.   I'm really not.
19           Q.   Let me put it --
20           A.   When it confirm to me and my body, my
21  health, I'm really not.
22           Q.   Let me make sure you understand this.
23  You don't have to like my questions.  You don't
24  have to like me.
25           A.   I really don't.
```

1              Q.    You have filed a suit against my

2    client, and you are required by federal law to

3    answer questions.

4              A.    And I'm going to uphold it to the

5    fullest.

6              Q.    Well, then you need to stop talking

7    while I'm talking, and you need to answer my

8    questions.

9              A.    You can ask me, but you're not going

10   to tell me nothing.  You can ask me as a man.  I'm

11   a man just like you is.

12             Q.    Well, when you start acting like you

13   have some respect for the system, then it will

14   happen.

15             A.    I got respect for the system.  When

16   the system act like they got respect for me, first

17   and foremost, because the Justice Department is

18   some shit when it comes to these police officers.

19             Q.    What Justice Department?  What are

20   you talking about?

21             A.    The justice system period.

22             Q.    We're talking about federal court

23   here.

24             A.    It doesn't matter.  When it comes to

25   the justice system, anything dealing with -- I

```
 1  don't give a damn what it is, lawyer, prosecutor,
 2  you name it, judge or whatever, the justice system
 3  is some straight shit.  It's a joke, and it needs
 4  to be reformed.  It should have been reformed.
 5  Uphold these officers, they just need to be held
 6  accountable for the shit they do just as well as
 7  anybody else.  They just another human being, just
 8  like we are.
 9              MR. VALOIS:  Why don't we do
10  a -- can we do a 5-minute break and let me talk to
11  Calvin for a bit?
12              MR. GUYNN:  That's fine.
13              (Recess.)
14  BY MR. GUYNN:
15      Q.   Mr. Wesley, prior to the dog biting
16  you on March 11th, 2021, did you hear Officer Reed
17  say anything to you?
18      A.   Yes.
19      Q.   What did you hear him say?
20      A.   "Stop resisting."  I just told you
21  that.  I did just tell you that.
22      Q.   Who is Shanna Wesley?
23      A.   Wife.  Ex.
24      Q.   Were you divorced as of March 11th,
25  2021?
```

```
 1              A.   No, sir.

 2              Q.   Were you living apart at that time?

 3              A.   No, sir.

 4              Q.   Do you now know what the charge was

 5   against you on March 11th of 2021?

 6              A.   Yeah.

 7              Q.   When did you find out?

 8              A.   When I got down there.

 9              Q.   And what was the charge?

10              A.   Assault and battery.

11              Q.   I'm sorry?

12              A.   Assault and battery.

13              Q.   By Ms. Wesley?

14              A.   Yeah.

15              Q.   Between March 11th, 2021 and December

16   20th, 2021, did you have any further contact

17   with --

18              A.   Yes.  We lived together at 2550.  Her

19   address 2550 Anthony Place, my address is 2550

20   Anthony Place.

21              Q.   All right.  So I'm going to ask my

22   question, if that's okay?

23              A.   Yes.

24              Q.   Between March 11th, 2021 and December

25   20, 2021, did you have any further contact with
```

1   Officer Reed?

2           A.   To that date, the next following, the

3   where he sicced the dog on me again.

4           Q.   Okay.  But you didn't have any other

5   contact with him between those two dates?

6           A.   No.

7           Q.   So where were you on December 20th,

8   2021?

9           A.   At home.

10          Q.   Were you and your wife still living

11  together at that time?

12          A.   We always living together.  Yes.

13          Q.   Do you still live with her?

14          A.   Yes.

15          Q.   But you're divorced?

16          A.   Yes.  Been divorced for six months

17  now.

18          Q.   Are you aware that there was a 911

19  call to the Lynchburg Police Department?

20          A.   No.

21          Q.   You didn't see your wife make the 911

22  call?

23          A.   No.

24          Q.   Were you aware that there was a

25  protective order that was taken out against you by

```
 1   your wife as of December 20th?

 2              A.   Yes.

 3              Q.   All right.  Were you living with her

 4   on December 20th, 2021?

 5              A.   Yes.

 6              Q.   Did you understand that to be in

 7   violation of the protective order?

 8              A.   It wasn't.  She could have contact

 9   with me, but I couldn't have contact with her.  So

10   if she asked me to come over, like the judge said,

11   I can.  If she would ask me to stay, I could.

12   That's her -- she took it out.  So I might have

13   been violating, but she asked.

14              Q.   So she --

15              A.   When I got -- when I came home, when

16   I got out of the jail, that's where I went.  Home.

17   She asked, "Well, will you come and stay?"  The

18   whole time I was locked up, "Well, what you going

19   to do?  Are you coming home?"  That's where I went.

20   Home.  That's my home.

21              Q.   At her invitation?

22              A.   Yeah.

23              Q.   When did you learn that the police

24   were in your neighborhood looking for you?

25              A.   Never did know until I was walking
```

Page 32

```
 1  through the bushes, going -- I was on my way,

 2  trying to get to Greenfield, because I had some

 3  stuff I was doing, I was going to do.  And I was

 4  walking through the woods, taking a shortcut.  I

 5  heard, "You Calvin Wesley?"

 6                   I said, "Yeah."

 7                   They said, "Stop."  I said I'm not

 8  stopping in no damn bushes.  It's in the woods.

 9  It's dark?

10             Q.   So what did you do?

11             A.   When I made it to the street, I was

12  getting ready to stop.  When I made it to the

13  street, where some streetlights at.  Because I'm

14  not going to do what you want to do to me in no

15  dark, in the woods.  I didn't have no plan that one

16  time.  It won't happen again.

17             Q.   Did you --

18             A.   But it did happen again.

19             Q.   Did you, when you were walking in the

20  woods, did you call anyone to come and pick you up?

21             A.   I never said I called anybody.  I'm

22  not talking about.  I was walking to where I was

23  going.  That's what I said.  That's what I told

24  you.

25             Q.   When you came out of the woods, were
```

1  you near a street?

2          A.   I was in the -- I was at the street.

3          Q.   And did a car stop to pick you up?

4          A.   No, ain't no car picked me up.  The

5  dog was on my damn arm.  By the time I hit the

6  street, the dog was on me, attacking.

7          Q.   And there wasn't a car there?

8          A.   No.  It's a car went by.  That was

9  way before I got to the street.  The car never even

10  acted like it was going to stop.  There wasn't no

11  brake lights, no nothing.  And I'm pretty sure that

12  body cam, if they got -- if they can see me getting

13  bit by that dog, they can see when that car had

14  passed by me.  Wasn't no brake lights like it was

15  going to stop, shut down, slow or nothing.

16          Q.   But you haven't seen the body cam of

17  that incident?

18          A.   Yes, I did.

19          Q.   And you don't recall that you were

20  getting into a car when the dog accosted you?

21          A.   I wasn't getting into no car.

22          Q.   Do you recall that a car had stopped?

23          A.   I just stated to you, the car did not

24  stop.  It didn't slow down.  It didn't do nothing.

25  The car kept going.  I wasn't in the street then.

1   My statement is not going to change.  You can ask

2   me 20 different ways all you want, but it's not

3   going to change.

4               Q.   Do you know why your wife called 911

5   on December 20th, 2021?

6               A.   No, I do not.

7               Q.   Had you had any -- had you had an

8   argument with her?

9               A.   No, we did not.

10              Q.   Was there any physical altercation?

11              A.   No, there wasn't.  No, there was not.

12  I don't put my hands on people.

13              Q.   After the March 11th, 2021, incident,

14  when you were taken to Lynchburg General, how long

15  did you stay in the hospital?

16              A.   Which one?

17              Q.   The March 11th, the first one?

18              A.   I don't know.

19              Q.   So you were treated in the emergency

20  room?

21              A.   Yeah.  And sent, went back to the

22  jail.

23              Q.   Okay.  Did you receive any bills from

24  the hospital?

25              A.   Paul got them.

