**CONFIDENTIAL**

2021-003502

# WARRANT OF ARREST—MISDEMEANOR (STATE)

COMMONWEALTH OF VIRGINIA    Va. Code § 19.2-71, -72

Lynchburg
CITY OR COUNTY

[x] General District Court  [x] Criminal  [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

CASE NO:

ACCUSED:
Wesley, Calvin Lee; Sr.
LAST NAME, FIRST NAME, MIDDLE NAME

816 Greenfield Dr. Apt. 54
ADDRESS/LOCATION

Lynchburg, VA 24501



Hearing Date/Time

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **03/11/2021** did unlawfully in violation of Section
DATE

**18.2-460(E)**, Code of Virginia:
intentionally attempt to prevent a law-enforcement officer from lawfully arresting the accused.

To be completed upon service as Summons
Mailing address [ ] Same as above

| RACE | SEX | BORN MO DAY YR | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| B | M | ■■■ | 5' 09" | 190 | BRO | BLK |

SSN: ■■■
DL#: ■■■   STATE

[ ] Commercial Driver's License
[ ] Commercial Motor Vehicle  [ ] Hazardous Material

**CLASS 1 MISDEMEANOR**

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Officer Bryant, C. C.  112  LPD _____, Complainant.

Execution by summons [ ] permitted at officer's discretion. [x] not permitted.

_____
03/11/2021 02:32 PM
DATE AND TIME ISSUED

Daniel Baker
[ ] CLERK  [x] MAGISTRATE  [ ] JUDGE

[x] EXECUTED by arresting the Accused named above on this day:
[ ] EXECUTED by summoning the Accused named above on this day:
[ ] For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

3-11-21  1639
DATE AND TIME OF SERVICE

J. Person _____, ARRESTING OFFICER
105, LPD, 114
BADGE NO., AGENCY AND JURISDICTION

for _____
SHERIFF

Attorney for the Accused: _____

Short Offense Description (not a legal definition):
**ATTEMPT TO FLEE FROM A LAW ENFORCEMENT OFFICER**
Offense Tracking Number:
**680GM2100003366**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
JUS-4831-M1

CCRE/Fingerprinting Required

FORM DC-314 (MASTER, PAGE ONE OF TWO) 03/21

CITY 000538

CONFIDENTIAL

# WARRANT OF ARREST—MISDEMEANOR (STATE)

COMMONWEALTH OF VIRGINIA    Va. Code § 19.2-71, -72

Lynchburg
CITY OR COUNTY

☐ General District Court  ☐ Criminal  ☐ Traffic
☒ Juvenile and Domestic Relations District Court

TO ANY AUTHORIZED OFFICER:
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **02/25/2021** did unlawfully in violation of Section
DATE

**18.2-57.2**, Code of Virginia:
assault and batter Shanna Wesley, who is a family or household member [spouse].

**Active Military Personnel** - Not Military/Not Known
I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Officer Foster, J. L.   165   LPD                              , Complainant.

Execution by summons ☐ permitted at officer's discretion. ☒ not permitted.

*/s/ Joel S. Nelson*

02/25/2021 01:10 PM
DATE AND TIME ISSUED
Joel S. Nelson

☐ CLERK  ☒ MAGISTRATE  ☐ JUDGE

**CCRE/Fingerprinting Required**

---

CASE NO.: 2021-0035 02

ACCUSED:
Wesley, Calvin Lee; Sr.
LAST NAME, FIRST NAME, MIDDLE NAME

816 Greenfield Dr. Apt. 54
ADDRESS/LOCATION

Lynchburg, VA 24501

To be completed upon service as Summons
Mailing address ☐ Same as above

Hearing Date/Time

| RACE | SEX | BORN | HT. | WGT. | EYES | HAIR |
|------|-----|------|-----|------|------|------|
| B | M | ███ | 5' 09" | 190 | BRO | BLK |

SSN: ███

DL# _____  STATE ____

☐ Commercial Driver's License

CLASS **1** MISDEMEANOR

☒ EXECUTED by arresting the Accused named above on this day:
☐ EXECUTED by summoning the Accused named above on this day:
☐ For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

3-11-21   1639
DATE AND TIME OF SERVICE

J. Pedon                                        , ARRESTING OFFICER

105, LPD, 114
BADGE NO., AGENCY AND JURISDICTION

for _____
SHERIFF

Attorney for the Accused: _____

Short Offense Description (not a legal definition):
**ASSAULT: ON FAMILY MEMBER**

Offense Tracking Number:
**680JM2100002634**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
**ASL-1315-M1**




