
# Lynchburg Police Department
## Use Of Force Report

## Incident Details

| Date Received | Date of Occurrence | Time of Occurrence |
|---|---|---|
| 12/20/2021 | 12/20/2021 | 21:56 |

| Record ID Number | CC Number | IA No |
|---|---|---|
| 2126 | 2021-016418 | UOF2021-0072 |

| Date/Time Entered | Entered By | |
|---|---|---|
| 12/22/2021 01:22 | Sergeant Vernon Parrish - 1064 | |

| Lynchburg BlueTeam NextGen Assigned Investigator | IAPro Assigned Investigator | |
|---|---|---|
| [Pending assignment] | Captain Lisa Singleton | |

## Incident Summary

12/20/21

Officer Reed was dispatched to 2550 Anthony Place, #18 for report of a domestic. Shana Wesley had called 911 because her estranged husband, Calvin Wesley Sr., was inside her apartment and threatening her. Shana has an active protective order on file against Calvin for previous acts of violence against her. Lyncom also told Officer Reed that Calvin currently had an outstanding warrant for violating the same protective order in June 2021.

As police arrived on scene, it was quickly determined that Calvin had fled to a neighbor's apartment in the same complex. Officer Reed attempted to locate Calvin there but he jumped from the second-story window and began to flee into the woods behind the apartment complex. Officer Reed gave chase along with Officer Rowland.

While chasing Calvin through the woods, Officer Reed gave several announcements identifying himself and telling Calvin that he had a warrant for his arrest and commands for Calvin to stop running or the K9 would bite him. Calvin can be heard responding to each of these commands on Officer Reed's BWC recording. 5 total commands were given by Officer Reed and each one of them was loud and clear.

As Calvin cleared the woods, he attempted to get into a passing vehicle, which is when Officer Reed gave the command for K9 Knox to bite/apprehend Calvin. Knox bit Calvin in his right forearm and the vehicle sped off, leaving Calvin in the street with Knox still attached. Officer Reed continued to give command for Calvin to get on the ground and he had a warrant for his arrest. When Officer Rowland arrived on foot, he was able to handcuff Calvin while Officer Reed notified a supervisor and called for a medic to assess Calvin's injury.

Calvin was transported to Lynchburg General Emergency Department where he received treatment for the bite. Officer Bryant obtained additional warrants on Calvin and when he was released, he transported him to the jail. Calvin was served/arrested on the following:
- Violate protective order from June 2021
- Violate protective order
- Assault police K9
- Obstruction/Resist Arrest

Officer Reed and Calvin Wesley were the only two who witnessed the use of force. Calvin was interviewed at LGH-ER and seemed to be highly intoxicated. Calvin said he was "just walking through the woods." He also denied jumping out of the apartment window and said he has not run from police since 2002.

This use of force was justified and within LPD policy due to the following:
- Officer Reed was familiar with Calvin Wesley's violent history due to his previous encounters with Calvin as well as Calvin's history with LPD. One of those occasions resulted in Officer Reed being assaulted by Calvin. Other LPD officers have also been victims of assault by Calvin Wesley while attempting to arrest him.
- Calvin had an outstanding warrant for violating a protective order and was in the process of violating the same order on the date of this incident.
- Calvin fled on foot through the woods, disregarding at least 5 loud commands. Each command clearly stated he was wanted and that the dog would bite him if he refused to stop. He did not comply with any of these.
- Calvin attempted to flee in a vehicle after disregarding commands and this was the moment Officer Reed deployed Knox to apprehend him.
- Medical treatment was rendered once he was in custody and a supervisor immediately notified.

Case 6:23-cv-00032-NKM-CKM Document 28-1 Filed 12/28/23 Page 2 of 9 Pageid#: 234
Case 6:24-cv-00032-NKM-CKM Document 35-9 Filed 12/20/24 Page 2 of 9 Pageid#: 508
CONFIDENTIAL

Note: While chasing Wesley through the woods, Officer Rowland felt a "pop" and instant pain in his left knee as he was running downhill. He was tended to by medics and transported to LGH for medical treatment at the conclusion of the incident.

