Exhibit 11

Officer Rowland body cam to be provided via USPS.

{00534289.DOCX }