# WARRANT OF ARREST – FELONY
COMMONWEALTH OF VIRGINIA   Va. Code § 19.2-71, -72

**CONFIDENTIAL**

[x] General District Court   [x] Criminal   [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

Lynchburg
CITY OR COUNTY

CASE NO.

ACCUSED:
Wesley, Calvin Lee; Sr.
LAST NAME, FIRST NAME, MIDDLE NAME

816 Greenfield Dr Apt 54
ADDRESS/LOCATION

Lynchburg, VA 24501

**TO ANY AUTHORIZED OFFICER:**
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 12/20/2021 did unlawfully and feloniously in violation of Section

**18.2-144.1**, Code of Virginia:

maliciously cause bodily injury to Canine Officer Knox owned, used, or trained by a law enforcement agency, [LPD] while such animal was performing lawful duties.

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| B | M | | 5' 09" | 190 | BRO | BLK |

SSN

D.L.#                                STATE

[ ] Commercial Driver's License
[ ] Commercial Motor Vehicle   [ ] Hazardous Materials

**CLASS 5 FELONY**

[ ] EXECUTED by arresting the Accused named above on this day:
12/22/21   1200
DATE AND TIME OF SERVICE

B ORROCK, Arresting Officer

196 LPD 114
BADGE NO., AGENCY AND JURISDICTION

for ........................... SHERIFF

Attorney for the Accused:

Hearing Date/Time

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Officer Reed, S.C. 170 LPD ..................., Complainant.

**CCRE/Fingerprinting Required**

12/20/2021 11:24 PM
DATE AND TIME ISSUED

Patricia A. Parrish
[ ] CLERK   [x] MAGISTRATE   [ ] JUDGE
Patricia W. Parrish

Short Offense Description (not a legal definition):
**ANIMAL (LAW ENF): MAIM/KILL**

Offense Tracking Number:
**680GM2100016258**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: **VAN-2957-F5**

**FELONY**

FORM DC-312 (MASTER, PAGE ONE OF TWO) 03/21

CITY 000554

# WARRANT OF ARREST—MISDEMEANOR (STATE)

**COMMONWEALTH OF VIRGINIA**    Va. Code § 19.2-71, -72

Lynchburg
CITY OR COUNTY

[ ] General District Court   [ ] Criminal   [ ] Traffic
[x] Juvenile and Domestic Relations District Court

CASE NO.: _____

ACCUSED: Wesley, Calvin Lee; Sr.
LAST NAME, FIRST NAME, MIDDLE NAME

816 Greenfield Dr Apt 54
ADDRESS/LOCATION

Lynchburg, VA 24501

To be completed upon service as Summons
Mailing address [ ] Same as above

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **12/20/2021** did unlawfully in violation of Section
DATE

**16.1-253.2** , Code of Virginia:
violate a provision of a Family Abuse Protective Order issued pursuant to §16.1-279.1

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| B | M | ███████ | 5' 09" | 190 | BRO | BLK |

SSN: ███████

DL#: _____ STATE: ____

[ ] Commercial Driver's License
[ ] Commercial Motor Vehicle   [ ] Hazardous Materials

**CLASS 1 MISDEMEANOR**

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Officer Bryant, C.C. 112 LPD _____, Complainant.

Execution by summons [ ] permitted at officer's discretion. [x] not permitted.

12/20/2021 11:17 PM
DATE AND TIME ISSUED

_Patricia N. Parrish_
[ ] CLERK   [x] MAGISTRATE   [ ] JUDGE
Patricia W. Parrish

[x] EXECUTED by arresting the Accused named above on this day:
[ ] EXECUTED by summoning the Accused named above on this day:
[ ] For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

12/22/21    12:00
DATE AND TIME OF SERVICE

B ORROCK _____, ARRESTING OFFICER
196 LPD 114
BADGE NO., AGENCY AND JURISDICTION

for _____
SHERIFF

Attorney for the Accused: _____

Short Offense Description (not a legal definition):
**PROTECTIVE ORDER: VIOLATION**
Offense Tracking Number:
**680JM2100016255**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
**PRT-5007-M1**

**CCRE/Fingerprinting Required**

FORM DC-314 (MASTER, PAGE ONE OF TWO) 07/21

CITY 000555

**CONFIDENTIAL**

# WARRANT OF ARREST—MISDEMEANOR (STATE)
COMMONWEALTH OF VIRGINIA   Va. Code § 19.2-71, -72

Lynchburg
CITY OR COUNTY

☐ General District Court ☐ Criminal ☐ Traffic
☒ Juvenile and Domestic Relations District Court

