IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CALVIN WESLEY,                                    )
                                                 )
      Plaintiff,                                 )
                                                 )
v.                                               )          Civil Action: 6:24cv00032
                                                 )
THE CITY OF LYNCHBURG and                        )
LPD OFFICER SETH REED,                           )
                                                 )
      Defendants.                                )

**DEFENDANT CITY OF LYNCHBURG'S MOTION FOR SUMMARY JUDGMENT**

Defendant City of Lynchburg, Virginia, by counsel, respectfully moves for summary judgment on all of the Plaintiff's claims against it pursuant to Rule 56 of the Federal Rules of Civil Procedure. The grounds for this motion are more fully set forth in the memorandum in support filed contemporaneously herewith.

WHEREFORE, Defendant City of Lynchburg, Virginia respectfully requests that the Court enter summary judgment in its favor and dismiss the claims against it with prejudice.

Respectfully,

CITY OF LYNCHBURG, VIRGINIA

By /s/ John R. Fitzgerald
Jim H. Guynn, Jr., Esq. (VSB # 22299)
John R. Fitzgerald, Esq. (VSB # 98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
       johnf@guynnwaddell.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of February, 2026, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

M. Paul Valois
James River Legal Associates
7601 Timberlake Road
Lynchburg, VA 24502
Phone: (434) 845-4529
Fax: (434) 845-8536
Email: mvalois@vbclegal.com
*Counsel for Plaintiff*

Steven D. McFadgen, Sr.
McFadgen Law, PLC
3831 Old Forest Road, Suite 6
Lynchburg, VA 24501
Phone: (434) 385-4579
FAX: (888) 873-1048
Email: muchmorelaw@gmail.com
*Counsel for Plaintiff*

/s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB #22299)
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:     540-389-2350
Email: jimg@guynnwaddell.com
         johnf@guynnwaddell.com
*Counsel for Defendants*

2