```
 1              Q.   And as of March 11th, 2021, before
 2   this incident, were you working regularly?
 3              A.   I was, for myself.
 4              Q.   So you weren't working for the
 5   company at that point?
 6              A.   Both, and myself.  I said I was and
 7   myself.
 8              Q.   So how does that work?  Are you full
 9   time with the company and then do side work?
10              A.   I do.
11              Q.   But you're also full time with the
12   company?
13              A.   I was.  I was with Ware Mason at the
14   time.
15              Q.   I'm sorry, I didn't understand you?
16              A.   Ware Mason I was with at the time.
17              Q.   Right.  That's the company?
18              A.   Yeah.
19              Q.   All right.  In the December 20th,
20   2021, incident, where did the dog bite you?  You're
21   holding out your right arm?
22              A.   Yes.
23              Q.   And is it on the forearm?
24              A.   Yeah.
25              Q.   And is there scarring?
```

```
 1              A.   Yeah.
 2              Q.   Would you show that to me, please?
 3    Is that it?
 4              A.   This whole area.
 5              Q.   Okay.  What about the one below it?
 6    Is that also a scar?
 7              A.   Yeah.
 8              Q.   Okay.  Thank you.
 9                   And did you go to the hospital for
10    that?
11              A.   I did.
12              Q.   And were you treated in the emergency
13    room?
14              A.   No.  I stayed upstairs for a day, a
15    day or two.  I was in the hospital two days with
16    it, maybe three, I think, something like that.  I
17    know it was over two.
18              Q.   What treatment did they do for you?
19    Was there stitching?  Was there --
20              A.   A lot of stitching.
21              Q.   Did you have --
22              A.   40 inside and I think it was like 25
23    on the other one.
24              Q.   Did you have a surgical procedure?
25              A.   It was.
```

```
 1                    Q.    Was it a local anesthetic or did they
 2   put you to sleep?
 3                    A.    Put me to sleep.
 4                    Q.    Do you remember your doctor's name?
 5                    A.    I don't.
 6                          Ain't one of these closets, this is a
 7   closet or something?
 8                    Q.    I have no idea.
 9                    A.    Well, if you still want to see the
10   leg, I ain't got not problem.  I ain't --
11                    Q.    If there are photographs, I'll take
12   the photographs.  That will be fine.
13                          Mr. Wesley, have you ever been
14   convicted of a felony?
15                    A.    Assault and battery felony.
16                    Q.    What year was that?  Has it been in
17   the past 10 years?
18                    A.    It has.
19                    Q.    Prior to March 11th of 2021, the
20   first incident with the dog, had you ever been in a
21   situation where you resisted arrest?
22                    A.    I've never resisted.
23                    Q.    Had you ever attempted to elude a
24   police officer?
25                    A.    I have.  Driving, yeah, I was
```

1  eluding.

2        Q.   Did you succeed?

3        A.   No.  If the motor wouldn't have

4  blowed up, hell, yeah, I would.

5        Q.   I'm sorry, I didn't understand?

6        A.   If the motor wouldn't have blowed up,

7  I would have succeeded.  They don't drive worth a

8  shit.  But you can't outrun the radio.  You can't

9  never do that.  Anybody think they can, they lying.

10        Q.   In 2019, did you plead guilty to

11  eluding a police officer?

12        A.   A guilty plea, where I remain my

13  innocence.  You ain't never heard of the guilty

14  plea where you still remain you're innocent?  It's

15  not --

16              MR. MCFADGEN:  Alford.

17              THE WITNESS:  Alford plea, Alford

18  plea.

19              MR. VALOIS:  Nolle contendere.

20  BY MR. GUYNN:

21        Q.   All right.  So you didn't plead

22  guilty, but you were found guilty on an Alford

23  plea?

24        A.   I wasn't found guilty.  It still is

25  like pleading guilty, but you remain in your

```
 1  innocence.
 2              Q.    Okay.
 3              A.    The judge don't have nothing to do
 4  with that, being founded or not founded.
 5              Q.    You mentioned that you had been found
 6  guilty of the felony of assault and battery.
 7                    Was that on a police officer?
 8              A.    It was, another incident that I did
 9  not do, up in Amherst County.
10              Q.    Was that in 2017?
11              A.    No.
12              Q.    What year was it?
13              A.    2002, '3, something like that.  Maybe
14  something.  I don't know.  I know it was early
15  2000.  So from that point, every time I come in
16  contact with a police officer, I always end up with
17  assault and battery.
18              Q.    And your position is that you end up
19  with the assault and battery even though you don't
20  resist?
21              A.    Exactly.  Resisting and assaulting is
22  two different things.
23              Q.    How so?
24              A.    Resisting is when you're not getting
25  locked up, not to get locked up.  Assault when you
```

1 hit somebody, you putting your hands on people.

2 You can resist something, you can arrest and not

3 assault a person. I mean, you a lawyer, you're an

4 attorney, you should know that. I'm pretty sure

5 you should know that. I'm not trying to be funny,

6 but I'm sure you should know that, though.

7          Q.   So prior to 2021, had you been

8 arrested by LPD officers before?

9          A.   I had.

10          Q.   And did you resist during those?

11          A.   No, I have not. But somehow, like I

12 told you, the charges, with the assault and

13 batteries and that, it always finds me. They lie

14 just like anybody else do. Ain't no prayer book.

15          Q.   I'm sorry, I didn't hear the last

16 part?

17          A.   Police lie like the rest, anybody

18 else do. Ain't no prayer book.

19               I'm pretty sure the case, if you're

20 familiar with the case, all the assaults was

21 dropped, but they up in court lying under oath.

22          Q.   And that's a pretty serious thing,

23 isn't it, to lie under oath?

24          A.   It's called, what is it -- they got a

25 little stamp sticker right there at the magistrate,

1  when you lie and you being under oath.  What's that

2  shit?  What is it called?  What's the name of that?

3  Perjury.

4          Q.    So you'd agree with me that it's

5  serious?

6          A.    Yes, it is, very.  Especially if

7  you're an authority figure.  Wouldn't you think so?

8          Q.    I think it's the case for anybody,

9  isn't it?  I mean, nobody has the -- you don't

10  think anybody has the right to lie, do you?

11          A.    Why?  Why?  The truth don't hurt

12  nobody.  Some people just can't handle truth or

13  can't take the truth.  I was raised up the truth

14  set you free.  It might hurt, but truth is the

15  truth.

16          Q.    Have you had any contact with Officer

17  Reed since December 20th, 2021?

18          A.    I have.

19          Q.    And tell me about that?

20          A.    I left from the lawyer's office

21  talking to Ms. Ruth -- I forget her last name.

22  She's a lawyer.  And Leslie, he's a lawyer, he and

23  Mr. Boone, I was getting some copies of dealing

24  with the situation.  I was walking up the street

25  when he came -- I was up there at Daily Bread.

 1                    He came, approached, well, he came

 2     from behind me, smacked me in the ear, take the

 3     earbuds off my ear, hollering you under arrest, for

 4     something that I supposed to had -- something that

 5     I had already went to court for.

 6          Q.    So I'm sorry, he put you under arrest

 7     for something you already went to court for?

 8          A.    I already had went to court for it,

 9     and he said they had papers.  But it was the

10     judge's fault, Judge Payne, or whatever, I know he

11     Judge Payne, but hey, they make mistakes.  But he

12     has yet do apologize.  It is what it is, but he

13     forgot to sign off on it.  But they don't make

14     mistakes.  They don't apologize when they wrong.

15     Take a real person, a real man or woman to

16     apologize when they're wrong.

17          Q.    So in that incident, were you taken

18     into custody or given papers?

19          A.    I was taken into custody and was not

20     given a bond.  Sit in there over the weekend and

21     Monday I got released when I entered the courtroom,

22     on somebody else's mistake.

23          Q.    You said you think it was the judge's

24     mistake?

25          A.    It was the judge's mistake.  He even

1  acknowledged himself.  Oh, man, I did not sign off

2  on it.  Yeah, you did not sign off on it.  And I'm

3  sitting in the jail for the whole weekend, three

4  days.

5          Q.    Any other contact or --

6          A.    None at all.

7          Q.    Any other police officers from

8  Lynchburg that you've had contact with since

9  December of 2021, where you felt like you were

10  treated unfairly?

11          A.    Pearson, Peterson, Peterson, whatever

12  his name, it starts with a P, ain't but two men on

13  there, tall, skinny due.  They used to work

14  together.

15          Q.    He and Reed did?

16          A.    They exactly did.

17          Q.    And is this the one that was also

18  arresting you in March?

19          A.    Yeah, the first one.

20          Q.    Yeah, on the first one?

21          A.    Was choking me on the door.

22          Q.    Okay.  And what interaction have you

23  had with him since then?

24          A.    I had a warrant out, and he locked me

25  up, and he tried to get me for, what was it?

1  Something, something, I'm trying to tell somebody

2  else.  You asked me, I got a twin brother.  If

3  you're going to ask me, am I Kelvin, I'm going to

4  tell you, no, I'm not Kelvin.  I'm Calvin.  So

5  that's what he asked me.  That's what I told him.

6  You're not going to make me who I'm not.

7         Q.    So your twin brother is Kelvin?

8         A.    Exactly.

9         Q.    And was the warrant for Kelvin?

10         A.    The warrant was for me, but he didn't

11  say Calvin.  He said Kelvin, K-e-l, and I'm a

12  C-a-l.

13         Q.    So did he take you into custody at

14  that time?

15         A.    Take me into custody, slammed me

16  down.  I've been in police, police the jail

17  precinct.  Yes, he did.

18         Q.    But as far as the warrant itself, it

19  was for you, and it was the correct warrant?

20         A.    It was for me.

21         Q.    Okay.

22         A.    But it's the way you -- if you're

23  going to pronounce, you got to pronounce the name

24  right.  Kelvin is K-e-l-v-i-n.  Kelvin.  Calvin

25  is -- you hear the difference.  Kelvin.  Calvin.