FORM DC-314 (MASTER, PAGE ONE OF TWO) 07/11

CITY 000539

**CONFIDENTIAL**

# WARRANT OF ARREST—MISDEMEANOR (STATE)

COMMONWEALTH OF VIRGINIA   Va. Code § 19.2-71, -72

Lynchburg
CITY OR COUNTY

[X] General District Court  [X] Criminal  [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

**CASE NO.:** 2021-03502

**ACCUSED:** Wesley, Calvin Lee; Sr.
LAST NAME, FIRST NAME, MIDDLE NAME

816 Greenfield Dr. Apt. 54
ADDRESS/LOCATION

Lynchburg, VA 24501

To be completed upon service as Summons
Mailing address [ ] Same as above

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 03/11/2021 did unlawfully in violation of Section

**18.2-460**, Code of Virginia:
without just cause, knowingly obstruct a law-enforcement officer in the performance of duties as such, or fail or refuse to cease such obstruction without just cause when requested to do so.

| RACE | SEX | BORN (MO DAY YR) | HT. (FT IN) | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| B | M |  | 5' 09" | 190 | BRO | BLK |

SSN: [redacted]
DL#:                     STATE

[ ] Commercial Driver's License
[ ] Commercial Motor Vehicle  [ ] Hazardous Material

**CLASS  1  MISDEMEANOR**

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Officer Reed, S.C. 170 LPD , Complainant.

Execution by summons [ ] permitted at officer's discretion. [X] not permitted.

03/11/2021 01:44 PM
DATE AND TIME ISSUED

Daniel Baker
[ ] CLERK  [X] MAGISTRATE  [ ] JUDGE

[X] EXECUTED by arresting the Accused named above on this day:
[ ] EXECUTED by summoning the Accused named above on this day:
[ ] For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

3-11-21   1639
DATE AND TIME OF SERVICE

J. Person , ARRESTING OFFICER

1CS VPD 114
BADGE NO., AGENCY AND JURISDICTION

for _____
SHERIFF

Attorney for the Accused:

**CCRE/Fingerprinting Required**

Short Offense Description (not a legal definition):
**OBSTRUCT JUSTICE: OFFICL VICTIM, NO THRT/FORCE**
Offense Tracking Number:
**680GM2100003361**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
**JUS-4829-M1**

Hearing Date/Time

FORM DC-314 (MASTER, PAGE ONE OF TWO) 03/21



CITY 000540

**CONFIDENTIAL**

# WARRANT OF ARREST – FELONY
COMMONWEALTH OF VIRGINIA    Va. Code § 19.2-71, -72

2024-003502

[x] General District Court  [x] Criminal  [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

Lynchburg
CITY OR COUNTY

**CASE NO.**

**ACCUSED:** Wesley, Calvin Lee; Sr.
LAST NAME, FIRST NAME, MIDDLE NAME

816 Greenfield Dr. Apt. 54
ADDRESS/LOCATION

Lynchburg, VA 24501

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **03/11/2021** did unlawfully and feloniously in violation of Section **18.2-57**, Code of Virginia:

assault and batter Officer S.C. Reed knowing or having reason to know that such person was a law enforcement officer, as defined in subsection F of §18.2-57, engaged in public duties.

**COMPLETE DATA BELOW IF KNOWN**

| RACE | SEX | BORN (MO. DAY YR.) | HT. (FT. IN.) | WGT. | EYES | HAIR |
|------|-----|---------------------|---------------|------|------|------|
| B | M |  | 5' 09" | 190 | BRO | BLK |

SSN: [redacted]
D.L.#: [redacted]    STATE:

[ ] Commercial Driver's License
[ ] Commercial Motor Vehicle  [ ] Hazardous Materials

**CLASS 6    FELONY**

[x] EXECUTED by arresting the Accused named above on this day:

3-11-21    1639
DATE AND TIME OF SERVICE

J. Person, Arresting Officer

105, LPD, 114
BADGE NO., AGENCY AND JURISDICTION

for _____ SHERIFF

Attorney for the Accused:

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Officer Reed, S.C. 170 LPD _____, Complainant.

**CCRE/Fingerprinting Required**

03/11/2021 01:43 PM
DATE AND TIME ISSUED

[ ] CLERK  [x] MAGISTRATE  [ ] JUDGE
Daniel Baker

Short Offense Description (not a legal definition):
**ASSAULT AND BATTER ON LAW ENFORCEMENT OFFICER**

Offense Tracking Number:
**680GM2100003360**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: **ASL-1342-F6**

**FELONY**

FORM DC-312 (MASTER, PAGE ONE OF TWO) 03/21

CITY 000541