Nothing further.
Completed by Lt. Lisa Singleton 4/7/2022

## Incident Location

**Addresses**
Latitude, Longitude = [37.41222, -79.19885]
2504 Old Forest Road, Lynchburg, VA, 24501

- Location of Occurrence: Lynchburg

## Use of Force Details

| Reason For Using Force | Service Being Rendered | More Than 1 Citizen Involved |
|---|---|---|
| Escape (Or Attempts) | Effecting Arrest | No |
| **Weather Condition** | **Light Condition** | **Distance to Citizen** |
| Clear/Cloudy | Dark | 22 feet to 25 feet |
| **Citizen Injured** | **Citizen Hospitalized** | **Citizen Arrested** |
| Yes | Yes | Yes |
| **Citizen Build** | **Citizen Height** | **Citizen Influence Assessment** |
| 101-200 Lbs. | 5'10" to 6'0" | None detected |
| **Officer(s) Injured** | **Officer(s) Taken to Hospital** | |
| No | Yes | |

## Reporting/Involved Citizen

### Calvin Lee Wesley

**Date of Birth:** ▮▮▮▮   **Race:** Black   **Ethnicity:** Black or African American   **Gender:** Male

**Addresses** [None Entered]
**Phone Numbers** [None Entered]
**Role:** Offender

**Additional Snapshot Data**

| Homeless at time of involvement | Perceived Limited English | Primary Language |
|---|---|---|
| No | No | English |
| **Sexual Orientation** | **Gender Expression** | **Experiencing Mental Crisis (Officer Assessment)** |
| N/A | Male | No |
| **Experiencing Mental Crisis (Self Reported)** | **Armed at Time of Incident** | |
| No | No | |

**Type of Resistance Citizen Used Against Officer**
• Resisting Arrest

**Injuries Sustained By Citizen**

| Injury | Region | Injury Location |
|---|---|---|

| | | |
|---|---|---|
| Observable Injury | 4 | 1 |
| *EMS Responded/Transported | X | 2 |



**Charges Against Citizen**
• Obstruction Of Justice
• Violate Protective Order
• Assault LEO

## Incident Officers

### Police Officer 3 Seth Reed - 1379

**Assignment at time of incident:** Police Officer 3 Field Operations Bureau/Platoon B/Platoon B 200// **Video Footage:** BWC Utilized
**Role:** Primary

**Force used by this Officer against Citizen**
• K-9 Release-With Bite - Force Effective: Yes

**Less lethal force used by this Officer against Citizen**

| Force Used | Force Effective | Region | Point of Contact |
|---|---|---|---|
| K-9 Release-With Bite | Yes | 4, 4 | 1, 2 |



FRONT    BACK

### Injuries Sustained By Officer

| Injury | Region | Injury Location |
|---|---|---|
| No injuries noted or visible | | |

## Officer Witnesses

### Police Officer 3 Austin Rowland - 1394

**Assignment at time of incident:** Police Officer 3 Field Operations Bureau/Platoon B/Platoon B 200//
**Video Footage:** BWC Utilized
**Role:** Witness

## Tasks

No tasks to show

## Running Sheet Entries

No running sheet entries to show

## Attachments

| Date Attached | Attachment Description | Attachment Types |
|---|---|---|
| 02/06/2022 | Interview of suspect (Calvin Wesley) | |
| 02/06/2022 | Officer Reed Garrity Interview | |
| 02/06/2022 | photo #5 of suspect injury | jpg |
| 02/06/2022 | photo #3 of suspect injury | jpg |
| 02/06/2022 | photo of suspect | jpg |
| 02/06/2022 | Officer Reed's Garrity Form | pdf |
| 04/30/2022 | Suspect Warrants 2021-016418 (Served Copies) | pdf |

| 02/06/2022 | Officer Reed's Body Camera | |
| 02/06/2022 | photo #1 of suspect injury | jpg |
| 04/30/2022 | Officer Rowland's Employee Injury Form | pdf |
| 02/06/2022 | Officer Rowland's Body Camera | |
| 02/06/2022 | photo #4 of suspect injury | jpg |
| 02/06/2022 | photo #2 of suspect injury | jpg |
| 02/06/2022 | Officer Reed's Memo | pdf |
| 04/07/2022 | 2021016418 | pdf |
| 04/30/2022 | UOF Checklist 2021-016418 | pdf |