CASE NO.:

ACCUSED: Wesley, Calvin Lee; Sr.
LAST NAME, FIRST NAME, MIDDLE NAME

816 Greenfield Dr. Apt. 54
ADDRESS/LOCATION
Lynchburg, VA 24501

To be completed upon service as Summons
Mailing address ☐ Same as above

TO ANY AUTHORIZED OFFICER:
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **06/12/2021** did unlawfully in violation of Section

**16.1-253.2**, Code of Virginia:
violate a provision of a Family Abuse Protective Order issued pursuant to §16.1-278.14.

RACE: B   SEX: M   BORN: [redacted]   HT: 5' 09"   WGT: 190   EYES: BRO   HAIR: BLK

SSN: [redacted]
DL#: [redacted]   STATE:

☐ Commercial Driver's License
☐ Commercial Motor Vehicle   ☐ Hazardous Material

**CLASS 1 MISDEMEANOR**

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

Wesley, Shanna, Complainant.

Execution by summons ☐ permitted at officer's discretion. ☒ not permitted.

**06/14/2021 10:43 AM**
DATE AND TIME ISSUED

Sharon K. Eimer
☐ CLERK ☒ MAGISTRATE ☐ JUDGE

☒ EXECUTED by arresting the Accused named above on this day:
☐ EXECUTED by summoning the Accused named above on this day:
☐ For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

12/22/21   12:00
DATE AND TIME OF SERVICE

B. Orrock, ARRESTING OFFICER
196  LPD  114
BADGE NO., AGENCY AND JURISDICTION

for _____ SHERIFF

Attorney for the Accused: _____

Short Offense Description (not a legal definition):
**PROTECTIVE ORDER: VIOLATION**
Offense Tracking Number:
**680JM2100007768**
FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
**PRT-5007-M1**

**CCRE/Fingerprinting Required**

FORM DC-314 (MASTER, PAGE ONE OF TWO) 03/21

STATE

CITY 000556

# WARRANT OF ARREST—MISDEMEANOR (STATE)
COMMONWEALTH OF VIRGINIA   Va. Code § 19.2-71, -72

**Lynchburg**
CITY OR COUNTY

[x] General District Court   [x] Criminal   [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

CASE NO.

ACCUSED: **Wesley, Calvin Lee; Sr.**
LAST NAME, FIRST NAME, MIDDLE NAME

**816 Greenfield Dr Apt 54**
ADDRESS/LOCATION
**Lynchburg, VA 24501**

To be completed upon service as Summons
Mailing address [ ] Same as above

TO ANY AUTHORIZED OFFICER:
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **12/20/2021** did unlawfully in violation of Section **18.2-460(E)**, Code of Virginia: intentionally prevent a law-enforcement officer from lawfully arresting the accused.

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|
| B | M | | 5' 09" | 190 | BRO | BLK |

SSN: [redacted]
DL#:    STATE:

[ ] Commercial Driver's License
[ ] Commercial Motor Vehicle   [ ] Hazardous Materials

**CLASS 1 MISDEMEANOR**

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

**Officer Reed, S. C.   170   LPD**, Complainant.

Execution by summons [ ] permitted at officer's discretion. [x] not permitted.

**12/20/2021 11:19 PM**
DATE AND TIME ISSUED

[ ] CLERK   [x] MAGISTRATE   [ ] JUDGE
Patricia W. Parrish

[x] EXECUTED by arresting the Accused named above on this day:
[ ] EXECUTED by summoning the Accused named above on this day:
[ ] For legal entities other than individuals, service pursuant to Va. Code § 19.2-76.

**12/22/21   1200**
DATE AND TIME OF SERVICE

**B. ORROCK**, ARRESTING OFFICER
**196 LPD   11Y**
BADGE NO., AGENCY AND JURISDICTION

for _____
SHERIFF

Attorney for the Accused:

Short Offense Description (not a legal definition):
**FLEEING FROM A LAW-ENFORCEMENT OFFICER**
Offense Tracking Number:
**680GM2100016257**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:
**JUS-4831-M1**

**CCRE/Fingerprinting Required**

FORM DC-314 (MASTER, PAGE ONE OF TWO) 07/21

CITY 000557