```
 1  Kelvin.  Calvin.  Don't ask me am I Kelvin, and I'm
 2  going to tell you no, because I'm not Kelvin.  I'm
 3  Calvin.
 4          Q.    Did he think you were Kelvin?  Could
 5  you tell?  I mean, was he asking you --
 6          A.    When I first -- when I came out the
 7  door, he said, you free to go.  Ain't the one we
 8  looking for.  I stood out there.  I still stood
 9  outside, though, the whole time.
10          Q.    So he thought you were your brother?
11          A.    Exactly.
12          Q.    And so he didn't think he was looking
13  for you?
14          A.    Exactly.  No, he didn't know.  No,
15  no, no, no.  He pronounced it as I was my brother.
16  He was looking for me.
17          Q.    Right.  But when he -- if he knew it
18  was you, why did he let you go?  So he must have
19  thought you were Kelvin?
20          A.    I'm not going to -- I don't know.
21          Q.    And I'm not asking you to, I'm just
22  trying to figure out the scenario there.
23          A.    I don't know.  Your guess would be
24  good as mine.
25          Q.    Any other interactions you've had
```

1  with Peterson since then?

2          A.   No.

3          Q.   Going back to the first incident when

4  they took you to the hospital, you said they

5  treated you in the emergency room and took you back

6  to the jail.

7               What did they do for you in the

8  emergency room?

9          A.   My arm.

10         Q.   Did they put stitches in it?

11         A.   Yeah, I told you that at first.  I

12  think it was like 75 in and like 40 outside.

13         Q.   Was there a surgical procedure or

14  anything on the first time?

15         A.   I don't know.

16         Q.   Okay.  Were you placed under

17  anesthesia the first time?

18         A.   I was out when they stitched it.

19         Q.   Did they give you a shot or something

20  to make you go out?

21         A.   I don't know.  I don't know.

22         Q.   You don't remember?

23         A.   Huh-uh.

24         Q.   And the second was also at Lynchburg

25  General?

```
1               A.   It was.

2               Q.   What limitations do you have

3    physically as a result of the first incident where

4    you were bitten in the leg?

5               A.   Nerve damage.

6               Q.   I'm sorry, I didn't hear you?

7               A.   Nerve damage.

8               Q.   Nerve damage to the leg?

9               A.   Yeah.

10              Q.   And how does that manifest itself?  I

11   mean, does it keep you from walking?  What can you

12   do?

13              A.   I can walk sometimes, and sometimes I

14   can't.  It does what it want to do.

15              Q.   Do you experience any pain as a

16   result of it?

17              A.   Pain, pain is going to always be

18   there.  You well over top and you feel like this

19   shooting, whatever, it shoot off.

20              Q.   You were pointing to your arm when

21   you said that, is it also to your leg?

22              A.   Yeah, both.  I mean, that's both; so.

23              Q.   And what things could you do before

24   the dog bit you on the leg that you can't do now?