## Assignment History

| Date/Time Sent | From | To | Activity |
|---|---|---|---|
| 02/18/2022 18:35 | Cap N Leger | | Field assigned |
| 04/27/2022 14:25 | Lie J Hinkley | | Field assigned |
| 05/18/2022 13:47 | Lie J Hinkley | | Field assigned |
| 05/19/2022 07:45 | Lie J Hinkley | | Field status changed in IAPro from In chain to Released |
| 05/19/2022 07:45 | Lie J Hinkley | | Released back to IAPro |

## Chain of Command History

**Routing Number: 1**

| | |
|---|---|
| **From** | Sergeant Vernon Parrish |
| **To** | Captain Nicholas Leger |
| **Cc:** | |
| **Date/Time Sent** | 02/06/2022 12:52 |

**Instructions From [ Sergeant Vernon Parrish ] To [ Captain Nicholas Leger ]**

For your review

**Comments/Response From [ Captain Nicholas Leger ]**

Incident routing was closed out by IAPro user Captain Nicholas Leger and the incident was re-routed to Lieutenant Lisa P Singleton [024]

**Routing Number: 2**

| | |
|---|---|
| **From** | Captain Nicholas Leger |
| **To** | Captain Lisa Singleton |
| **Cc:** | |
| **Date/Time Sent** | 02/18/2022 18:35 |

**Instructions From [ Captain Nicholas Leger ] To [ Captain Lisa Singleton ]**

CITY 000531

Lt. - please see the assigned UOF Team investigation. I made the assignment effective 2/22/2022.

Thank you.

| Comments/Response From [ Captain Lisa Singleton ] | |
|---|---|
| Please review. | |

| Routing Number: 3 | |
|---|---|
| From | Lieutenant Lisa Singleton |
| To | Captain Daniel Black |
| Cc: | |
| Date/Time Sent | 04/07/2022 14:51 |

| Instructions From [ Lieutenant Lisa Singleton ] To [ Captain Daniel Black ] | |
|---|---|
| Please review. | |

| Comments/Response From [ Captain Daniel Black ] | |
|---|---|
| Incident routing was closed out by IAPro user Lieutenant Joel Hinkley and the incident was re-routed to Sergeant Vernon L Parrish [055] | |

| Routing Number: 4 | |
|---|---|
| From | Lieutenant Joel Hinkley |
| To | Sergeant Vernon Parrish |
| Cc: | |
| Date/Time Sent | 04/27/2022 14:25 |

**Instructions From [ Lieutenant Joel Hinkley ] To [ Sergeant Vernon Parrish ]**

Suspect Injuries:
# 2 is accurate to depict the nature of "apparent injury"
# 1 needs to be deleted then reapplied in the square box between the person diagrams. This is where the ems responded/transported/refused is documented.
Officers:
The only officer involved in this use of force is Officer Reed - he needs to be made primary officer instead of assisting.
If Rowland witnessed the Use of force he should only be listed as a witness under witnesses. Handcuffing does not apply to assisting in a use of force as it relates to involved officers.
Please add a statement in the body of the summary to indicate how Officer Rowland injured his knee. If left the way it is now, it will make it appear that the officer was injured as a result of using force and that is not the case here. I made a marker on his BWC showing when Rowland made the statement of hurting his knee coming down a hill to make it easier to review.
Links:
Warrant copies need to be deleted and reattached with served copies.
Officer Rowland - Please attach the injury form
AXON videos:
All videos which involve the incident should have the CC number and be tagged # 10 UOF. This should include both BWC and In Car camera video of the incident. Once you corollate all videos with the appropriate CC#, Add the category to all videos of # 10 UOF for preservation or they may be deleted.

Once completed please send back to me with corrections within 7 calendar days so it can be forwarded through the chain of command.