25              A.   I can't walk for -- and I can't --
```

1  sure ain't -- if I can't walk for, with what I do,

2  what am I going to do?  What am I going to, brick

3  mason, am I going to do?

4          Q.    How about your arm?

5          A.    The same thing.  I don't got no grip.

6  Can't grip nothing.

7               MR. GUYNN:  I think I'm about

8  through.  I'll step outside.

9               (Recess.)

10              MR. GUYNN:  And I don't have any

11  other questions, and I think y'all are going to

12  waive for him?

13              (Off-the-record discussion.)

14              MR. VALOIS:  He'll waive.

15           (Deposition concluded at 2:32 p.m.)

16            (Reading and signature waived.)

17                    * * * * *

18

19

20

21

22

23

24

25

1  COMMONWEALTH OF VIRGINIA AT LARGE, to wit:

2              I, KIMBERLY A. HENDERSON, a

3  Registered Professional Reporter and Electronic

4  Notary Public in and for the Commonwealth of

5  Virginia at Large, Notary Registration Number

6  359658, whose commission expires November 30, 2025,

7  do certify that the aforementioned appeared before

8  me, was sworn by me, and was thereupon examined by

9  counsel; and that the foregoing is a true, correct,

10 and full transcript of the testimony adduced to the

11 best of my ability.

12             I further certify that I am neither

13 related to nor associated with any counsel or party

14 to this proceeding, nor otherwise interested in the

15 event thereof.

16             Given under my hand and Notarial seal

17 at Forest, Virginia, this 2nd day of January, 2024.

18

19

20

21         _Kimberly A. Henderson_

22         Kimberly A. Henderson, Notary Public

23         Commonwealth of Virginia at Large

24

25

**A**

Aaron 9:6, 9:23
  23:9, 23:10
ability 49:11
able 5:4
accosted 33:20
accountable
  28:6
accurate 20:23
acknowledged
  43:1
act 26:14, 27:16
acted 33:10
acting 27:12
address 5:21
  29:19, 29:19
adduced 49:10
aforementioned
  49:7
age 8:8
ago 19:20
agree 41:4
agreement 2:3
ahead 19:25
  20:3, 26:6
ain't 9:6, 13:6
  15:15, 15:16
  16:23, 19:15
  19:16, 25:21
  33:4, 37:6
  37:10, 37:10
  38:13, 40:14
  40:18, 43:12
  45:7, 48:1
al 1:6
alcohol 23:24
  25:11, 25:14
  25:15, 25:20
Alford 38:16
  38:17, 38:17
  38:22
altercation
  34:10
Amherst 7:22
  7:24, 39:9

and/or 2:3
anesthesia
  46:17
anesthetic 37:1
answer 4:14
  4:19, 4:21, 5:4
  5:15, 6:13, 19:3
  19:23, 20:2
  21:6, 21:10
  24:8, 24:19
  25:9, 27:3, 27:7
answered 21:5
  25:10
answering
  26:15
Anthony 5:23
  5:25, 6:3, 6:4
  6:6, 6:7, 29:19
  29:20
anybody 9:21
  28:7, 32:21
  38:9, 40:14
  40:17, 41:8
  41:10
apart 29:2
apologize 42:12
  42:14, 42:16
APPEARANC...
  2:10
appeared 49:7
apprehend
  17:19
apprehended
  19:4
apprehending
  18:4
approach 13:10
approached
  13:23, 14:14
  42:1
area 8:12, 36:4
argue 24:9
arguing 24:11
argument 34:8
arm 33:5, 35:21
  46:9, 47:20

48:4
armed 5:1
arrest 16:6
  37:21, 40:2
  42:3, 42:6
arrested 19:9
  40:8
arresting 43:18
asked 15:22
  16:3, 17:12
  18:24, 31:17
  31:13, 31:17
  44:2, 44:5
asking 19:2
  25:13, 45:5
  45:21
ass 25:1
assault 16:7
  16:10, 16:10
  16:11, 29:10
  29:12, 37:15
  39:6, 39:17
  39:19, 39:25
  40:3, 40:12
assaulted 16:9
assaulting 39:21
assaults 40:20
assert 10:17
associated 49:13
ASSOCIATES
  2:12
assume 5:16
attached 22:21
attacking 33:6
attempted 37:23
attention 8:24
attorney 2:8
  40:4
authority 41:7
Avenue 2:20
aware 30:18
  30:24

**B**

back 13:22

16:13, 26:1
  26:3, 26:8
  34:21, 46:3
  46:5
bad 5:2
batteries 40:13
battery 29:10
  29:12, 37:15
  39:6, 39:17
  39:19
behalf 2:2
Bernice 14:1
  14:1
best 49:11
better 13:4
bills 34:23
bit 21:19, 28:11
  33:13, 47:24
bite 21:21, 26:9
  35:20
biting 28:15
bitten 47:4
black 25:20
  25:21, 25:23
blowed 38:4
  38:6
body 9:13, 9:15
  9:17, 9:18
  16:11, 20:12
  20:19, 20:22
  20:22, 20:24
  20:25, 26:20
  33:12, 33:16
bond 42:20
book 40:14
  40:18
Boone 9:6, 9:21
  9:22, 10:15
  10:22, 10:25
  23:9, 23:10
  41:23
Boone's 9:24
born 7:24, 7:24
Box 1:15
brake 33:11
  33:14

Bread 41:25
break 28:10
brick 6:21, 7:5
  7:7, 48:2
brother 44:2
  44:7, 45:10
  45:15
brought 4:10
builders 7:1
bushes 32:1
  32:8

**C**

C-a-l 44:12
CAD 22:22
call 8:23, 10:21
  30:19, 30:22
  30:22
called 32:21
  34:4, 40:24
  41:2
Calvin 1:3, 1:9
  2:1, 3:4, 4:3, 4:8
  15:5, 16:16
  25:5, 28:11
  32:5, 44:4
  44:11, 44:24
  44:25, 45:1
  45:3
cam 9:13, 9:15
  9:17, 9:19
  16:11, 20:12
  20:19, 20:22
  20:22, 20:25
  20:25, 33:12
  33:16
car 14:19, 33:3
  33:4, 33:7, 33:8
  33:9, 33:13
  33:20, 33:21
  33:22, 33:23
  33:25
care 11:24
  12:11
CARROLL

2:20
**case** 1:5, 9:8
  40:19, 40:20
  41:8
**certify** 49:7
  49:12
**change** 13:7
  34:1, 34:3
**charge** 29:4
  29:9
**charges** 40:12
**chase** 20:11
**child** 25:22
**children** 8:3, 8:5
  8:8, 8:18
**choked** 14:17
**choking** 14:18
  43:21
**Church** 2:8
**City** 1:6, 2:8
**claim** 11:7, 12:3
**clean** 17:6
**clear** 12:13
**client** 9:25, 12:9
  12:11, 27:2
**closet** 37:7
**closets** 37:6
**College** 2:20
**color** 25:22
**colored** 25:22
**come** 31:10
  31:17, 32:20