**Comments/Response From [ Sergeant Vernon Parrish ]**

All requested changes have been made

| | |
|---|---|
| **Routing Number: 5** | |
| From | Sergeant Vernon Parrish |
| To | Lieutenant Joel Hinkley |
| Cc: | |
| Date/Time Sent | 04/30/2022 13:02 |
| **Instructions From [ Sergeant Vernon Parrish ] To [ Lieutenant Joel Hinkley ]** | |
| All requested changes have been made | |
| **Comments/Response From [ Lieutenant Joel Hinkley ]** | |
| Reviewed as Acting Captain.  Approved. | |
| **Routing Number: 6** | |
| From | Lieutenant Joel Hinkley |
| To | Major Kennith Edwards |
| Cc: | |
| Date/Time Sent | 05/02/2022 08:38 |
| **Instructions From [ Lieutenant Joel Hinkley ] To [ Major Kennith Edwards ]** | |
| For your review. | |
| **Comments/Response From [ Major Kennith Edwards ]** | |
| Reviewed and approved. | |
| **Routing Number: 7** | |
| From | Major Kennith Edwards |
| To | Chief Ryan Zuidema |
| Cc: | |
| Date/Time Sent | 05/02/2022 11:38 |
| **Instructions From [ Major Kennith Edwards ] To [ Chief Ryan Zuidema ]** | |
| Reviewed and approved. | |
| **Comments/Response From [ Chief Ryan Zuidema ]** | |
| [Forwarded by Chief Ryan Zuidema] | |
| **Routing Number: 8** | |
| From | Chief Ryan Zuidema |
| To | Professional Standards |
| Cc: | |
| Date/Time Sent | 05/02/2022 21:34 |
| **Instructions From [ Chief Ryan Zuidema ] To [ Professional Standards ]** | |
| Approved | |

CITY 000533

CONFIDENTIAL

Case 6:23-cv-00012-NKM-CKM Document 28-9 Filed 12/28/23 Page 8 of 9 Pageid#: 240
Case 6:24-cv-00032-NKM-CKM Document 35-9 Filed 12/02/24 Page 8 of 9 Pageid#: 514

| Comments/Response From [ Professional Standards ] | |
|---|---|
| Routing was NOT completed in BlueTeam. The incident was moved into IAPro by IAPro user Lieutenant Joel Hinkley | |

| Routing Number: 9 | |
|---|---|
| From | Lieutenant Joel Hinkley |
| To | Sergeant Vernon Parrish |
| Cc: | |
| Date/Time Sent | 05/18/2022 13:47 |

| Instructions From [ Lieutenant Joel Hinkley ] To [ Sergeant Vernon Parrish ] | |
|---|---|
| Sgt. Parrish,<br><br>Please make one final modification to Citizen Injury Sustained.<br><br>The # 1 dot on the citizens right arm should indicate the type of injury instead of Admitted to the Hospital as it currently is.<br><br>We need this back asap and I will send you an email as well as to why.<br><br>Feel free to call me with any questions.<br><br>Thanks, Joel | |

| Comments/Response From [ Sergeant Vernon Parrish ] | |
|---|---|
| Injury type updated | |

| Routing Number: 10 | |
|---|---|
| From | Sergeant Vernon Parrish |
| To | Lieutenant Joel Hinkley |
| Cc: | |
| Date/Time Sent | 05/19/2022 05:17 |

| Instructions From [ Sergeant Vernon Parrish ] To [ Lieutenant Joel Hinkley ] | |
|---|---|
| Injury type updated. For your review sir. | |

| Comments/Response From [ Lieutenant Joel Hinkley ] | |
|---|---|
| Routing was NOT handled in BlueTeam. The incident was forwarded into IAPro by IAPro user Lieutenant Joel Hinkley | |

**Assigned Investigator Signature Line**
_____
[Pending assignment]

**Chain of Command Signature Lines**
_____
Captain Nicholas Leger

**Chain of Command Signature Lines**
_____
Chief Ryan Zuidema

**Chain of Command Signature Lines**
_____
Captain Lisa Singleton

**Chain of Command Signature Lines**

**CONFIDENTIAL**

_____

Lieutenant Joel Hinkley

**Chain of Command Signature Lines**

_____

Major Kennith Edwards

**Chain of Command Signature Lines**

_____

Captain Daniel Black

**Chain of Command Signature Lines**

_____

Sergeant Vernon Parrish

**Chain of Command Signature Lines**

_____

Lieutenant Joel Hinkley

**Chain of Command Signature Lines**

_____

Sergeant Vernon Parrish