  39:15
**comes** 27:18
  27:24
**coming** 24:18
  31:19
**commencing**
  2:6
**commission**
  49:6
**Commonwealth**
  2:6, 49:1, 49:4
  49:23
**company** 1:15
  6:23, 35:5, 35:9

35:12, 35:17
**concluded** 48:15
**confirm** 26:20
**contact** 14:6
  14:9, 29:16
  29:25, 30:5
  31:8, 31:9
  39:16, 41:16
  43:5, 43:8
**contendere**
  38:19
**convicted** 37:14
**cooperating**
  17:19, 17:22
  17:23, 17:23
**copies** 41:23
**correct** 21:19
  44:19, 49:9
**counsel** 2:10
  2:15, 2:19, 2:23
  49:9, 49:13
**County** 7:22
  7:25, 39:9
**couple** 4:17
  14:7
**course** 10:15
**court** 1:1, 4:14
  4:24, 24:24
  27:22, 40:21
  42:5, 42:7, 42:8
**courtroom**
  42:21
**criminal** 10:16
**currently** 6:10
**custody** 42:18
  42:19, 44:13
  44:15
**cut** 20:10

**D**

**Daily** 41:25
**damage** 47:5
  47:7, 47:8
**damn** 16:14
  17:3, 17:16

25:4, 28:1, 32:8
  33:5
**dark** 32:9, 32:15
**date** 30:2
**dates** 30:5
**dawn** 13:15
  13:16
**day** 9:1, 11:23
  12:16, 12:22
  13:10, 14:11
  23:24, 36:14
  36:15, 49:17
**days** 36:15, 43:4
**dead** 20:24
**dealing** 27:25
  41:23
**December** 1:10
  2:7, 4:1, 29:15
  29:24, 30:7
  31:1, 31:4, 34:5
  35:19, 41:17
  43:9
**decide** 16:1
**Defendants** 1:7
  2:23
**defender** 9:24
  10:2
**defending** 4:10
**delve** 11:8
**Department**
  27:17, 27:19
  30:19
**deposition** 1:9
  2:1, 22:23
  48:15
**depositions** 2:3
**difference** 18:16
  19:21, 19:22
  20:4, 20:8, 21:1
  21:2, 44:25
**different** 21:23
  22:2, 34:2
  39:22
**differs** 20:22
**disc** 23:16
  23:17, 23:17

**discussion** 48:13
**DISTRICT** 1:1
  1:1
**DIVISION** 1:2
**divorced** 8:2
  28:24, 30:15
  30:16
**doctor's** 37:4
**document** 11:9
  11:11, 11:21
  12:12, 12:21
**dog** 9:3, 16:14
  17:16, 17:19
  21:19, 26:8
  26:13, 28:15
  30:3, 33:5, 33:6
  33:13, 33:20
  35:20, 37:20
  47:24
**doing** 7:5, 7:7
  19:17, 23:13
  32:3
**door** 14:18
  43:21, 45:7
**drank** 23:23
**drink** 5:7, 25:21
  25:23
**drive** 38:7
**Driving** 37:25
**dropped** 13:21
  40:21
**drug** 24:19
**drugs** 5:10, 24:3
  24:7, 25:11
  25:15, 25:16
  25:20, 25:21
**due** 43:13
**dumb** 15:20

**E**

**ear** 42:2, 42:3
**earbuds** 42:3
**early** 13:11
  39:14
**Electronic** 49:3

**else's** 42:22
**elude** 37:23
**eluding** 38:1
  38:11
**emergency**
  34:19, 36:12
  46:5, 46:8
**employed** 6:10
  6:16
**encounter** 9:2
  9:2, 9:4, 23:22
**entered** 42:21
**Especially** 41:6
**ESQUIRE** 2:14
  2:18, 2:22
**et** 1:6
**EVANS** 1:15
**event** 49:15
**events** 8:24
  13:4
**everybody**
  11:25, 18:16
**Ex** 28:23
**exactly** 22:3
  22:6, 39:21
  43:16, 44:8
  45:11, 45:14
**Examination**
  3:5
**examined** 49:8
**exhibits** 22:22
**experience**
  19:11, 47:15
**expires** 49:6
**extent** 20:21

**F**

**fact** 16:19
**fair** 5:19, 21:12
  21:14, 21:16
**familiar** 40:20
**far** 4:18, 15:20
  44:18
**fault** 42:10
**federal** 27:2

27:22
**feel** 47:18
**felony** 37:14
37:15, 39:6
**felt** 43:9
**figure** 18:13
41:7, 45:22
**file** 11:5
**filed** 27:1
**find** 29:7
**finds** 40:13
**fine** 28:12
37:12
**finish** 4:20, 7:9
19:24, 20:2
20:14, 24:3
26:5
**finished** 4:20
**finishes** 25:12
**first** 9:1, 9:2, 9:4
13:8, 13:9
14:14, 14:20
14:21, 27:16
34:17, 37:20
43:19, 43:20
45:6, 46:3
46:11, 46:14
46:17, 47:3
**Floor** 2:9
**folks** 25:21
**following** 30:2
**follows** 4:4
**Food** 7:21
**forearm** 35:23
**foregoing** 49:9
**foremost** 27:17
**Forest** 2:16
49:17
**forget** 9:6, 9:7
41:21
**forgot** 42:13
**Former** 6:21
6:21
**found** 38:22
38:24, 39:5
**founded** 39:4

39:4
**free** 41:14, 45:7
**front** 14:18
16:14
**full** 35:8, 35:11
49:10
**fullest** 27:5
**funny** 40:5
**further** 29:16
29:25, 49:12

**G**

**General** 23:21
34:14, 46:25
**getting** 4:18
11:5, 25:1
32:12, 33:12
33:20, 33:21
39:24, 41:23
**give** 10:25
23:17, 28:1
46:19
**given** 9:20
42:18, 42:20
49:16
**giving** 8:17
**Glover** 8:19
**Glovers** 8:21
8:22
**go** 7:11, 13:22
16:1, 17:14
19:25, 20:3
26:6, 26:14
26:15, 36:9
45:7, 45:18
46:20
**God** 25:22
**going** 4:13, 4:14
4:15, 5:3, 5:16
8:23, 11:2, 13:6
15:23, 16:1
18:1, 18:21
18:23, 20:1
20:5, 20:6, 21:8
24:5, 24:16

24:19, 26:9
26:14, 26:14
27:4, 27:9
29:21, 31:18
32:1, 32:3
32:14, 32:23
33:10, 33:15
33:25, 34:1
34:3, 44:3, 44:3
44:6, 44:23
45:2, 45:20
46:3, 47:17
48:2, 48:2, 48:3
48:11
**good** 4:18, 45:24
**grade** 7:11, 7:12
7:14
**Greenfield** 32:2
**grip** 48:5, 48:6
**grocery** 7:18
**guess** 9:2, 18:11
18:13, 23:13
45:23
**guilty** 38:10
38:12, 38:13
38:22, 38:22
38:24, 38:25
39:6
**Guynn** 2:20
2:22, 3:5, 4:6
4:9, 6:5, 8:7
10:3, 10:7
10:11, 10:18
11:10, 11:18
12:8, 12:14
12:15, 16:22
17:8, 22:24
24:23, 25:24
28:12, 28:14
38:20, 48:7
48:10

**H**

**hand** 17:13
17:14, 49:16

**handcuff** 17:13
**handcuffed**
19:12
**handcuffs** 17:15
18:22
**handle** 41:12
**hands** 17:25
26:1, 26:3, 26:8
34:12, 40:1
**happen** 27:14
32:16, 32:18
**happened** 20:25
**happy** 26:15
**He'll** 10:22
48:14
**head** 16:13
**health** 26:21
**hear** 5:12, 17:18
25:25, 26:7
28:16, 28:19
40:15, 44:25
47:6
**heard** 5:16, 32:5
38:13
**held** 28:5
**hell** 16:13, 38:4
**help** 4:17, 4:23
**Henderson** 1:25
2:4, 49:2, 49:22
**hey** 16:20, 42:11
**high** 7:9
**Hill** 7:19
**hit** 33:5, 40:1
**hold** 12:6, 12:6
12:6
**holding** 35:21
**hollering** 42:3
**home** 30:9
31:15, 31:16
31:19, 31:20
31:20
**hospital** 22:18
22:19, 23:7
23:8, 23:11
23:12, 23:19
34:15, 34:24

36:9, 36:15
46:4
**house** 13:21
14:4
**huh-uh** 5:6
8:16, 46:23
**human** 28:7
**hurt** 41:11
41:14

**I**

**idea** 37:8
**illegal** 5:10, 24:1
**incident** 20:17
23:1, 23:2
33:17, 34:13
35:2, 35:20
37:20, 39:8
42:17, 46:3
47:3
**individual** 18:16
**indulging** 25:3
25:3
**information**
11:8
**innocence** 38:13
39:1
**innocent** 38:14
**inside** 36:22
**intake** 9:25
10:5
**interaction**
43:22
**interactions**
45:25
**interested** 49:14
**introduced**
22:22
**invitation** 31:21
**irate** 4:25

**J**

**jail** 12:17, 31:16
34:22, 43:3

44:16, 46:6
**JAMES** 2:12
**January** 49:17
**Jim** 2:22, 4:9
**jimg@guynnw...**
  2:22
**job** 16:22, 19:7
**joke** 28:3
**JR** 2:22
**judge** 28:2
  31:10, 39:3
  42:10, 42:11
**judge's** 42:10
  42:23, 42:25
**junk** 22:19
**justice** 27:17
  27:19, 27:21
  27:25, 28:2

## K

**K-e-l** 44:11
**K-e-l-v-i-n**
  44:24
**keep** 5:4, 47:11
**Kelvin** 44:3
  44:4, 44:7, 44:9
  44:11, 44:24
  44:24, 44:25
  45:1, 45:1, 45:2
  45:4, 45:19
**kept** 33:25
**Kimberly** 1:25
  2:4, 49:2, 49:22
**kindly** 26:4
**knew** 14:15
  24:5, 24:6
  24:16, 24:18
  45:17
**know** 4:13, 6:7
  9:13, 11:1
  11:11, 14:14
  14:23, 14:25
  15:1, 15:4
  15:17, 15:18
  15:18, 18:7

18:10, 18:17
19:19, 20:7
20:9, 21:10
22:15, 23:3
23:14, 29:4
31:25, 34:4
34:18, 36:17
39:14, 39:14
40:4, 40:5, 40:6
42:10, 45:14
45:20, 45:23
46:15, 46:21
46:21
**knowledge**
  18:18
**kthomas@vbcl...**
  2:14

## L

**lady** 13:19
  13:24
**lady's** 14:19
**Large** 2:6, 49:1
  49:5, 49:23
**law** 2:16, 15:19
  27:2
**lawsuit** 4:10
**lawyer** 9:6, 9:8
  11:16, 23:8
  28:1, 40:3
  41:22, 41:22
**lawyer's** 41:20
**learn** 31:23
**left** 17:13, 41:20
**leg** 21:22, 22:1
  23:4, 37:10
  47:4, 47:8
  47:21, 47:24
**LEGAL** 2:12
**Leslie** 41:22
**letter** 9:5, 9:11
  9:20, 12:17
**lie** 40:13, 40:17
  40:23, 41:1
  41:10

**life** 7:8, 7:13
**lights** 33:11
  33:14
**limitations** 47:2
**Listen** 16:20
**little** 13:2, 40:25
**live** 8:11, 30:13
**lived** 29:18
**living** 29:2
  30:10, 30:12
  31:3
**local** 37:1
**lock** 18:22
**LOCKABY**
  2:20
**locked** 11:23
  14:11, 14:12
  15:12, 15:16
  15:18, 15:23
  17:11, 18:2
  18:3, 18:7, 18:8
  18:17, 19:19
  20:6, 31:18
  39:25, 39:25
  43:24
**locking** 19:18
**long** 7:5, 34:14
**look** 8:6, 16:16
**looked** 9:18
  12:23
**looking** 9:17
  31:24, 45:8
  45:12, 45:16
**lot** 15:18, 18:6
  18:15, 19:22
  20:8, 36:20
**LPD** 40:8
**lucky** 26:15
**lying** 38:9
  40:21
**Lynchburg** 1:2
  1:6, 1:12, 1:16
  2:8, 2:9, 2:13
  2:17, 7:25, 19:7
  23:21, 25:2
  30:19, 34:14

43:8, 46:24
**Lynchburg/Am...**
  8:12

## M

**M&H** 6:24
**mad** 17:11
**magistrate**
  40:25
**man** 27:10
  27:11, 42:15
  43:1
**manifest** 47:10
**March** 8:24
  13:4, 19:8
  21:18, 23:23
  28:16, 28:24
  29:5, 29:15
  29:24, 34:13
  34:17, 35:1
  37:19, 43:18
**marked** 3:9
**Market** 7:21
**married** 8:1
**mason** 6:21
  6:24, 6:24, 7:6
  7:7, 35:13
  35:16, 48:3
**materials** 13:21
  13:23
**matter** 18:5
  18:23, 27:24
**matters** 18:6
  18:15, 18:15
**MCFADGEN**
  2:16, 2:18, 25:5
  38:16
**mean** 11:10
  11:12, 14:3
  18:12, 20:6
  20:7, 40:3, 41:9
  45:5, 47:11
  47:22
**men** 43:12
**mentioned** 39:5

**messed** 6:11
  6:12
**mind** 18:21
**mine** 45:24
**minute** 19:20
**mistake** 42:22
  42:24, 42:25
**mistakes** 42:11
  42:14
**Monday** 42:21
**months** 14:7
  30:16
**morning** 13:11
**motor** 38:3
  38:6
**Move** 17:15

## N

**name** 4:7, 4:9
  8:15, 14:14
  14:17, 14:25
  15:4, 28:2, 37:4
  41:2, 41:21
  43:12, 44:23
**names** 8:18
  14:23
**narrative** 9:25
**near** 33:1
**need** 21:10, 27:6
  27:7, 28:5
**needs** 28:3
**neighborhood**
  31:24
**neither** 14:22
  49:12
**Nerve** 47:5, 47:7
  47:8
**never** 9:7, 31:25
  32:21, 33:9
  37:22, 38:9
  38:13
**nine** 13:18, 18:1
**ninth** 7:12, 7:14
**Nolle** 38:19
**noon** 13:12

13:14, 13:14
**Notarial** 49:16
**Notary** 2:5, 49:4
49:5, 49:22
**notice** 2:3
**November** 49:6
**Number** 49:5

### O

**oath** 40:21
40:23, 41:1
**observe** 13:9
**occupation** 6:20
**Off-the-record**
48:13
**office** 2:7, 41:20
**officer** 14:13
14:21, 17:15
21:18, 25:25
26:3, 26:7
28:16, 30:1
37:24, 38:11
39:7, 39:16
41:16
**officers** 13:9
15:4, 17:3
23:23, 27:18
28:5, 40:8, 43:7
**Oh** 15:15, 43:1
**okay** 5:2, 5:7
5:21, 6:15, 6:22
8:11, 8:14, 8:17
8:23, 10:7
10:24, 10:25
12:14, 12:20
12:23, 13:15
13:17, 14:3
14:24, 17:5
19:14, 20:1
20:3, 20:14
21:11, 22:15
23:15, 24:25
25:6, 29:22
30:4, 34:23
36:5, 36:8, 39:2

43:22, 44:21
46:16
**old** 2:16, 6:8
**older** 8:6
**once** 22:5, 26:4
**order** 30:25
31:7
**ordered** 17:19
**originally** 7:23
7:24
**outrun** 38:8
**outside** 45:9
46:12, 48:8
**owns** 14:4

### P

**P.C** 2:20
**p.m** 1:11, 1:11
2:7, 4:1, 48:15
**P.O** 1:15
**Page** 3:2
**pages** 13:1
**pain** 47:15
47:17, 47:17
**pants** 22:10
22:14
**paper** 9:14
**papers** 15:16
15:21, 18:3
19:1, 19:2, 42:9
42:18
**part** 40:16
**particular** 6:22
**party** 49:13
**passed** 33:14
**Patterson** 14:16
**Paul** 2:14, 34:25
**Payne** 42:10
42:11
**Pearson** 43:11
**people** 15:19
25:2, 25:23
34:12, 40:1
41:12
**period** 27:21

**Perjury** 41:3
**Perkins** 14:1
14:7
**person** 40:3
42:15
**personnel** 23:12
**Peterson** 14:16
14:16, 43:11
43:11, 46:1
**photographs**
22:16, 37:11
37:12
**photos** 23:2
23:3, 23:6
23:10, 23:11
**physical** 34:10
**physically** 47:3
**pick** 32:20, 33:3
**picked** 33:4
**place** 5:23, 5:25
6:1, 6:4, 6:6, 6:7
22:4, 29:19
29:20
**placed** 46:16
**places** 21:22
22:1
**Plaintiff** 1:4, 2:2
2:15, 2:19
**plan** 32:15
**PLC** 2:16
**plea** 38:12
38:14, 38:17
38:18, 38:23
**plead** 38:10
38:21
**pleading** 38:25
**please** 4:7
25:20, 36:2
**point** 15:25
35:5, 39:15
**pointing** 47:20
**police** 13:9
14:13, 16:8
17:3, 17:15
18:9, 27:18
30:19, 31:23

37:24, 38:11
39:7, 39:16
40:17, 43:7
44:16, 44:16
**position** 10:11
11:16, 39:18
**prayer** 40:14
40:18
**precinct** 44:17
**prepared** 9:17
**pretty** 7:15
12:18, 13:2
13:13, 19:3
33:11, 40:4
40:19, 40:22
**prior** 19:8
23:22, 28:15
37:19, 40:7
**privilege** 10:17
11:2, 12:3, 12:9
12:10
**privileged** 10:12
11:7, 11:13
**probably** 10:22
12:18, 13:18
**problem** 19:4
19:15, 19:16
21:9, 22:13
25:4, 37:10
**procedure**
36:24, 46:13
**proceeding**
49:14
**Professional** 2:5
49:3
**pronounce**
44:23, 44:23
**pronounced**
45:15
**prosecutor** 28:1
**protect** 19:5
19:6
**protecting** 19:6
**protective** 30:25
31:7
**prove** 20:13

20:19
**provide** 9:25
**public** 2:5, 9:24
10:2, 49:4
49:22
**pull** 18:9
**pulling** 18:10
22:10, 22:13
**pursuant** 2:2
**put** 17:14, 17:25
18:21, 26:1
26:2, 26:8
26:19, 34:12
37:2, 37:3, 42:6
46:10
**putting** 17:13
40:1

### Q

**question** 4:19
4:21, 5:12, 5:15
18:20, 18:25
19:2, 19:3
19:20, 19:24
20:14, 21:3
21:4, 21:5
21:10, 24:4
24:17, 24:22
25:9, 25:9
25:13, 25:18
26:5, 29:22
**questions** 4:13
5:5, 26:16
26:23, 27:3
27:8, 48:11
**quiet** 24:14

### R

**radio** 38:8
**raised** 7:25
41:13
**Reading** 48:16
**ready** 32:12
**real** 42:15

42:15
really 4:25, 4:25
  26:17, 26:18
  26:21, 26:25
rebeccagibson...
  2:18
recall 33:19
  33:22
receive 34:23
Recess 28:13
  48:9
recollection
  13:3, 16:5
record 9:23
Reed 14:16
  15:13, 22:23
  25:25, 26:2
  26:7, 26:10
  28:16, 30:1
  41:17, 43:15
Reed's 21:18
reformed 28:4
  28:4
Registered 2:4
  49:3
Registration
  49:5
regular 7:3
  10:5
regularly 35:2
related 49:13
release 10:22
released 42:21
remain 38:12
  38:14, 38:25
remember 9:1
  9:4, 37:4, 46:22
renting 13:20
  13:25
rents 14:2
report 16:9
REPORTED
  1:25
reporter 2:5
  4:14, 24:25
  49:3

reporters 4:24
reports 22:22
representation
  10:16
require 10:22
required 27:2
resist 16:7, 20:6
  20:11, 20:15
  39:20, 40:2
  40:10
resisted 16:5
  37:21, 37:22
resisting 26:12
  26:13, 28:20
  39:21, 39:24
respect 27:13
  27:15, 27:16
rest 40:17
result 47:3
  47:16
review 11:1
reviewed 12:24
riding 18:8
right 4:22, 5:14
  5:18, 6:12, 10:3
  10:18, 11:17
  11:18, 11:21
  13:8, 14:13
  14:20, 15:17
  17:9, 17:14
  19:8, 20:8
  23:17, 24:9
  29:21, 31:3
  35:17, 35:19
  35:21, 38:21
  40:25, 41:10
  44:24, 45:17
RIVER 2:12
Road 2:12, 2:16
Rock 7:18, 7:21
room 11:17
  34:20, 36:13
  46:5, 46:8
rooms 14:2
RPR 1:25
Ruth 41:21

S

sake 25:2
Salem 2:21
Sandidges 8:19
  8:20
saw 12:20
saying 11:12
says 21:1
scar 22:7, 36:6
scarring 22:17
  35:25
scenario 45:22
school 7:9
seal 49:16
second 11:22
  12:16, 16:16
  16:21, 23:1
  23:2, 24:14
  46:24
see 12:1, 21:23
  22:9, 22:12
  30:21, 33:12
  33:13, 37:9
seen 33:16
sees 11:24
sent 34:21
serious 40:22
  41:5
serve 19:5, 19:5
set 41:14
Seth 22:23
seven 7:16, 7:17
Shanna 28:22
sheet 9:25, 10:6
shit 15:14, 15:24
  27:18, 28:3
  28:6, 38:8, 41:2
shoot 21:13
  21:15, 21:17
  47:19
shooting 47:19
shortcut 32:4
shot 46:19
show 19:17
  36:2

showed 9:15
shows 16:9
  16:11
shut 33:15
sicced 17:16
  26:13, 30:3
side 5:2, 6:12
  35:9
sign 42:13, 43:1
  43:2
signature 48:16
signed 10:23
sir 4:11, 7:10
  9:18, 14:5, 14:8
  29:1, 29:3
sit 26:14, 42:20
sitting 16:4
  26:15, 43:3
situation 37:21
  41:24
six 30:16
skinny 43:13
slammed 44:15
sleep 37:2, 37:3
slow 33:15
  33:24
smacked 42:2
smoke 25:23
somebody 15:3
  40:1, 42:22
  44:1
sorry 5:24
  22:12, 29:11
  35:15, 38:5
  40:15, 42:6
  47:6
speed 10:8
spoke 14:20
  14:21
SR 2:18
stamp 40:25
standard 9:24
start 4:21, 4:25
  27:12
started 7:15
starts 43:12

state 4:7
stated 16:12
  33:23
statement 16:10
  20:20, 20:21
  20:24, 21:1
  34:1
STATES 1:1
stating 16:18
stay 31:11
  31:17, 34:15
stayed 36:14
step 48:8
STEVEN 2:18
sticker 40:25
stitched 46:18
stitches 46:10
stitching 36:19
  36:20
stood 45:8, 45:8
stop 16:20
  26:12, 27:6
  28:20, 32:7
  32:12, 33:3
  33:10, 33:15
  33:24
stopped 33:22
stopping 32:8
store 7:18
straight 28:3
street 2:8, 18:9
  25:2, 32:11
  32:13, 33:1
  33:2, 33:6, 33:9
  33:25, 41:24
streetlights
  32:13
streets 17:4
stuff 32:3
subcontract 7:2
subcontractor
  6:25
succeed 38:2
succeeded 38:7
suit 27:1
Suite 2:16

**supposed** 11:4
19:5, 42:4
**sure** 5:20, 11:13
14:15, 16:25
19:10, 19:13
21:24, 25:4
26:22, 33:11
40:4, 40:6
40:19, 48:1
**surgical** 36:24
46:13
**sworn** 4:4, 49:8
**system** 27:13
27:15, 27:16
27:21, 27:25
28:2

**T**

**take** 2:3, 4:15
4:23, 10:11
14:4, 21:7
37:11, 41:13
42:2, 42:15
44:13, 44:15
**taken** 2:1, 5:10
23:6, 23:20
24:1, 24:6
30:25, 34:14
42:17, 42:19
**talk** 16:21
24:15, 28:10
**talking** 4:25
7:14, 10:1, 10:5
10:9, 10:10
27:6, 27:7
27:20, 27:22
32:22, 41:21
**tall** 43:13
**tell** 5:13, 5:24
10:19, 15:14
15:24, 15:24
17:10, 18:2
18:3, 25:25
26:7, 27:10
28:21, 41:19

44:1, 44:4, 45:2
45:5
**telling** 11:20
15:16
**ten** 13:18
**testified** 4:4
**testimony** 20:10
26:11, 49:10
**Thank** 6:6, 36:8
**theirself** 19:7
**thereof** 49:15
**thing** 17:24
23:18, 40:22
48:5
**things** 4:17
10:8, 39:22
47:23
**think** 10:1, 10:5
10:9, 10:10
10:14, 10:21
11:12, 15:19
21:6, 24:12
36:16, 36:22
38:9, 41:7, 41:8
41:10, 42:23
45:4, 45:12
46:12, 48:7
48:11
**third** 11:16
**thought** 45:10
45:19
**three** 21:22
22:1, 36:16
43:3
**Timberlake**
2:12
**time** 6:15, 12:20
13:10, 17:6
17:24, 19:17
29:2, 30:11
31:18, 32:16
33:5, 35:9
35:11, 35:14
35:16, 39:15
44:14, 45:9
46:14, 46:17

**times** 21:23
22:2
**today** 4:12, 5:3
5:8, 11:17, 16:4
**told** 15:23
15:25, 17:9
17:14, 17:15
25:11, 26:2
28:20, 32:23
40:12, 44:5
46:11
**top** 47:18
**trample** 11:20
**transcribed** 2:2
**transcript** 4:18
49:10
**treated** 34:19
36:12, 43:10
46:5
**treatment** 23:19
36:18
**tried** 43:25
**truck** 13:22
14:19, 15:8
17:25, 18:1
**true** 49:9
**truth** 41:11
41:12, 41:13
41:13, 41:14
41:15
**truthfully** 5:5
**trying** 11:14
18:13, 24:24
32:2, 40:5, 44:1
45:22
**turn** 15:10
17:25
**twice** 22:4
**twin** 44:2, 44:7
**two** 14:15, 15:1
21:22, 22:1
30:5, 36:15
36:15, 36:17
39:22, 43:12

**U**

**Uh-huh** 4:16
**understand**
5:13, 11:15
16:16, 16:21
17:1, 21:3
21:25, 25:7
26:22, 31:6
35:15, 38:5
**understood** 5:17
21:4
**unfairly** 43:10
**UNITED** 1:1
**uphold** 27:4
28:5
**upset** 16:17
16:21
**upstairs** 36:14

**V**

**VA** 1:16
**Valois** 2:14
4:12, 6:3, 8:5
9:23, 10:4, 10:8
10:13, 10:19
10:24, 11:6
11:15, 11:19
11:24, 12:2
12:6, 12:10
16:15, 16:20
16:25, 17:5
22:21, 24:21
25:8, 25:12
25:17, 28:9
38:19, 48:14
**vigilante** 17:3
**violating** 31:13
**violation** 31:7
**Virginia** 1:1
1:12, 2:6, 2:9
2:13, 2:17, 2:21
49:1, 49:5
49:17, 49:23
**voluntarily** 16:2

**W**

**WADDELL**
2:20
**wait** 4:19, 4:20
25:12
**waive** 12:10
48:12, 48:14
**waived** 48:16
**waiving** 12:8
**walk** 47:13
47:25, 48:1
**walking** 31:25
32:4, 32:19
32:22, 41:24
47:11
**want** 5:13, 11:8
11:19, 11:25
16:25, 18:7
18:9, 18:16
18:17, 20:7
21:11, 21:23
22:10, 22:12
24:3, 24:10
32:14, 34:2
37:9, 47:14
**Ware** 35:13
35:16
**warn** 4:24
**warrant** 19:2
19:17, 19:18
20:5, 43:24
44:9, 44:10
44:18, 44:19
**warrants** 18:18
**way** 17:16, 32:1
33:9, 44:22
**ways** 34:2
**week** 12:19
**weekend** 42:20
43:3
**went** 13:20
31:16, 31:19
33:8, 34:21
42:5, 42:7, 42:8
**Wesley** 1:3, 1:9

2:1, 3:4, 4:3, 4:8
4:9, 5:22, 8:24
15:6, 21:16
24:9, 28:15
28:22, 29:13
32:5, 37:13
**Wesleys** 8:19
8:20, 8:22
**WESTERN** 1:1
**When's** 12:20
**White** 7:18
7:21
**wife** 28:23
30:10, 30:21
31:1, 34:1
**wit** 49:1
**WITNESS** 3:3
6:4, 10:23, 11:4
11:22, 11:25
12:4, 16:18
16:23, 17:2
17:6, 25:10
25:14, 25:19
38:17
**woman** 42:15
**wonder** 8:5
**woods** 32:4
32:8, 32:15
32:20, 32:25
**word** 12:4, 12:5
21:1, 21:1
**work** 6:22, 7:3
7:6, 25:6, 35:8
35:9, 43:13
**Worked** 7:18
**working** 7:15
35:2, 35:4
**worry** 11:2
**worth** 38:7
**write** 9:10
**wrong** 42:14
42:16
**wrote** 9:5, 9:12
10:13, 10:15
11:21, 12:17
12:22, 16:10

**WWE** 16:12

**Y**

**y'all** 25:1, 25:3
25:3, 25:4
48:11
**yards** 18:1
**yeah** 6:19, 7:2
7:2, 7:2, 9:4
11:10, 11:15
11:22, 13:13
13:16, 14:1
15:5, 17:5
19:25, 21:20
22:10, 29:6
29:14, 31:22
32:6, 34:21
35:18, 35:24
36:1, 36:7
37:25, 38:4
43:2, 43:19
43:20, 46:11
47:9, 47:22
**year** 37:16
39:12
**years** 37:17
**you-all** 11:5

**1**

**1:38** 1:11, 2:7
4:1
**10** 13:1, 37:17
**10-page** 9:5, 9:5
**11822** 1:15
**11th** 8:24, 13:4
19:8, 21:18
23:23, 28:16
28:24, 29:5
29:15, 29:24
34:13, 34:17
35:1, 37:19
**13** 8:4, 8:5
**15** 9:5
**18** 8:9

**2**

**2:32** 1:11, 48:15
**20** 29:25, 34:2
**2000** 39:15
**2002** 39:13
**2017** 39:10
**2019** 6:17, 6:18
38:10
**2020** 6:17, 6:18
**2021** 8:25, 13:4
19:9, 21:18
23:23, 28:16
28:25, 29:5
29:15, 29:16
29:24, 29:25
30:8, 31:4, 34:5
34:13, 35:1
35:20, 37:19
40:7, 41:17
43:9
**2023** 1:10, 2:7
4:1
**2024** 49:17
**2025** 49:6
**20th** 29:16, 30:7
31:1, 31:4, 34:5
35:19, 41:17
**21** 8:9
**24153** 2:21
**24501** 2:17
**24502** 2:13
**24506** 1:16
**25** 36:22
**2550** 5:23, 5:25
6:2, 29:18
29:19, 29:19
**2nd** 49:17

**3**

**3** 39:13
**30** 49:6
**359658** 49:6
**3831** 2:16
**3rd** 2:8

**4**

**4** 3:5
**40** 36:22, 46:12
**415** 2:20
**434)239-2552**
1:16
**434.385.4579**
2:17
**434.845.4529**
2:13

**5**

**54** 6:9, 8:6
**540.387.2320**
2:21
**5-minute** 28:10

**6**

**6** 2:16
**6:23-cv-00012**
1:5

**7**

**75** 46:12
**7601** 2:12

**8**

**8** 1:10, 2:7, 4:1

**9**

**900** 2:8
**911** 30:18, 30:21
34:4