IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

*****************************************************

CALVIN WESLEY,

     Plaintiff

v.                       Case No.:  6:22-cv-00031

CITY OF LYNCHBURG, et al.,

     Defendants.

*****************************************************

VIDEORECORDED 30(b)(6) DEPOSITION

OF SERGEANT NATHAN GODSIE

September 22, 2025

9:29 a.m. - 11:28 a.m.

Lynchburg, Virginia

REPORTED BY:  Kimberly A. Henderson, RPR

```
1         Videorecorded 30(b)(6) deposition of SERGEANT

2   NATHAN GODSIE, taken and transcribed on behalf of

3   the Plaintiff, pursuant to notice and/or agreement

4   to take depositions; by and before Kimberly A.

5   Henderson, a Registered Professional Reporter and

6   Notary Public in and for the Commonwealth of

7   Virginia at Large; commencing at 9:29 a.m.,

8   September 22, 2025, at the Offices of the City

9   Attorney, 900 Church Street, Lynchburg, Virginia.

10  APPEARANCES OF COUNSEL:

11

12         JAMES RIVER LEGAL ASSOCIATES
           7601 Timberlake Road
13         Lynchburg, Virginia  24502
           434.845.4529
14         mv@vbclegal.com
    BY:  M. PAUL VALOIS, ESQUIRE
15              Counsel for the Plaintiff

16         GUYNN WADDELL, P.C.
           415 S. College Avenue
17         Salem, Virginia  24153
           540.387.2320
18         johnf@guynnwaddell.com
    BY:  JOHN R. FITZGERALD, ESQUIRE
19              Counsel for the Defendants

20         Also Present:  Melissa Stephens, Videographer

21

22

23

24

25
```

```
 1                      I N D E X

 2   WITNESS                                        PAGE

 3   SERGEANT NATHAN GODSIE

 4      Examination by Mr. Valois                     5

 5

 6                    E X H I B I T S

 7   (None marked.)

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    (9:29 a.m., September 22, 2025)

 2

 3               THE VIDEOGRAPHER:  Good morning.  My

 4    name is Melissa Stephens, I'm the videographer.

 5    The court reporter is Kim Henderson.  Today's date

 6    is September 22nd, 2025, and the time is 9:29 a.m.

 7    This is the videorecorded deposition of Sergeant

 8    Nathan Godsie, taken in the matter of Calvin Wesley

 9    versus the City of Lynchburg, et al., Case Number

10    6:22-cv-00031.  This is for the US District Court

11    for the Western District of Virginia, Lynchburg

12    Division.

13               This deposition is being held at the

14    Offices of the City Attorney of Lynchburg at 900

15    Church Street, Lynchburg, Virginia 24504.  Counsel,

16    please introduce yourselves for the record, after

17    which our court reporter will swear in the witness.

18               MR. VALOIS:  Paul Valois, I represent

19    the plaintiff in the matter.  I will be joined

20    later in this deposition by Steven McFadgen, who is

21    co-counsel for the plaintiff.

22               MR. FITZGERALD:  John Fitzgerald, I

23    represent the defendants in this matter.

24

25
```

```
 1                    SERGEANT NATHAN GODSIE
 2             was sworn and testified as follows:
 3                   E X A M I N A T I O N
 4   BY MR. VALOIS:
 5             Q.   Okay.  Sergeant Godsie, I'm Paul
 6   Valois.  We've met before, but we're here today on
 7   a civil matter.
 8                  I don't believe I've ever dealt with
 9   you in a civil matter, right?
10             A.   No, sir.
11             Q.   Okay.  Have you ever been deposed
12   before?
13             A.   Yes.
14             Q.   All right.  How recently?
15             A.   It's been a few years.  2020, maybe,
16   '21.
17             Q.   All right.  But you understand that a
18   deposition is testimony taken under oath, just like
19   court testimony?
20             A.   Yes, sir.
21             Q.   You understand that my purpose in
22   deposing you today is not based upon your personal
23   knowledge?  I'm not here to find out what you know.
24   I'm here to obtain answers that will end up binding
25   the Lynchburg Police Department.
```

```
 1              A.   Okay.  Yes.
 2              Q.   So that -- and you're here in a
 3   capacity to speak for the department?
 4              A.   Correct.
 5              Q.   Okay.  To that end, I will ask that
 6   if you don't know, I will ask you not to speculate,
 7   right?
 8              A.   Yes.
 9              Q.   I will ask you not to draw upon your
10   personal experience.  I will ask you not to give
11   your personal opinion, right?
12              A.   Okay.
13              Q.   If you don't know, I'd ask that you
14   just please just tell me you don't know, right?
15              A.   Yes.
16              Q.   And then we'll deal with what that
17   means later on; is that right?
18              A.   All right.
19              Q.   I don't know how long we'll be here.
20   I don't imagine you'll be here very long, because
21   you're only here to testify on how many subjects?
22              A.   Three.
23              Q.   Okay.  Well, we'll get to that in a
24   little bit, but I don't imagine you'll be here that
25   long.  But, however, if at any time you need a
```

1 break, just please let me know. We'll be happy to

2 accommodate you to take a break. I believe, since

3 you've already been through a deposition, I think

4 we can just move on.

5             Which subjects are you here to

6 testify about?

7        A.   I believe it's 11, 12, and 13.

8        Q.   All right. Well, let's get to that.

9 All right. Police dogs. Let's start with 11. The

10 topic there is the service and training and

11 certification requirements of police dogs employed

12 by the Lynchburg Police Department. Right.

13             What have you done to prepare for

14 this deposition with regard to that category?

15        A.   I spoke with Mr. Fitzgerald, and I've

16 looked over our policies, procedures.

17        Q.   What is your involvement, if any, in

18 the management of police K9s?

19        A.   I'm over their training. I oversee

20 their training.

21        Q.   Okay. So you are the actual person

22 in charge of K9 training?

23        A.   I oversee their training, yes.

24        Q.   Okay. And when you say -- when you

25 say oversee their training, what is your

1  involvement?  What does that mean?

2          A.    Usually pick locations where we're

3  going to train at, topics for training, what we're

4  going to do when we're at training, picking

5  training dates, assigning training dates,

6  coordinating those with the master trainer,

7  et cetera.  If there are any issues during

8  training, relaying those through the chain of

9  command, taking proper action.

10          Q.    Okay.  What is a master trainer and

11  who is that person?

12          A.    Our master trainer is Mr. Harold

13  Bennett.  He's a Senior Master Trainer with the

14  North American Police Work Dog Association, and he

15  is contracted through the city to conduct our

16  training here.

17          Q.    And is your training conducted here,

18  or are the dogs taken to another facility?

19          A.    It's local training.

20          Q.    Local training, and so he comes here?

21          A.    Yes.

22          Q.    All right.  And is he the one that

23  ends up certifying these dogs?

24          A.    Yes.

25          Q.    All right.  And they are certified

```
 1   through the national association --

 2              A.    No.

 3              Q.    National Police Dog?

 4              A.    North American --

 5              Q.    I mean, North American.

 6              A.    -- Police Work Dog Association.

 7              Q.    Right.  All right.  And so how

 8   frequently are these dogs certified?

 9              A.    A certification is only valid for one

10   year.

11              Q.    And what is the policy with regard to

12   using certified dogs?

13              A.    In order for a dog to be in service

14   and to be used, policy states that the dog must be

15   certified either by Virginia Police Work Dog

16   Association or the North American Police Work Dog

17   Association.

18              Q.    And if a certification lapses, are

19   the dogs taken out of service?

20              A.    Absolutely, yes.

21              Q.    Are there any exceptions to that

22   policy?

23              A.    No.

24              Q.    What's involved in the certification

25   of these dogs?  How does that work as a practical
```

1  matter?

2          A.   So I'm not a master trainer through

3  North American.  Their bylaws are listed on the

4  website for everyone to see, with the specifics of

5  what they're required to meet in order to be

6  certified in each category that they're certified

7  in.

8          Q.   All right.  Have you ever witnessed

9  any training?

10          A.   Yes.

11          Q.   Are you present during any of this

12  training?

13          A.   Yes.

14          Q.   All right.  What happens during this

15  training?

16          A.   They're going to certify or work in

17  obedience, tracking, article search, area search,

18  building search, and narcotics detection.

19          Q.   All right.  With regard to obedience,

20  what are the training -- what are the requirements

21  for obedience?

22          A.   So I'm not going to state that.  I

23  don't want to get something out of order here.

24  Like I said, the bylaws are on the website with

25  each specific that they must pass in order to be

1  certified.  And I'm not a master trainer with

2  NAPWDA.  That's why we contract someone to come in

3  and certify the dogs.

4          Q.  So you're not aware of the extent to

5  which a dog has to be obedient in order to become

6  certified?

7          MR. FITZGERALD:  Object to form.

8  BY MR. VALOIS:

9          Q.  All right.  Well, can you tell me, if

10  you know, to what extent a dog must be obedient to

11  a command, to commands, in order to get certified?

12          A.  They have to complete the

13  certification standards through NAPWDA.  So what

14  that is listed, like I said, that's on their

15  website.

16          Q.  But you don't know what they are?

17          A.  I know some of it.  I'm not going to

18  speculate, and I'm not going to say anything,

19  because I don't want to put anything out of order.

20  I'm not a NAPWDA master trainer, so I can't issue

21  that certification.

22          Q.  All right.  But can you say for

23  certain that all dogs employed by the Lynchburg

24  Police Department, on your watch anyway, have met

25  those obedience standards?

```
 1              A.   Yes, sir.  In order to be certified,
 2  yes, sir.
 3              Q.   Okay.  How long have you been doing
 4  this?
 5              A.   I've been involved with the K9 unit
 6  since 2011, I believe.
 7              Q.   That's long enough.
 8                   So are you familiar with the police
 9  dog Knox?
10              A.   Yes.
11              Q.   Is Knox still in service?
12              A.   Yes.
13              Q.   Is Officer Seth Reed still Knox's
14  handler?
15              A.   Yes.
16              Q.   Okay.  All right.  All right.  So
17  what -- when a police dog continues to bite after
18  being commanded to stop, does Lynchburg have a
19  policy about review of that?
20              A.   Every incident involving a use of
21  force of a police K9 goes through what's called a
22  Blue Team.  So a use of force investigation would
23  be initiated, and that would be reviewed through
24  the chain of command.
25              Q.   A Blue Team, what is a Blue Team?
```

```
 1                A.   It's what the police department uses
 2   to -- the system they use for their use of force
 3   incidents, complaints, et cetera.  Anything like
 4   that goes into this system, and that's what they
 5   use.
 6                Q.   But does that differ from any other
 7   use of force?  If a -- I mean, is there a different
 8   procedure if the use of force involves a K9 versus
 9   some other use of force?
10                A.   No.  It's investigated the same.
11                Q.   The same?
12                A.   It goes into the same program.
13                Q.   So a Blue Team would investigate a
14   use of force by a baton in the same way it would
15   investigate a use of force by a --
16                A.   It would be documented the same, and
17   the same thing, yes, sir.
18                Q.   All right.  But are you involved in
19   that?  Are you involved in the review of the use of
20   force of K9s?
21                A.   Not every one.  You know, I've been
22   in different capacities throughout the years.
23   Sometimes they go through their strategic chain of
24   command.  Every once in a while -- and sometimes
25   they will send them to me.  It depends.  I've been
```

1    acting lieutenant over the K9 unit in the past, and

2    when I was acting lieutenant, all use of force

3    involving the K9s go through the lieutenant.

4               So during that period of time, I did

5    review a couple Blue Teams uses of forces and that

6    such.  But no, not every one goes through me, no,

7    sir.

8               Q.   Did you review the use of force by a

9    K9 in the cases here with Calvin Wesley?

10              A.   I reviewed one of them.

11              Q.   Which one did you review?

12              A.   That was the one on Grace Street.

13              Q.   Okay.  And that was the one in March;

14   is that correct?

15              A.   Let me look before I tell you wrong.

16              Q.   Well, how about I just tell you

17   before you waste time looking?  March 11th, 2021.

18              A.   So I reviewed it some years later.  I

19   believe it was after a complaint that was filed and

20   it was asked to be relooked at.  Yes.  1927 Grace

21   Street.

22              Q.   What do you mean when you say it was

23   asked to be relooked at?  What do you mean by that?

24              A.   I wasn't prepared for that in the

25   deposition, but -- that's not in one of my three

1 questions today.  But I was asked to relook at the

2 incident through the chain of command.

3          Q.    When?  Who asked you to relook at the

4 incident?

5          A.    I don't know specifically on that.

6 It was routed to me.

7          Q.    By email?

8          A.    Through the Blue Team.

9          Q.    Through Blue Team?

10          A.    Uh-huh.

11          Q.    When did that happen?

12          A.    I don't know specific on that.

13          Q.    I mean, recently?

14          A.    No, sir.

15          Q.    Like more than six months ago?

16          A.    Yes.

17          Q.    Okay.  But you did look at the video?

18          A.    On that one.

19          Q.    On the --

20          A.    On the Grace Street.

21          Q.    Okay.  Did you observe in that video

22 that the dog continued to bite after being

23 commanded to release?

24          MR. FITZGERALD:  Objection.  Paul, I

25 think we're starting to get outside the scope --

```
 1                    THE WITNESS:  Yeah.
 2                    MR. FITZGERALD:  -- of what he's here
 3   to testify about.
 4                    THE WITNESS:  I'll agree with that.
 5                    MR. VALOIS:  Well, he's
 6   being -- well, what he's in my -- to respond to
 7   your objection, I specifically put in my notice
 8   that is it okay for a police dog to continue biting
 9   a subject after being commanded to release, in my
10   amended notice there.  Right.  So that is a
11   particular, that is a particular issue that I asked
12   to be addressed during the course of policy.
13                    MR. FITZGERALD:  Do you want to go
14   off the record while we discuss, or no?
15                    MR. VALOIS:  I'd rather not with the
16   videographer present.
17                    MR. FITZGERALD:  Okay.
18                    MR. VALOIS:  I'd rather stay on the
19   record.
20                    MR. FITZGERALD:  I understand that's
21   what you put in your amended notice, but that has
22   nothing to do with the service, training,
23   education.  That's what he's here to testify about.
24                    MR. VALOIS:  All right.  Well, the
25   training, I'll rephrase the question.  All right.
```

```
 1   BY MR. VALOIS:
 2           Q.   Are dogs trained to release on
 3   command?
 4           A.   Yes.
 5           Q.   All right.  Are they required to
 6   release on command?
 7           A.   Yes.
 8           Q.   Okay.  If they do not release on
 9   command, what happens to the dog?  Does the dog
10   remain in service?
11           A.   So I think that's a leading question
12   here.
13           Q.   That's exactly what it is.
14           A.   There's --
15           Q.   That's permitted.
16           A.   There's multiple things that, factors
17   that take in a dog releasing an apprehension.  Dogs
18   are a lot like humans in a sense.  If they're on
19   the bite, and they've been apprehending somebody
20   and the subject is striking them, hurting the dog,
21   assaulting the dog, just like a human, you're not
22   just going to stop in an instant.
23                It takes time for the dog's drives to
24   relax.  The dog is then in fight for his life,
25   survival drive.  So it may take a -- take a little
```

1  bit of time for the dog's drives to calm down, for

2  him to realize, okay, my handler's telling me to do

3  this, and then he will, you know, release.  So it's

4  not like a light switch where just flip it on and

5  off.

6          Q.    Right.  All right.  Well, then, okay,

7  well, that's an interesting and important point to

8  make.  I guess the converse of that point would be

9  if a subject is facedown on a sidewalk, for

10  example, up against a chain link fence with three

11  cops on top of him, three police officers on top of

12  him.

13              And the dog is biting him on his

14  buttocks while his hands are underneath him, and

15  he's not striking a dog, and he's never struck the

16  dog, and the dog is commanded then four times to

17  release and to stop biting, but the dog keeps

18  biting, would that be acceptable policy?

19          A.    I think that's --

20              MR. FITZGERALD:  Object to form.

21  Don't answer.

22              THE WITNESS:  Yeah.

23              MR. VALOIS:  Well, you're instructing

24  not to answer?

25              MR. FITZGERALD:  Yes.  Because that

1   is -- that is --

2                    MR. VALOIS:  Well, we're going to

3   have to get a judge on the line.  We're going to

4   have to get a judge on the line if you're

5   instructing him not answer.  There's no protective

6   order in place, and we're going to have to call a

7   judge on this, get a magistrate.

8                    MR. FITZGERALD:  Is this a

9   hypothetical that you're asking, to be clear, or

10  are you --

11                   MR. VALOIS:  He introduced a

12  hypothetical.  I'm responding to his hypothetical.

13  He brought up a situation where someone is striking

14  a dog and that a dog's psyche allows the dog to

15  continue biting when the dog is fighting for its

16  life.

17                   He brought up a situation where the

18  dog was fighting for its life, and I'm responding

19  to his hypothetical with another hypothetical.  I

20  haven't introduced any particular circumstances.

21  I'm responding to another hypothetical.

22                   MR. FITZGERALD:  Are you talking

23  about a training situation?

24                   MR. VALOIS:  I'm talking about

25  training and certification and use of the dog.

1          MR. FITZGERALD:  Okay.  But what you

2   just described does not sound like a training

3   situation.

4          MR. VALOIS:  He wasn't talking about

5   a training situation either.  I'm responding to his

6   point.  He raised it in his testimony as part of

7   certification, and he's entering into the world of

8   dog psychology, and I'm just following up on that.

9   I'm entitled to do that.

10          Now, we can pause now and we

11   can -- we can pause now, and we can go get the

12   judge on the line, and we can ask the judge if we

13   can go on, or we can just continue here, and he can

14   answer subject to your objection.  But we got to do

15   one or the other.

16          MR. FITZGERALD:  Well, I've noted my

17   objection, and I will not instruct you not to

18   answer the question.  However, he's answering,

19   subject to -- without waiving my objection.

20          MR. VALOIS:  I understand, yeah, it's

21   like any other deposition.

22          MR. FITZGERALD:  Okay.

23          MR. VALOIS:  That's fine.

24   BY MR. VALOIS:

25          Q.  All right.  So again, do you need me

```
 1  to restate that question for you?
 2              A.   Yes.
 3              Q.   You probably do now, don't you?  All
 4  right.  So you've addressed the hypothetical
 5  situation where a dog is being attacked and is in a
 6  fight for its life mentality, and it continues
 7  biting for a while after being instructed not to
 8  stop.
 9              What if a dog is not being attacked?
10  What if it's never attacked an officer?  Or
11  never -- what if the subject has never attacked a
12  dog?  What if the subject is taken to the ground,
13  placed facedown up against a chain link fence with
14  three police officers on or about securing him, and
15  the dog continues to bite four times after being
16  instructed to release?  Would that comport with
17  training and certification requirements?
18              A.   I mean, I can't -- I can't --
19              MR. FITZGERALD:  Object to form.
20  Object to form.  You may answer if you can.
21              THE WITNESS:  I mean, I can't answer
22  that.  I mean, that's a specific situation it
23  sounds like you're talking about, and I can't speak
24  to that.
25  BY MR. VALOIS:
```

```
 1              Q.   Well, you spoke earlier to the
 2    specific situation where a dog was being struck and
 3    it was fighting for its life?
 4              A.   I did not speak to a specific
 5    situation.  I was talking about a dog when -- and
 6    their specific drives, not a specific situation.
 7              Q.   Well, you said the specific drives
 8    were when the dog was being attacked by a
 9    subject --
10              A.   I said if a dog is being assaulted --
11              Q.   Okay.
12              A.   -- by a subject.
13              Q.   Right.
14              A.   It may place the dog in survival
15    drive where it feels like it's in a fight for his
16    life.
17              Q.   All right.  Well, what if a dog is
18    not being assaulted?  What if a dog continues to
19    bite if it's not being assaulted?
20              A.   Well, now I feel like we're
21    speculating.
22              Q.   But we were speculating when it was
23    being -- there was no dog being assaulted when you
24    brought it up.  That was a speculation too.
25              A.   Well, you asked a leading question.
```

1          Q.    Right.

2          A.    To start with, yes.

3          Q.    So you can't say whether --

4          A.    I mean, each specific situation may

5    be different.  I can't say something from one

6    specific situation to another, and I can't

7    speculate on that.

8          Q.    Okay.  So my question is, is will

9    Lynchburg Police Department certify a dog for

10   service if it continues to bite a subject, if it

11   hasn't been assaulted, if the dog has not been

12   assaulted?

13         A.    The dog will not pass a NAPWDA

14   certification specifics if it does not release on

15   the bite.

16         Q.    But you --

17         A.    So specific to the certification.

18         Q.    But you don't know -- but you don't

19   know what the specifics are?

20         A.    I'm not a NAPWDA master trainer, so

21   their specifics are online if you would like to

22   look at that.  But I don't want to give anything

23   out of order or state something from their website

24   that's not accurate.

25         Q.    All right.  So you did not -- in

1  preparing for the deposition, you didn't review the

2  particular certification requirements; is that

3  right?

4          A.    I did not look over the requirements.

5  Like I said, we hire somebody that comes in and

6  NAPWDA certs our dogs.  I'm not a NAPWDA master

7  trainer.  I cannot certify a dog through North

8  American Police Work Dog Association.

9          Q.    But you do know that they're online?

10          A.    Yes, yes, sir.

11          Q.    Do you know how to find them online?

12          A.    They're on their website under the

13  bylaws, and anyone can view them.

14          Q.    Maybe we'll come back to that.  All

15  right.  I think what I'm going to do there is I'll

16  leave the dog.  I'll need to review some of those

17  things, take a, maybe take a -- continue on with

18  the rest of the subjects, and then come back to

19  that and take a little break and let me look at

20  those things, and then maybe ask him a few

21  follow-ups based on that.  All right.  Okay.

22          Sergeant Godsie, handlers, how are

23  handlers certified?

24          A.    They're certified through the North

25  American Police Work Dog Association.

```
 1              Q.   All right.  Do they have to have any
 2   special training by the police department aside
 3   from that?
 4              A.   So the training has to be approved
 5   and selected by the chief of police.  It's
 6   typically a six-week course.
 7              Q.   A six-week course?
 8              A.   Typically a six-week course.
 9              Q.   Where does that occur?
10              A.   It has to be approved by the chief of
11   police.  It may be different locations or different
12   schools.
13              Q.   And do police officers apply for that
14   job?  Are they assigned that job?  How does that
15   work?
16              A.   They apply through application
17   process for a vacancy opening.
18              Q.   And is it competitive?
19              A.   Yes.
20              Q.   Are they paid any more?  Do you know?
21              A.   No, sir.
22              Q.   They -- is there any type of
23   education requirement?
24              A.   Yes.  That's set forth by the chief
25   of police.  They have to complete a training course
```

1  that's approved through the chief prior to

2  certification and being placed in service.

3          Q.   Is there any particular other

4  education?  Do they have to have like a certain

5  degree or certain courses, like in biology or in --

6          A.   Not that --

7               MR. FITZGERALD:  Object to form.  You

8  can answer.

9               THE WITNESS:  No, no.  When the

10  process is posted, all of the requirements are

11  listed on that.

12  BY MR. VALOIS:

13          Q.   Okay.  And the training they have to

14  have, they have a six-week course?

15          A.   Typically a six-week course.

16          Q.   Okay.  And then are they assigned a

17  dog?

18          A.   Usually when they go to the school,

19  they are paired with a dog for say --

20          Q.   And do they keep the same dog?  Are

21  they, is it a team effort, or can any police

22  officer handle any dog, or is it a --

23          A.   So a dog certifies with one handler.

24  That's how we do it.

25          Q.   Right.

```
 1              A.    One handler certifies with that dog,
 2   called a dog team.  So every bit of training they
 3   go through is as a team.  We don't switch off dogs
 4   to different handlers, no, sir.
 5              Q.    So Knox is handled by Officer Reed
 6   and by no other officer then, right?
 7              A.    Knox is currently certified with
 8   Officer Reed and has been since, I believe, 2019,
 9   and he's the only one that's handled him since
10   2019.
11              Q.    And then but did Officer Reed take
12   over Knox from another handler?
13              A.    Yes.
14              Q.    All right.  Knox is getting old now,
15   right?
16              A.    I'm not sure his exact age.
17              Q.    But if he was in 2019, what is he
18   six?  It's neither here nor there.  I'm just
19   thinking.  My brain is just going into 2019.
20                    When was the last time that Knox was
21   certified?
22              A.    I don't have a date on that.
23              Q.    When was the last certification
24   before the incident in question?  The first one
25   being March 11th of 2023.  I mean, 2021, I'm sorry.
```

```
 1            A.    Looks like March of '20.

 2            Q.    March of 2021, he was certified in

 3    March of --

 4            A.    I said March of '20.

 5            Q.    What date?

 6            A.    It says March 17th.  So Covid, they

 7    extended the cert from a year.  So the letter is

 8    dated 17th of March '20.

 9            Q.    What letter?  What letter are you

10    speaking of?

11            A.    I believe this was provided to you in

12    the paperwork for the certification records of K9

13    Knox and Officer Reed.  It's a letter from the

14    North American Police Work Dog Association.

15            Q.    And what's the subject of the letter?

16            A.    The subject of the letter, do you

17    want me to read the letter?

18            Q.    Yeah.  Just go ahead and read it for

19    the record, if you don't mind.  If you don't mind

20    moving your water bottle too.  You're in the way of

21    the video.

22            A.    North American Police Work Dog

23    Association.  Charles R. Jones, NAPWDA National

24    Secretary, gives his address, the 17th of March,

25    '20.  NAPWDA members, as a result of the national
```

```
 1  emergency brought on by the coronavirus pandemic
 2  and subsequent cancellation of the 2020 North
 3  American Police Work Dog National workshop, along
 4  with all other NAPWDA sponsored functions for at
 5  least the next 60 days, an emergency executive
 6  board meeting was electronically convened.
 7                  After discussion, it was authorized
 8  that all North American Police Work Dog Association
 9  certifications due to expire in 2020 shall be
10  extended for one year.  This decision will allow
11  time for the episode in our lives to pass and
12  business to resume as normal.
13                  As a reminder, certification validity
14  requires your membership remain current at all
15  times.  Above all, stay safe.  On the behalf of the
16  executive board, Richard Rick Ashabranner, NAPWDA
17  National President.
18                  So his certification would have
19  extended from October '19, October '20, and which
20  would have recurred again in October of '21.
21          Q.   So he was -- the dog was not
22  certified between 2019 and 2020, on October of
23  2021; is that correct?
24          A.   The dog was certified, yes, sir.
25          Q.   Well, it was not recertified at any
```

1  time after 2019 until October of 2021; is that
2  correct?
3         A.   The dog was issued a recertification
4  for the period of one year.
5         Q.   Without training?
6         A.   That is not correct.  We have monthly
7  training with the national, with the master
8  trainer.
9         Q.   Well, that letter, the letter that
10 you just read said that the certification was
11 extended, right?
12        A.   Shall be extended for one year.
13        Q.   And so basically the point of that
14 letter is that they paused this recertification
15 requirement due to Covid; is that right?
16        A.   I don't think that's the proper term.
17 It wasn't paused.  It was extended.
18        Q.   Extended, but what's the difference
19 between extended and recertified?
20        A.   They issued a recertification, so
21 that's the letter.  I mean, the letter is face
22 value what it is.  I'm not the president of North
23 American Police Work Dog Association, so I can't
24 answer that question.
25        Q.   Well, did the president of the

```
 1   North -- did anybody from the North American Police

 2   Work Dog Association come down and conduct the

 3   training with Knox in the one year prior to the

 4   incident in March 11th of 2021?

 5           A.    Master Trainer Mr. Bennett is here on

 6   a monthly basis through the NAPWDA, North American

 7   Police Work Dog Association.

 8           Q.    And he did that all through Covid?

 9           A.    Yes.

10           Q.    Okay.  And so essentially that letter

11   has no practical purpose?

12               MR. FITZGERALD:  Object to form.

13   BY MR. VALOIS:

14           Q.    Is that right?  That letter has no

15   practical effect on certification?

16           A.    It does.  It extends it for one year.

17           Q.    All right.  But what is -- if it, if

18   the recertification would happen anyway, why is

19   that letter different than a certificate?

20   What's -- is there anything different about this

21   letter here, that you're looking at here, or the

22   normal certification process?

23               MR. FITZGERALD:  Object to form.

24   BY MR. VALOIS:

25           Q.    You can answer the question.
```

```
 1              A.   I'm not the NAPWDA president, so I
 2    can't speak on what they --
 3              Q.   Okay.
 4              A.   -- what they decided to do.  Like, if
 5    you have a question, you can contact the NAPWDA
 6    president and ask him.  But I cannot speak on why
 7    they did this other than reading the letter at face
 8    value.
 9              Q.   All right.
10              A.   We were prepared to certify.  They
11    extended it, and our NAPWDA master trainer is here
12    on a monthly basis.  Should a dog reach a point
13    that they can't certify, then he will take them out
14    of service.
15              Q.   All right.  When was the last time
16    that Knox was trained before he was
17    bitten -- before he bit Calvin Wesley on March
18    11th, 2021?
19              A.   I don't know.  I have the records
20    from the incident that day, and I don't have his
21    documents.  I believe you were provided with all
22    those documents.  So the training log should be in
23    there prior to the incident.
24              Q.   You didn't bring the training records
25    with you?
```

```
 1              A.    No.  It's a lot of them.

 2              Q.    Yeah.  But you didn't bring them with

 3  you?

 4              A.    No, sir.

 5              Q.    Did you review them?

 6              A.    I reviewed documents that are here in

 7  front of me.

 8              Q.    So you can't say today when Knox was

 9  last trained before he bit Calvin Wesley?

10              A.    No, sir.  But I can tell you they

11  train on a monthly basis, three days a month.

12              Q.    So it would have been, you can say

13  that he was trained -- so Calvin Wesley, the first

14  time that Knox bit Calvin Wesley, it was March 11th

15  of 2021?

16              A.    Okay.

17              Q.    Is that right?

18              A.    3/11/21 is the entry sheet from

19  Officer Reed.

20              Q.    Okay.  And so what that would mean is

21  that you can say for -- with certainty that Knox

22  was trained sometime within the month before that?

23              MR. FITZGERALD:  Object to form.

24              THE WITNESS:  I mean, granted that

25  Officer Reed was present, we train three days a
```

1  month.

2  BY MR. VALOIS:

3          Q.   Right.

4          A.   So I don't know how else to tell you.

5  We train three days a month.  Two days with the

6  master trainer, consecutive, back to back, and then

7  one separate of the master trainer.

8          Q.   Every month?

9          A.   Every month.

10         Q.   So sometime in February, this dog got

11 trained?

12         A.   I can't say specific.  I mean, if he

13 was on vacation, he may could have been on

14 vacation.  I don't know.  So I don't know the

15 answer to that question.

16         Q.   But sometime --

17         A.   We train three days a month.  And I

18 don't know how else to tell you that.

19         Q.   Well, February is a month?

20         A.   Correct.  I said short of him being

21 on vacation, he would have been at training.

22         Q.   Okay.  So three days a month unless

23 somebody's on vacation?

24         A.   Yes, sir.

25         Q.   When somebody's on vacation, the dog

 1 doesn't get trained?

 2          A.   If they're on vacation, the dog's

 3 probably at the kennel.  So I imagine that they

 4 miss those two training days, three training days,

 5 or two or three.

 6          Q.   When you say --

 7          A.   They're never three in a row.

 8          Q.   -- imagine, I mean, do you know?  I'm

 9 not asking you to imagine things.  I'm asking what

10 happens if a -- if a dog handler is on vacation, or

11 otherwise?  If a dog handler is sick, does the dog

12 handler have to be present for the training?

13          A.   Well, if they're sick, they're not

14 going to be at training.  If they're out sick and

15 not able to work, they're not going to be at

16 training.

17          Q.   Does the dog handler have to be

18 present for the dog to be trained?

19          A.   So we went over this already.  He's a

20 specific handler with this dog, same with everyone

21 in that unit.  So no one else grabs a dog and just

22 goes to training with him.

23          Q.   Right.

24          A.   They specifically train as a team

25 together.

```
 1              Q.   Okay.  That's what I was asking you.
 2                   So if the handler is sick or on
 3   vacation, the dog doesn't get trained?
 4              A.   Yes.  The dog does not get trained.
 5              Q.   Okay.  Did that happen with Knox?
 6              A.   I've already told you, I don't know.
 7   For February, I do not know.
 8              Q.   Okay.  When -- so you're not prepared
 9   to talk about the complete training history of
10   police K9 Knox, at least not with regard to whether
11   the specific times when he got trained?
12                   MR. FITZGERALD:  Objection.  Paul,
13   it's 500 pages, so --
14                   MR. VALOIS:  I know it's a lot.
15   Right.  It's a lot.
16                   MR. FITZGERALD:  And you have them.
17                   MR. VALOIS:  Well, again, the purpose
18   here is not to learn things.  I do have them, and I
19   know the answers to the questions I'm asking.  The
20   purpose here is to get binding answers from a
21   representative for the department.  He's not in a
22   position to provide the answers.
23                   MR. FITZGERALD:  Well, if you would
24   like, we could take a brief recess.  I could pull
25   up the 500 pages of records, and we could find the
```

```
 1   answer.
 2                  MR. VALOIS:  I think that would
 3   probably be the best way to handle it right now.
 4   If you can --
 5                  MR. FITZGERALD:  Sure.
 6                  MR. VALOIS:  If we could take a
 7   little break and review the records and review
 8   these police work dog website thing and get the
 9   bylaws, I think now would probably be a good time
10   to do that.
11                  MR. FITZGERALD:  Okay.
12                  MR. VALOIS:  So why don't we do that.
13                  MR. FITZGERALD:  Let's do that.
14                  THE VIDEOGRAPHER:  All right.  Our
15   time is 10:01 a.m.  We're off the record.
16                  (Recess.)
17                  THE VIDEOGRAPHER:  Our time is
18   10:41 a.m.  We're back on the record.
19   BY MR. VALOIS:
20          Q.   All right.  Sergeant Godsie, during
21   the break, did you review the training records?
22          A.   I didn't review them, but I have them
23   printed off in front of me.
24          Q.   Okay.  The question I had asked you
25   before we took the break was when was the last
```

```
 1  training that occurred prior to the -- to March
 2  11th, 2021, the prior training for the dog and the
 3  handler team?
 4           A.   Looks like it's 3/17 of '21.
 5           Q.   Okay.  That would be after the one --
 6           A.   Hold on.  2/17/21, sorry.
 7           Q.   All right.  All right.  Thank you.
 8                And over the break, did you happen to
 9  get a chance to review the rules of the North
10  American Police Work Dog Association?
11           A.   They were printed off.  They're here
12  in front of me.
13           Q.   Okay.  What does it say about
14  obedience?
15           A.   You want me to read the entire
16  requirement here for the obedience?
17                MR. FITZGERALD:  One copy is for him.
18                THE WITNESS:  Oh, sorry.
19                MR. VALOIS:  Oh, can you hand me a
20  copy.  Thank you very much.
21  BY MR. VALOIS:
22           Q.   I tell you what, can you just give me
23  just one second and let me just look over it and
24  maybe speed things up a little bit.
25           A.   Yeah.
```

```
 1              Q.   All right.  So I've been presented a
 2    document here that I thank you for.
 3              These appear to be the North American
 4    Police Work Dog Association Obedience control test;
 5    is that correct?
 6              A.   That is correct.
 7              Q.   All right.  And I'll tell you what,
 8    while you're on the video, why don't you read, just
 9    can you just go ahead and read the obedience
10    control test portion into the record, up to the
11    point where I guess we reach the heeling phase?
12              A.   All right.  North American Police
13    Work Dog Association Obedience Control Test.  This
14    test is to determine the police dog can perform
15    off-leash obedience exercises.  The test is
16    designed to test the dog's ability and proficiency
17    and the handler's total control over his or her
18    dog.
19              The obedience test must be passed
20    during the current consecutive maximum seven-day
21    testing period prior to attempting certification in
22    the allowing the areas -- following areas:  Search
23    and rescue dog, area search, building search,
24    aggression control, aggression trained dogs,
25    aggression control, and cadaver detection teams.
```

```
 1                  The police work dog team will be

 2     tested in the following three phases:  The heeling

 3     phase, walking phase, distance phase.  Each phase

 4     may be tested in order and will be judged on a

 5     pass/fail basis.  All phases will be done under the

 6     direct -- under direction of the master trainer.

 7                  No cruel or abusive corrections will

 8     be displayed at any time.  If such is observed, the

 9     master trainer will note same and forward to North

10     American Police Work Dog Association headquarters

11     for file information.

12             Q.   So this, in the second paragraph

13     there at the top, it says, "The obedience test must

14     be passed during a consecutive maximum seven-day

15     testing period," right, in order to achieve

16     certification in the following areas, and one of

17     them is aggression control?

18             A.   Yes.

19             Q.   All right.  Where are the -- does

20     it -- do you happen to know what the rules are for

21     aggression control?

22             A.   They're not on here.  They can be

23     printed off for you.

24             Q.   Did you review them during the break?

25             A.   I did not.  I was provided this just
```

1   before I walked into the room.

2             Q.   Okay.   Let me see if I have them

3   here.   Sorry, I apologize for the delay.   I'm kind

4   of working off my phone here a bit.   All right.   So

5   I'm actually going to show you a little item on my

6   phone.

7             Well, this will not show up on the

8   camera, but are these the rules we're talking

9   about?

10            A.   Bylaws and certification, North

11  American Police Work Dog, yes.

12            Q.   Okay.   All right.   And that's, when

13  you testified earlier about the documents being

14  online, these are the rules and bylaws you

15  were referring --

16            A.   Yes, sir.   For everyone to see, yes,

17  sir.

18            Q.   Okay.   All right.   So let's see.

19            Do you know where in this rule, the

20  aggressive, the aggression control, would it be in

21  these?   Have you -- are you familiar enough with

22  these to know where it would turn up here?

23            A.    It's in that document somewhere.   All

24  the rules for everything North American Police Work

25  Dog related is in that --

Page 42

```
 1              Q.   Okay.

 2              A.   -- document.

 3              Q.   All right.  Let me see what I can do

 4   here.  I'll tell you what --

 5              MR. FITZGERALD:  I see it, Paul.

 6   Page 31.

 7              MR. VALOIS:  You found it?  Let's

 8   see.  Page 31 to the bylaws.  Certifications.

 9   There we go.  31.  There we go.  All right.

10   BY MR. VALOIS:

11              Q.   How are your eyes?

12              MR. FITZGERALD:  Would it be helpful

13   if we printed it off real quick?

14              MR. VALOIS:  Yeah, if you don't mind.

15              THE WITNESS:  Yeah, I'd rather do

16   that.

17              MR. VALOIS:  Yeah, I'd rather do that

18   too, if you could --

19              MR. FITZGERALD:  Sure.

20              MR. VALOIS:  -- print these off.  I

21   think this is getting --

22              MR. FITZGERALD:  Do you want me to

23   just print off the entire -- are you going to ask

24   more questions about other sections?

25              MR. VALOIS:  I really only have
```

```
 1   questions about this one here.  I mean, none of the
 2   other stuff, searching and rescue, none of that
 3   stuff pertains to anything.  It's really --
 4              MR. FITZGERALD:  Okay.  Page 30.
 5              MR. VALOIS:  Page 31 into 32.
 6              MR. FITZGERALD:  And it looks like
 7   into 33 too.
 8              THE WITNESS:  Yeah.  I mean, yeah,
 9   I'm just going to stop you.  If you're going to ask
10   me questions about this, that's questions for a
11   master trainer.  I can read what's on it.
12              MR. VALOIS:  Yeah.
13              THE WITNESS:  But that's face value.
14   I'm not a master trainer through North American, so
15   that's a question for a master trainer.
16              MR. VALOIS:  Yeah.  I don't --
17              THE WITNESS:  I can read what's on
18   it.
19              MR. VALOIS:  Yeah.  I don't -- I
20   don't care what's on it.  I just want you to read
21   it into the record.  And so you want to go back off
22   again while you do that, or you want to just keep
23   it rolling?  Let's just go back off.
24              MR. FITZGERALD:  Yes.  Let's hop off.
25              THE VIDEOGRAPHER:  Our time is 10:48.
```

1  We're off the record.

2              (Recess.)

3              THE VIDEOGRAPHER:  Our time is

4  10:52 a.m.  We're back on the record.

5  BY MR. VALOIS:

6         Q.   Okay.  So obedience test.  So,

7  Sergeant Godsie, we're back on the record here, and

8  during the break, you were kind enough to print off

9  page 31 through 33 of this, rules of the

10  certification of the North American Police Work Dog

11  Association.

12              And we're looking at that document

13  now; is that correct?

14         A.   The aggression control test?

15         Q.   Yeah.  So it's --

16         A.   Is that the one you're looking at?

17         Q.   Yeah.  It's an aggression control

18  test.

19         A.   Yes, sir.

20         Q.   Let's see.  Can you look at that and

21  see if it says anything about releasing the subject

22  on command?  Actually, I'll tell you what.  Put it

23  down here a little closer.  I don't --

24         A.   Well, I'm reading the whole thing.

25         Q.   Yeah, I understand.  But --

```
 1                A.    If you have one you specifically want
 2   me to read, let me know.
 3                Q.    Yeah.  Just starting with the word
 4   failure right there.
 5                A.    Failure of the dog to release and/or
 6   to respond to the obedience commands in a timely
 7   manner is grounds for failure.
 8                Q.    Okay.  Do you know what is meant by
 9   timely manner?
10                A.    I do not.  That's up to the master
11   trainer --
12                Q.    Okay.
13                A.    -- that conducts this test.
14                Q.    All right.  Now, and you personally
15   were there during these, several of these sessions,
16   right?  Have you ever participated in training with
17   Knox?
18                A.    I've been in training with Knox, yes,
19   sir.
20                Q.    Have you observed him to be tested
21   for releasing on command?
22                A.    Yes.
23                Q.    And how did the dog respond in that
24   case?
25                A.    The dog passed his certification, so
```

```
 1  he released upon command, as the test required to

 2  do so.  If not, he wouldn't have never been

 3  certified.

 4           Q.   Right.  But you don't know how

 5  time -- are you aware of any particular

 6  requirements in Knox's case for timing to obey to

 7  the command?

 8           A.   No.  The requirements are set forth

 9  right here in the aggression control test.

10           Q.   Yeah.  I understand it's to be

11  timely, but what I'm trying to do is drill down and

12  see if the department has any policy with regard to

13  what it considers to be a timely command?

14           A.   There's nothing in the policy that

15  says timely.  It doesn't elaborate on that.

16           Q.   Okay.  So, and just to be clear, the

17  Lynchburg Police Department's use of the dog is

18  conditioned entirely upon the certification by the

19  North American Police Work Dog Association?

20                MR. FITZGERALD:  Object to form.

21  BY MR. VALOIS:

22           Q.   Well, is it the case -- I'll

23  rephrase.

24                Is it the case that the use of police

25  dogs by the Lynchburg Police Department is
```

```
 1  contingent upon certification by the North American
 2  Police Work Dog Association?
 3            A.   In order for the dog to be certified
 4  on the street, yes, sir.  They have to complete the
 5  certification set forth by the North American
 6  Police Work Dog, and that is in policy.
 7            Q.   Well, you said certified, to be
 8  certified to be on the street.
 9                 Does that mean to be deployed?
10            A.   Yes.  They will not be deployed, they
11  will not be used for anything unless the prior
12  certification through North American Police Work
13  Dog has been completed.
14            Q.   Have there been any situations in
15  which a dog has failed to meet certification?
16            A.   Not that I can recall.
17            Q.   Have there been any situations in
18  which a dog has been removed for service even
19  though it was certified?
20            A.   Are we talking about a dog, or are we
21  talking about specifically Knox, which was listed
22  in the question?
23            Q.   Well, I'm just asking you if there
24  are any situations in which a dog is removed from
25  service even though it is certified?
```

1          A.    Ask that question again.

2          Q.    Are there any situations, within the

3    Lynchburg Police Department, in which a police dog

4    in service with the Lynchburg Police Department is

5    removed from service while it is still certified?

6          A.    I mean, that could be for age or

7    anything, you know, disciplinary reasons.  But to

8    my knowledge, right here, in reference to Knox, I

9    have no comment on that.  He has not been removed

10   from service --

11         Q.    Okay.

12         A.    -- for failing to certify or failing

13   to maintain his certification here for North

14   America.

15         Q.    But a dog can be removed for what you

16   said, disciplinary reasons?

17         A.    If a handler or a dog cannot pass the

18   test here, or there are issues that arise, yes, the

19   dog will be removed, and that's through the chain

20   of command.

21         Q.    With issues that arise, what kind of

22   issues would arise that would result in an officer

23   and a dog being removed from service?

24         A.    Not passing the certification test.

25         Q.    What about disciplinary issues?

```
 1              A.    I mean, that could be.

 2              Q.    Have you seen it happen?

 3              A.    I'm trying to think here.

 4              MR. FITZGERALD:  And while he's

 5   thinking, Paul, I thought you said you didn't want

 6   him to rely on his own personal experience in --

 7              MR. VALOIS:  Well, in his role as a

 8   supervisor for the dog program.

 9              MR. FITZGERALD:  Okay.

10              THE WITNESS:  I mean, I need to talk

11   with you before I answer that question.

12              MR. VALOIS:  Really can't do that.

13   You can object to the question, but you need to

14   either answer the question or --

15              MR. FITZGERALD:  I'll object to the

16   question, and if you think -- you may answer if you

17   can.

18              THE WITNESS:  I mean, there has been

19   a dog that's been removed from service, but not

20   this specific dog, and that dog has no contingency

21   on this situation right here, nor the handler.  So

22   that's something completely different.

23   BY MR. VALOIS:

24              Q.    All right.  Was it removed for a

25   disciplinary reason?
```

```
 1              A.   That is still in the works, and I'm
 2    not allowed to elaborate on that.
 3              Q.   Why are you not allowed to elaborate
 4    on it?  Who's preventing you from elaborating?
 5              A.   It's a personnel issue.  So I'm bound
 6    by the Lynchburg Police Department not to speak on
 7    it until it's been resolved.
 8              Q.   Oh, so the --
 9              A.   Plus, it's a disciplinary issue.
10              Q.   With regard to the handler in
11    question?
12              A.   Yes.  Not Officer Reed.
13              Q.   Right.  And not the behavior of a
14    dog?
15              A.   Correct.
16              Q.   All right.  But in general, those are
17    the conditions that would result in the cessation
18    of use of a police dog by the Lynchburg Police
19    Department, would be if there's an issue with the
20    handler, right?
21              A.   Could be.
22              Q.   Right.  Or is there any other -- or
23    the age of the dog, I believe you mentioned?
24              A.   Could be the age of the dog,
25    retirement, health reasons.
```

1          Q.   Problems, medical reasons?

2          A.   Problems, medical reasons.

3          Q.   Are there any --

4          A.   Or if a dog's not able to pass his

5    cert, for whatever the master trainer deems

6    necessary to not pass a dog.

7          Q.   Well, let's talk about certified

8    dogs.  I understand that if a dog fails

9    certification, it's out?

10         A.   Correct.

11         Q.   But you've never seen that happen?

12         A.   I've not seen that happen with any of

13   the dogs, no.

14         Q.   Has a dog ever been pulled out

15   because the dog has misbehaved while still

16   certified?

17         A.   There was one incident years ago with

18   a completely different handler and different dog.

19         Q.   Okay.  And that dog was certified,

20   but it was pulled out of service?

21         A.   Correct.

22         Q.   All right.  Why was that dog pulled

23   out of service?

24              MR. FITZGERALD:  Objection.  This is

25   outside the scope.

```
 1   BY MR. VALOIS:

 2            Q.   Was the dog certified?

 3                 MR. FITZGERALD:  Outside the scope.

 4                 MR. VALOIS:  Why?  Certification of

 5   police dog.  I asked about certifications of police

 6   dogs and their handlers.  Section -- paragraph 11.

 7                 MR. FITZGERALD:  Right.  But the only

 8   specific dog that's referenced is Knox.

 9                 MR. VALOIS:  Well, that's in

10   paragraph 13, I reference specific dogs.  But in

11   paragraph 11, I reference all dogs.

12                 MR. FITZGERALD:  Well, you reference

13   certification.

14                 MR. VALOIS:  Okay.  To respond, I'm

15   looking at Monell liability here.  Okay.  A policy,

16   practice, or custom.  Okay.  I'm looking at

17   specific incidents are relevant to establish a

18   policy, practice, or custom.  If they have a policy

19   of allowing dogs to remain in service when dogs

20   have had incidents or complaints or whatever, all

21   that's highly relevant.  So the certification --

22                 MR. FITZGERALD:  I'm not arguing it

23   isn't relevant.  I'm just saying that it's not

24   within the scope of what he's prepared to testify

25   about.  That's all.
```

```
 1                    MR. VALOIS:  Right.  And so the scope
 2   is the training and certification.  So what I'm
 3   asking is about the dogs that have -- these dogs
 4   that are certified, are they in service or not?
 5   And so he's responded that there has been a case
 6   where a dog has been certified but has been taken
 7   out of service.
 8                    And that's all I'm exploring right
 9   now.  There's a dog that was apparently at some
10   point taken out of service even though it was
11   certified.  I believe it's -- I'm entitled to an
12   answer there.
13                    MR. FITZGERALD:  The service -- 11 is
14   the service, training, and certification
15   requirements of police dogs.
16                    MR. VALOIS:  Right.  In general.
17                    MR. FITZGERALD:  Right.
18                    MR. VALOIS:  Right.  And so I'm
19   asking about the service and training, the service
20   requirements.  And so apparently there was a dog
21   taken out of service even though it was certified.
22                    MR. FITZGERALD:  Okay.  What does
23   that have to do with service requirements?
24                    MR. VALOIS:  Well, apparently it
25   didn't meet service requirements even though it was
```

1  certified, and I'm exploring that.  There was a

2  dog, apparently, that was certified by the North

3  American Police Work Dog Association, and yet it

4  was taken out of service because it didn't meet

5  some service requirements.

6           And that's what I'm asking about.  I

7  mean, this is according to Sergeant Godsie so far,

8  so I believe I'm entitled to an answer there.

9           MR. FITZGERALD:  Okay.  I'll note my

10 objection.  You may answer if you can.

11 BY MR. VALOIS:

12      Q.   Yes.

13      A.   That dog was removed from service due

14 to aggression issues towards the handler.  So the

15 dog, at some point, was not able to pass a cert,

16 and the issue was addressed.  The dog was removed

17 from service, and the dog is no longer with the

18 police department.  So we observed an issue and the

19 dog was removed.

20      Q.   Okay.  But at the time it was

21 removed, was it certified by the North American

22 Police Work Dog Association?

23      A.   It was.

24      Q.   You said it was decertified?

25      A.   Correct.

```
 1              Q.   By whom?  By the North American
 2    Police Work Dog Association?
 3              A.   Master trainer, Mr. Bennett.
 4              Q.   So he decertified it after the dog
 5    was removed from service or before?
 6              A.   So I don't know the specifics on how
 7    they decertify, but Mr. Bennett deemed that dog not
 8    to be serviceable anymore.  So we removed the dog
 9    from service and got rid of the dog.
10              Q.   All right.  And the master trainer's
11    name is Bennett?
12              A.   Yes.  Mr. Harold Bennett.
13              Q.   Is he in Virginia?  He's in
14    Pennsylvania?
15              A.   Virginia Beach area, I think.
16              Q.   Virginia Beach.
17              So basically, is it fair to say that
18    Mr. Bennett is the one that gives you a no-go
19    or -- a go or a no-go with regard to use of a
20    particular dog?
21              MR. FITZGERALD:  Object to form.  You
22    can answer.
23              THE WITNESS:  Mr. Bennett attends our
24    monthly training, and if there are issues that
25    arise during our training, where the dog would not
```

1  be able to complete the cert, or is not performing

2  correctly, Mr. Bennett addresses the issue.  If it

3  cannot be addressed, then the dog will be moved,

4  removed from service.

5              So that, those decisions go through

6  Mr. Bennett.  And if a dog needs to be removed,

7  then he takes action.  He -- typically write a

8  letter to the department.

9  BY MR. VALOIS:

10             Q.  So -- okay.  So he writes a letter

11  that the dog needs some sort of --

12             A.  Or speaks to the captain, or who it

13  may be, about the issues at hand, and then it's

14  addressed.

15             Q.  Well, I guess my question is really

16  with regard to specific deployments of dogs, is

17  it -- is it the case, and, you know, is it the case

18  that he essentially has veto power over whether to

19  use the dog?  Let me rephrase.  Let me elaborate a

20  little bit so you understand the basis of my

21  question.

22             What I'm trying to get to is you have

23  a dog and a handler, you need to use a dog, right.

24  And so it goes to training, and it participates in

25  training.  And then a question arises, perhaps over

1  whether the dog is suitable for deployment.  All

2  right.

3                 If there's a disagreement, if

4  somebody in the command at LPD says, you know, I

5  don't think this dog should be deployed, but

6  Mr. Bennett says I'm certifying this dog, does the

7  dog get deployed or does the dog get pulled out of

8  service at that point?

9          A.   I mean, I think you're asking me to

10 speculate on something there.

11         Q.   There's not a policy for that?

12         A.   The policy states the dog must be

13 certified through the North American Police Work

14 Dog Association.

15         Q.   Does the policy allow for someone in

16 the Lynchburg Police Department command to remove a

17 dog from service even though it is certified?

18         A.   Let me look.

19              THE WITNESS:  Do you have that

20 policy?

21              MR. FITZGERALD:  Is it the use of K9

22 teams?

23              THE WITNESS:  Yeah, use of K9 teams.

24 I believe you've been provided --

25 BY MR. VALOIS:

```
 1              Q.    Yeah, it's online.
 2              A.    -- with those.
 3              Q.    They're public.  Those are published
 4   online too.
 5              A.    The chief of police and his designee
 6   will make all decisions regarding the removal of a
 7   police K9 from service as well as the final
 8   disposition of the police K9.  That's on page 1.
 9              Q.    Page 1.  So basically -- thank you
10   for reading it.  So on page 1, the chief of police
11   has the final authority no matter what Mr. Bennett
12   says; is that correct?
13                   MR. FITZGERALD:  Object to form.
14                   THE WITNESS:  No, that is not
15   correct.  Mr. Bennett has the authority to issue
16   the certification.  The chief of police has the
17   authority to remove a dog whether it's certified or
18   not.
19   BY MR. VALOIS:
20              Q.    Right.
21              A.    From -- but the chief of police
22   cannot, does not, alter the certification.
23              Q.    Well, only -- I'm only talking about
24   certified dogs.  Okay.  Let's back up.  I only want
25   to talk about certified dogs.
```

```
 1              A.   Well, you've asked multiple things in
 2    multiple different ways here.
 3              Q.   Well, right.
 4              A.   That could be contingent on either
 5    way that you're asking, so --
 6              Q.   That's why I'm trying to clear --
 7              A.   -- let's clarify what you're asking
 8    here.
 9              Q.   That's exactly what I'm doing.
10              A.   Okay.
11              Q.   I'm in the clarification business
12    right now.  Okay.
13                   To clarify, if Mr. Bennett certifies
14    a police dog, but the question arises over whether
15    that particular dog should be used or not, it's up
16    to the chief of police or his designee to determine
17    whether the dog remains in service; is that right?
18              A.   The dog, it's up to the chief of
19    police whether the dog remains in service.  It's up
20    to the master trainer whether he remains certified.
21    If issues arise -- I've already stated this.  If
22    issues arise with the dog in training, then
23    Mr. Bennett will let the chain of command know.
24    And the ultimate authority is up to the chief of
25    police whether the dog remains in service.
```

```
 1              Q.   All right.  And we've already
 2   reviewed that, we've reviewed the bylaws that
 3   you've given me that says that the dog -- to be
 4   certified, the dog has to release, has to be
 5   obedient and release in what's called a timely
 6   manner, right?
 7              A.   That's what it says right here on the
 8   bylaw.
 9              Q.   Right.  And that's to get certified
10   by Mr. Bennett?
11              A.   Yes.
12              Q.   Mr. Bennett's going to require the
13   dog be released in a timely manner?
14              A.   Yes.
15              Q.   Okay.  And that timely manner is not
16   described in the bylaw.
17              There's no particular -- there's no
18   time mentioned, no particular timing requirements,
19   or number of commands, or anything there in the
20   word timely that you see there, right?
21              A.   Not in that one sentence I read, but
22   it may be somewhere else.  So if you like, I'll sit
23   here and read the entire thing.
24              Q.   Well, I would kind of have expected
25   you would have read it before you sat there,
```

```
 1  honestly, but --
 2                  MR. FITZGERALD:  Objection.
 3  BY MR. VALOIS:
 4          Q.   But if you need to read it, you can
 5  read it.
 6          A.   It does not state a time.
 7          Q.   Okay.  So without specifics for
 8  timing, then it's up to Mr. Bennett to determine
 9  whether, in training, he observes any obedience
10  problems that are timely or not, right?  He's the
11  one who decides with regard to the training; is
12  that correct?
13          A.   He's the one that describes, yes.
14          Q.   Right.  And he's the one, ultimately,
15  during the training sessions, who makes that
16  judgment as to whether a dog has obeyed in a timely
17  manner or not?
18          A.   Yes.
19          Q.   And then does his training, as part
20  of Mr. Bennett's training, does he review actual
21  deployments of the dog and actual uses of force?
22          A.   I don't know what's required as his
23  training.
24          Q.   No.  I'm saying when he -- in the
25  certification process, when he goes to certify a
```

1  dog, and does he look at like the video of uses of

2  force?  Does he review these?

3            A.   No.

4            Q.   So his certification of Knox had

5  nothing to do -- he did not review the actual times

6  when Knox bit somebody while deployed?

7            A.   To my knowledge, no.

8            Q.   Okay.  But that has been reviewed

9  internally by LPD?

10            A.   Yes.  Every use of force is reviewed

11  internally by LPD.

12            Q.   Okay.  So Sergeant -- so Mr. Bennett

13  has never looked at Knox's behavior on March 11th,

14  or in December, when Knox bit Mr. Calvin, to make

15  an assessment as to whether or not that Knox obeyed

16  in a timely manner on those, during those

17  incidents?

18            A.   I just answered that.  I'm not aware

19  if he looked at these or not.  To my knowledge, I

20  do not believe he has.

21            Q.   Well, you would know if he had,

22  wouldn't you?  I mean, you're the supervisor?

23            A.   No.

24            Q.   No?

25            A.   No, I would not.

1          Q.   Well, if he wanted to look at them,
2   how would he get them?
3          A.   So a supervisor would have to go to
4   him with the video and have him review it, which I
5   did not.
6          Q.   Would you be the supervisor that
7   would go to the video with him?
8          A.   So at these times, I was not the
9   supervisor over the K9 unit, so I would not have
10  done that.
11         Q.   Okay.  But that's not the regular
12  procedure.  The regular procedure, when you're
13  certifying a work -- when you're doing this monthly
14  certification thing for these police dogs, is
15  the -- Mr. Bennett, the one who's making the
16  decision on whether a dog is obedient or not, in a
17  timely enough manner, he's not provided actual data
18  from the field when the dog's deployed?  Not
19  routinely, anyway; is that right?
20             MR. FITZGERALD:  Object to form.  You
21  can answer.
22             THE WITNESS:  Like I said, I'm not
23  aware if he reviewed these incidents or not,
24  because I was not the supervisor over the unit at
25  that time.

1  BY MR. VALOIS:

2          Q.    Okay.  Let's talk about the way it

3  works now.

4                When did you become the supervisor?

5          A.    I'm just over their training, I look

6  over their training.  I was the acting lieutenant

7  for a period of time during, I believe, it was

8  2023.

9          Q.    All right.  But as part of the -- my

10  question to you -- let me -- let me back up.

11                As part of the decision as to whether

12  to recertify any particular police dog, not just

13  Knox, any particular police dog, does part of that

14  certification look at the way the dog behaved in

15  the real world?  Does Mr. Bennett ever look and see

16  what happened while the dog was out on the street,

17  or is he just looking at what happens when he's

18  there with the dog?

19          A.    It looks like he's looking at what

20  happens when he's there with the dog.

21          Q.    Well, I mean, do you know that?  You

22  participate in these?

23          A.    Yes.  I'm telling you, I do not show

24  him videos, so if someone else has shown him

25  videos, I don't know about that.  I have not shown

```
 1  him street videos of a dog deployment.
 2            Q.   Has Mr. Bennett ever spoken to you
 3  about actual deployments or videos that he's seen
 4  of incidents?
 5            A.   Not to my knowledge.
 6            Q.   Okay.  And there's no policy that
 7  requires anyone at the Lynchburg Police Department
 8  to provide Mr. Bennett information about actual
 9  uses of force by these dogs when he makes
10  the -- when Mr. Bennett decides whether or not the
11  dog is obedient?
12            A.   The only thing it says in here is the
13  master trainer can be consulted with as to the
14  dog's service and removal from service.  Other than
15  that, I have not provided him with videos,
16  et cetera, of a use of force.
17            Q.   Okay.  So when a use of force by a
18  particular K9 is reviewed internally by a Blue Team
19  at the Lynchburg Police Department, are they making
20  an independent assessment as to whether or not the
21  dog was obedient?
22                 MR. FITZGERALD:  Object to form.
23  BY MR. VALOIS:
24            Q.   Do they -- well, let me rephrase that
25  again, because it was a little -- the form was a
```

1  little mushy.  I'm trying to put these questions

2  together on the fly, and I'm having a hard time

3  understanding them myself.  So let's let me try and

4  rephrase that again.

5              So I guess what I'm trying to get to

6  is, is when there's a use of force by a police K9,

7  right, and there's video of the bite, as there was

8  in this case, but just in general, there's video

9  evidence of a use of force by a police K9, it is

10  assigned to the Blue Team; is that correct?

11         A.   It goes into the Blue Team, yes, sir.

12         Q.   Blue Team?

13         A.   Uh-huh.

14         Q.   The Blue Team being some command

15  structure, I guess, that has a procedure for --

16         A.   It's some system that's used.

17         Q.   -- an investigation, it resulted in

18  an investigation and a decision as to a use of

19  force; is that right?

20         A.   Yes, sir.

21         Q.   Okay.  That ultimately stops with the

22  chief of police; is that correct?

23         A.   Yes.

24         Q.   Okay.  All right.  And so when this

25  video goes into that system, okay, is there any

```
 1  determination made?  Do the people look at that and
 2  decide at that time whether or not the timeliness
 3  of the obedience -- did they reassess the
 4  timeliness of the obedience of the dog during that
 5  process?
 6                  MR. FITZGERALD:  Object to form.  You
 7  can answer.
 8                  THE WITNESS:  I mean, every situation
 9  is different, so I'm not going to be hypothetical
10  on this.  I mean, every situation is different, so
11  it's viewed for the situation at hand.
12  BY MR. VALOIS:
13          Q.   Right.  But my question comes down
14  with specific use, with the service of the dog.  Is
15  there -- there's a use of force.  Let me back up
16  again, just so we -- I want to just clarify this.
17                  The use of force investigation by the
18  Blue Team is typically designed to see whether the
19  use of force was justified?
20          A.   Correct.
21          Q.   That's the purpose, right?
22          A.   Uh-huh.
23          Q.   What I'm asking you is, is there a
24  parallel assessment?  If there is, I don't know,
25  but is there a parallel assessment to see whether
```

1  the dog is appropriate for service?  Is there any

2  determination made this dog is not -- this dog

3  either is or is not releasing in a timely manner?

4            Is there anything that comes down

5  into your world from the Blue Team saying, hey,

6  this dog, even though it's certified, look at what

7  it's doing, it's not releasing.  Does that ever

8  happen?

9            A.   I mean, the ones I've reviewed, yes,

10 that is to be considered.  But I don't review all

11 of them, no.  So it's typically lieutenant over the

12 K9 unit at the time of the incident that reviews

13 the incidents.

14           Q.   But it -- okay.  And then, but either

15 way, ultimately, and this is a question, and I'm

16 going to pose it as a hypothetical here.  Okay.

17 I'm not -- forget about specific incidents.

18           But if a question arises as to

19 whether a dog that has passed its certification and

20 was obedient in a timely manner during training,

21 but was not obedient in a timely manner during

22 training in the field, right, that dog would be

23 certified, because when Mr. Bennett was there, it

24 obeyed and did what it was supposed to, and

25 Mr. Bennett hasn't seen the results from the

1  deployment in the field.  So the dog is certified

2  by the North American Police Work Dog Association.

3            However, the chief has the ability to

4  look at that and say, I don't care what the

5  certification is.  Okay.  I don't care about the

6  certification.  I'm looking at this video and I see

7  the dog not being obedient in a timely manner.

8            Has that ever happened?

9       A.   Not to my knowledge.

10      Q.   But the chief does have that inherent

11  power, according to the use of force that you just

12  read, right, the police policy that you -- the

13  written directive there?

14      A.   Yes.  The chief can make all

15  decisions regarding the removal of a police K9.  So

16  if the chief doesn't like what he's seeing, yes,

17  the chief has all inherent authority to be able to

18  remove that dog from service whether he still be

19  certified or not.

20      Q.   How long has Mr. Bennett been in

21  charge of the -- what's his -- what did you call

22  him, the master trainer?

23      A.   He's a Senior Master Trainer with the

24  North American Police Work Dog Association.

25      Q.   And he holds that position under the

```
 1   policy by contract, I guess, he has a contract with
 2   the --
 3            A.   He has a contract with the city.
 4   He's a former President of the North American
 5   Police Work Dog Association.
 6                 MR. VALOIS:  Okay.  Tell you what,
 7   let's go off, let's go off for 5 minutes.  Let me
 8   think a little bit.  I think we're about done.
 9                 THE VIDEOGRAPHER:  Okay.
10                 MR. VALOIS:  I think we're done, but
11   give me -- I might have a few follow-ups.
12                 MR. FITZGERALD:  Okay.
13                 MR. VALOIS:  All right.  Thanks.
14                 THE VIDEOGRAPHER:  Our time is
15   11:21 a.m.  We're off the record.
16                 (Recess.)
17                 THE VIDEOGRAPHER:  All right.  Our
18   time is 11:27 a.m.  We're back on the record.
19                 MR. VALOIS:  All right.  Sergeant
20   Godsie, thank you.  I don't have any other
21   questions for you.  I assume that Mr. Fitzgerald
22   probably doesn't have any questions for you.
23                 Normally at this point in a
24   deposition, I would ask you if you'd like to read
25   and sign.  You can have the -- normally a deponent
```

```
 1   has the right to read and sign a deposition
 2   beforehand, but I'm not sure it's appropriate to
 3   ask him that in a 30(b)(6) with a video.  I'm going
 4   to go ahead, and if to the extent the rules permit
 5   it, I believe you may have the right to read and
 6   sign.
 7                 MR. FITZGERALD:  I think he does.
 8                 MR. VALOIS:  Yeah, I think so.  So --
 9                 MR. FITZGERALD:  Do you want to
10   review the transcript and you can note any errors
11   in the transcript?
12                 THE WITNESS:  Yeah.  I mean, that's
13   what's happened in the past.
14                 MR. FITZGERALD:  Yeah.
15                 THE WITNESS:  It's sent to me from
16   your office, and then we agree with it.
17                 MR. FITZGERALD:  That's fine.
18                 MR. VALOIS:  Okay.
19                 MR. FITZGERALD:  Okay.  We'll do
20   that.
21                 MR. VALOIS:  Okay.
22                 THE VIDEOGRAPHER:  Okay.
23                 MR. VALOIS:  All right.  Thank you.
24   Take care.
25                 THE VIDEOGRAPHER:  All right.  This
```

1  concludes today's testimony provided by Sergeant

2  Nathan Godsie.  The time is 11:28 a.m.  We're off

3  the record.

4              (Reading and signature reserved.)

5              (Deposition concluded at 11:28 a.m.)

6                      * * * * *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              COMMONWEALTH OF VIRGINIA AT LARGE, to wit:

 2                     I, KIMBERLY A. HENDERSON, a

 3    Registered Professional Reporter and  Electronic

 4    Notary Public in and for the Commonwealth of

 5    Virginia at Large, Notary Registration Number

 6    359658, whose commission expires November 30, 2025,

 7    do certify that the aforementioned appeared before

 8    me, was sworn by me, and was thereupon examined by

 9    counsel; and that the foregoing is a true, correct,

10    and full transcript of the testimony adduced to the

11    best of my ability.

12                     I further certify that I am neither

13    related to nor associated with any counsel or party

14    to this proceeding, nor otherwise interested in the

15    event thereof.

16                     Given under my hand and Notarial seal

17    at Forest, Virginia, this 14th day of October,

18    2025.

19

20

21

22    _____

23           Kimberly A. Henderson, Notary Public

24            Commonwealth of Virginia at Large

25
```

```
 1              CHANGES REQUESTED TO THE DEPOSITION OF:

 2                    SERGEANT NATHAN GODSIE

 3                  TAKEN ON:  September 22, 2025

 4

 5   Page/Line:      From:          To:           Reason:

 6   47/ 11       Prior          proper        incorrect word

 7   48/ 14       America        American      Spelling

 8   61/ 13       describes      decides       incorrect word

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16

17

18            _____

19                    SERGEANT NATHAN GODSIE

20

21

22

23

24

25
```

```
 1              CHANGES REQUESTED TO THE DEPOSITION OF:

 2                    SERGEANT NATHAN GODSIE

 3               TAKEN ON:  September 22, 2025

 4

 5    Page/Line:      From:           To:          Reason:

 6    _____

 7    _____

 8    _____

 9    _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16

17

18              _____

19                  SERGEANT NATHAN GODSIE

20

21

22

23

24

25
```

| **A** | **al** 1:6, 4:9 | 36:22 | 59:7, 67:23 | **B** |
|---|---|---|---|---|
| | **allow** 29:10 | **anybody** 31:1 | **assaulted** 22:10 | |
| **ability** 39:16 | 57:15 | **anymore** 55:8 | 22:18, 22:19 | **back** 24:14 |
| 69:3, 73:11 | **allowed** 50:2 | **anyway** 11:24 | 22:23, 23:11 | 24:18, 34:6 |
| **able** 35:15, 51:4 | 50:3 | 31:18, 63:19 | 23:12 | 34:6, 37:18 |
| 54:15, 56:1 | **allowing** 39:22 | **apologize** 41:3 | **assaulting** 17:21 | 43:21, 43:23 |
| 69:17 | 52:19 | **apparently** 53:9 | **assessment** | 44:4, 44:7 |
| **Absolutely** 9:20 | **allows** 19:14 | 53:20, 53:24 | 62:15, 65:20 | 58:24, 64:10 |
| **abusive** 40:7 | **alter** 58:22 | 54:2 | 67:24, 67:25 | 67:15, 70:18 |
| **acceptable** | **amended** 16:10 | **appear** 39:3 | **assigned** 25:14 | **based** 5:22 |
| 18:18 | 16:21 | **APPEARANC...** | 26:16, 66:10 | 24:21 |
| **accommodate** | **America** 48:14 | 2:10 | **assigning** 8:5 | **basically** 30:13 |
| 7:2 | **American** 8:14 | **appeared** 73:7 | **associated** 73:13 | 55:17, 58:9 |
| **accurate** 23:24 | 9:4, 9:5, 9:16 | **application** | **ASSOCIATES** | **basis** 31:6 |
| **achieve** 40:15 | 10:3, 24:8 | 25:16 | 2:12 | 32:12, 33:11 |
| **acting** 14:1 | 24:25, 28:14 | **apply** 25:13 | **association** 8:14 | 40:5, 56:20 |
| 14:2, 64:6 | 28:22, 29:3 | 25:16 | 9:1, 9:6, 9:16 | **baton** 13:14 |
| **action** 8:9, 56:7 | 29:8, 30:23 | **apprehending** | 9:17, 24:8 | **Beach** 55:15 |
| **actual** 7:21 | 31:1, 31:6 | 17:19 | 24:25, 28:14 | 55:16 |
| 61:20, 61:21 | 38:10, 39:3 | **apprehension** | 28:23, 29:8 | **behalf** 2:2 |
| 62:5, 63:17 | 39:12, 40:10 | 17:17 | 30:23, 31:2 | 29:15 |
| 65:3, 65:8 | 41:11, 41:24 | **appropriate** | 31:7, 38:10 | **behaved** 64:14 |
| **address** 28:24 | 43:14, 44:10 | 68:1, 71:2 | 39:4, 39:13 | **behavior** 50:13 |
| **addressed** 16:12 | 46:19, 47:1 | **approved** 25:4 | 40:10, 44:11 | 62:13 |
| 21:4, 54:16 | 47:5, 47:12 | 25:10, 26:1 | 46:19, 47:2 | **believe** 5:8, 7:2 |
| 56:3, 56:14 | 54:3, 54:21 | **area** 10:17 | 54:3, 54:22 | 7:7, 12:6, 14:19 |
| **addresses** 56:2 | 55:1, 57:13 | 39:23, 55:15 | 55:2, 57:14 | 27:8, 28:11 |
| **adduced** 73:10 | 69:2, 69:24 | **areas** 39:22 | 69:2, 69:24 | 32:21, 50:23 |
| **aforementioned** | 70:4 | 39:22, 40:16 | 70:5 | 53:11, 54:8 |
| 73:7 | **and/or** 2:3, 45:5 | **arguing** 52:22 | **assume** 70:21 | 57:24, 62:20 |
| **age** 27:16, 48:6 | **answer** 18:21 | **arises** 56:25 | **attacked** 21:5 | 64:7, 71:5 |
| 50:23, 50:24 | 18:24, 19:5 | 59:14, 68:18 | 21:9, 21:10 | **Bennett** 8:13 |
| **aggression** | 20:14, 20:18 | **article** 10:17 | 21:11, 22:8 | 31:5, 55:3, 55:7 |
| 39:24, 39:24 | 21:20, 21:21 | **Ashabranner** | **attempting** | 55:11, 55:12 |
| 39:25, 40:17 | 26:8, 30:24 | 29:16 | 39:21 | 55:18, 55:23 |
| 40:21, 41:20 | 31:25, 34:15 | **aside** 25:2 | **attends** 55:23 | 56:2, 56:6, 57:6 |
| 44:14, 44:17 | 37:1, 49:11 | **asked** 14:20 | **Attorney** 2:9 | 58:11, 58:15 |
| 46:9, 54:14 | 49:14, 49:16 | 14:23, 15:1 | 4:14 | 59:13, 59:23 |
| **aggressive** | 53:12, 54:8 | 15:3, 16:11 | **authority** 58:11 | 60:10, 61:8 |
| 41:20 | 54:10, 55:22 | 22:25, 37:24 | 58:15, 58:17 | 62:12, 63:15 |
| **ago** 15:15, 51:17 | 63:21, 67:7 | 52:5, 59:1 | 59:24, 69:17 | 64:15, 65:2 |
| **agree** 16:4 | **answered** 62:18 | **asking** 19:9 | **authorized** 29:7 | 65:8, 65:10 |
| 71:16 | **answering** | 35:9, 35:9, 36:1 | **Avenue** 2:16 | 68:23, 68:25 |
| **agreement** 2:3 | 20:18 | 36:19, 47:23 | **aware** 11:4 | 69:20 |
| **ahead** 28:18 | **answers** 5:24 | 53:3, 53:19 | 46:5, 62:18 | **Bennett's** 60:12 |
| 39:9, 71:4 | 36:19, 36:20 | 54:6, 57:9, 59:5 | 63:23 | 61:20 |

best 37:3, 73:11
binding 5:24
  36:20
biology 26:5
bit 6:24, 18:1
  27:2, 32:17
  33:9, 33:14
  38:24, 41:4
  56:20, 62:6
  62:14, 70:8
bite 12:17
  15:22, 17:19
  21:15, 22:19
  23:10, 23:15
  66:7
biting 16:8
  18:13, 18:17
  18:18, 19:15
  21:7
bitten 32:17
Blue 12:22
  12:25, 12:25
  13:13, 14:5
  15:8, 15:9
  65:18, 66:10
  66:11, 66:12
  66:14, 67:18
  68:5
board 29:6
  29:16
bottle 28:20
bound 50:5
brain 27:19
break 7:1, 7:2
  24:19, 37:7
  37:21, 37:25
  38:8, 40:24
  44:8
brief 36:24
bring 32:24
  33:2
brought 19:13
  19:17, 22:24
  29:1
building 10:18
  39:23

business 29:12
  59:11
buttocks 18:14
bylaw 60:8
  60:16
bylaws 10:3
  10:24, 24:13
  37:9, 41:10
  41:14, 42:8
  60:2

**C**

cadaver 39:25
call 19:6, 69:21
called 12:21
  27:2, 60:5
calm 18:1
Calvin 1:3, 4:8
  14:9, 32:17
  33:9, 33:13
  33:14, 62:14
camera 41:8
cancellation
  29:2
capacities 13:22
capacity 6:3
captain 56:12
care 43:20, 69:4
  69:5, 71:24
case 1:5, 4:9
  45:24, 46:6
  46:22, 46:24
  53:5, 56:17
  56:17, 66:8
cases 14:9
category 7:14
  10:6
cert 28:7, 51:5
  54:15, 56:1
certain 11:23
  26:4, 26:5
certainty 33:21
certificate 31:19
certification
  7:11, 9:9, 9:18

9:24, 11:13
11:21, 19:25
20:7, 21:17
23:14, 23:17
24:2, 26:2
27:23, 28:12
29:13, 29:18
30:10, 31:15
31:22, 39:21
40:16, 41:10
44:10, 45:25
46:18, 47:1
47:5, 47:12
47:15, 48:13
48:24, 51:9
52:4, 52:13
52:21, 53:2
53:14, 58:16
58:22, 61:25
62:4, 63:14
64:14, 68:19
69:5, 69:6
certifications
  29:9, 42:8, 52:5
certified 8:25
  9:8, 9:12, 9:15
  10:6, 10:6, 11:1
  11:6, 11:11
  12:1, 24:23
  24:24, 27:7
  27:21, 28:2
  29:22, 29:24
  46:3, 47:3, 47:7
  47:8, 47:19
  47:25, 48:5
  51:7, 51:16
  51:19, 52:2
  53:4, 53:6
  53:11, 53:21
  54:1, 54:2
  54:21, 57:13
  57:17, 58:17
  58:24, 58:25
  59:20, 60:4
  60:9, 68:6
  68:23, 69:1

69:19
certifies 26:23
  27:1, 59:13
certify 10:16
  11:3, 23:9, 24:7
  32:10, 32:13
  48:12, 61:25
  73:7, 73:12
certifying 8:23
  57:6, 63:13
certs 24:6
cessation 50:17
cetera 8:7, 13:3
  65:16
chain 8:8, 12:24
  13:23, 15:2
  18:10, 21:13
  48:19, 59:23
chance 38:9
CHANGES
  74:1
charge 7:22
  69:21
Charles 28:23
chief 25:5, 25:10
  25:24, 26:1
  58:5, 58:10
  58:16, 58:21
  59:16, 59:18
  59:24, 66:22
  69:3, 69:10
  69:14, 69:16
  69:17
Church 2:9
  4:15
circumstances
  19:20
city 1:6, 2:8, 4:9
  4:14, 8:15, 70:3
civil 5:7, 5:9
clarification
  59:11
clarify 59:7
  59:13, 67:16
clear 19:9
  46:16, 59:6

closer 44:23
co-counsel 4:21
College 2:16
come 11:2
  24:14, 24:18
  31:2
comes 8:20
  24:5, 67:13
  68:4
command 8:9
  11:11, 12:24
  13:24, 15:2
  17:3, 17:6, 17:9
  44:22, 45:21
  46:1, 46:7
  46:13, 48:20
  57:4, 57:16
  59:23, 66:14
commanded
  12:18, 15:23
  16:9, 18:16
commands
  11:11, 45:6
  60:19
commencing
  2:7
comment 48:9
commission
  73:6
Commonwealth
  2:6, 73:1, 73:4
  73:24
competitive
  25:18
complaint 14:19
complaints 13:3
  52:20
complete 11:12
  25:25, 36:9
  47:4, 56:1
completed
  47:13
completely
  49:22, 51:18
comport 21:16
concluded 72:5

concludes 72:1
conditioned
  46:18
conditions
  50:17
conduct 8:15
  31:2
conducted 8:17
conducts 45:13
consecutive
  34:6, 39:20
  40:14
considered
  68:10
considers 46:13
consulted 65:13
contact 32:5
contingency
  49:20
contingent 47:1
  59:4
continue 16:8
  19:15, 20:13
  24:17
continued 15:22
continues 12:17
  21:6, 21:15
  22:18, 23:10
contract 11:2
  70:1, 70:1, 70:3
contracted 8:15
control 39:4
  39:10, 39:13
  39:17, 39:24
  39:25, 40:17
  40:21, 41:20
  44:14, 44:17
  46:9
convened 29:6
converse 18:8
coordinating
  8:6
cops 18:11
copy 38:17
  38:20
coronavirus

29:1
correct 6:4
  14:14, 29:23
  30:2, 30:6
  34:20, 39:5
  39:6, 44:13
  50:15, 51:10
  51:21, 54:25
  58:12, 58:15
  61:12, 66:10
  66:22, 67:20
  73:9
corrections 40:7
correctly 56:2
counsel 2:10
  2:15, 2:19, 4:15
  73:9, 73:13
couple 14:5
course 16:12
  25:6, 25:7, 25:8
  25:25, 26:14
  26:15
courses 26:5
court 1:1, 4:5
  4:10, 4:17, 5:19
Covid 28:6
  30:15, 31:8
cruel 40:7
current 29:14
  39:20
currently 27:7
custom 52:16
  52:18

D

data 63:17
date 4:5, 27:22
  28:5
dated 28:8
dates 8:5, 8:5
day 32:20, 73:17
days 29:5, 33:11
  33:25, 34:5
  34:5, 34:17
  34:22, 35:4

35:4
deal 6:16
dealt 5:8
December 62:14
decertified
  54:24, 55:4
decertify 55:7
decide 67:2
decided 32:4
decides 61:11
  65:10
decision 29:10
  63:16, 64:11
  66:18
decisions 56:5
  58:6, 69:15
deemed 55:7
deems 51:5
defendants 1:7
  2:19, 4:23
degree 26:5
delay 41:3
department
  5:25, 6:3, 7:12
  11:24, 13:1
  23:9, 25:2
  36:21, 46:12
  46:25, 48:3
  48:4, 50:6
  50:19, 54:18
  56:8, 57:16
  65:7, 65:19
Department's
  46:17
depends 13:25
deployed 47:9
  47:10, 57:5
  57:7, 62:6
  63:18
deployment
  57:1, 65:1, 69:1
deployments
  56:16, 61:21
  65:3
deponent 70:25
deposed 5:11

deposing 5:22
deposition 1:9
  2:1, 4:7, 4:13
  4:20, 5:18, 7:3
  7:14, 14:25
  20:21, 24:1
  70:24, 71:1
  72:5, 74:1
depositions 2:4
described 20:2
  60:16
describes 61:13
designed 39:16
  67:18
designee 58:5
  59:16
detection 10:18
  39:25
determination
  67:1, 68:2
determine 39:14
  59:16, 61:8
differ 13:6
difference 30:18
different 13:7
  13:22, 23:5
  25:11, 25:11
  27:4, 31:19
  31:20, 49:22
  51:18, 51:18
  59:2, 67:9
  67:10
direct 40:6
direction 40:6
directive 69:13
disagreement
  57:3
disciplinary
  48:7, 48:16
  48:25, 49:25
  50:9
discuss 16:14
discussion 29:7
displayed 40:8
disposition 58:8
distance 40:3

District 1:1, 1:1
  4:10, 4:11
Division 1:2
  4:12
document 39:2
  41:23, 42:2
  44:12
documented
  13:16
documents
  32:21, 32:22
  33:6, 41:13
dog 8:14, 9:3
  9:6, 9:13, 9:14
  9:15, 9:16, 11:5
  11:10, 12:9
  12:17, 15:22
  16:8, 17:9, 17:9
  17:17, 17:20
  17:21, 17:24
  18:13, 18:15
  18:16, 18:16
  18:17, 19:14
  19:14, 19:15
  19:18, 19:25
  20:8, 21:5, 21:9
  21:12, 21:15
  22:2, 22:5, 22:8
  22:10, 22:14
  22:17, 22:18
  22:23, 23:9
  23:11, 23:13
  24:7, 24:8
  24:16, 24:25
  26:17, 26:19
  26:20, 26:22
  26:23, 27:1
  27:2, 28:14
  28:22, 29:3
  29:8, 29:21
  29:24, 30:3
  30:23, 31:2
  31:7, 32:12
  34:10, 34:25
  35:10, 35:11
  35:11, 35:17

35:18, 35:20
35:21, 36:3
36:4, 37:8, 38:2
38:10, 39:4
39:13, 39:14
39:18, 39:23
40:1, 40:10
41:11, 41:25
44:10, 45:5
45:23, 45:25
46:17, 46:19
47:2, 47:3, 47:6
47:13, 47:15
47:18, 47:20
47:24, 48:3
48:15, 48:17
48:19, 48:23
49:8, 49:19
49:20, 49:20
50:14, 50:18
50:23, 50:24
51:6, 51:8
51:14, 51:15
51:18, 51:19
51:22, 52:2
52:5, 52:8, 53:6
53:9, 53:20
54:2, 54:3
54:13, 54:15
54:16, 54:17
54:19, 54:22
55:2, 55:4, 55:7
55:8, 55:9
55:20, 55:25
56:3, 56:6
56:11, 56:19
56:23, 56:23
57:1, 57:5, 57:6
57:7, 57:7
57:12, 57:14
57:17, 58:17
59:14, 59:15
59:17, 59:18
59:19, 59:22
59:25, 60:3
60:4, 60:13

61:16, 61:21
62:1, 63:16
64:12, 64:13
64:14, 64:16
64:18, 64:20
65:1, 65:11
65:21, 67:4
67:14, 68:1
68:2, 68:2, 68:6
68:19, 68:22
69:1, 69:2, 69:7
69:18, 69:24
70:5
**dog's** 17:23
18:1, 19:14
35:2, 39:16
51:4, 63:18
65:14
**dogs** 7:9, 7:11
8:18, 8:23, 9:8
9:12, 9:19, 9:25
11:3, 11:23
17:2, 17:17
24:6, 27:3
39:24, 46:25
51:8, 51:13
52:6, 52:10
52:11, 52:19
52:19, 53:3
53:3, 53:15
56:16, 58:24
58:25, 63:14
65:9
**doing** 12:3, 59:9
63:13, 68:7
**draw** 6:9
**drill** 46:11
**drive** 17:25
22:15
**drives** 17:23
18:1, 22:6, 22:7
**due** 29:9, 30:15
54:13

**E**

**earlier** 22:1
41:13
**education** 16:23
25:23, 26:4
**effect** 31:15
**effort** 26:21
**either** 9:15, 20:5
49:14, 59:4
68:3, 68:14
**elaborate** 46:15
50:2, 50:3
56:19
**elaborating**
50:4
**Electronic** 73:3
**electronically**
29:6
**email** 15:7
**emergency** 29:1
29:5
**employed** 7:11
11:23
**ends** 8:23
**entering** 20:7
**entire** 38:15
42:23, 60:23
**entirely** 46:18
**entitled** 20:9
53:11, 54:8
**entry** 33:18
**episode** 29:11
**errors** 71:10
**ESQUIRE** 2:14
2:18
**essentially**
31:10, 56:18
**establish** 52:17
**et** 1:6, 4:9, 8:7
13:3, 65:16
**event** 73:15
**evidence** 66:9
**exact** 27:16
**exactly** 17:13
59:9

**Examination**
3:4
**examined** 73:8
**example** 18:10
**exceptions** 9:21
**executive** 29:5
29:16
**exercises** 39:15
**expected** 60:24
**experience** 6:10
49:6
**expire** 29:9
**expires** 73:6
**exploring** 53:8
54:1
**extended** 28:7
29:10, 29:19
30:11, 30:12
30:17, 30:18
30:19, 32:11
**extends** 31:16
**extent** 11:4
11:10, 71:4
**eyes** 42:11

**F**

**face** 30:21, 32:7
43:13
**facedown** 18:9
21:13
**facility** 8:18
**factors** 17:16
**failed** 47:15
**failing** 48:12
48:12
**fails** 51:8
**failure** 45:4
45:5, 45:7
**fair** 55:17
**familiar** 12:8
41:21
**far** 54:7
**February** 34:10
34:19, 36:7
**feel** 22:20

**feels** 22:15
**fence** 18:10
21:13
**field** 63:18
68:22, 69:1
**fight** 17:24, 21:6
22:15
**fighting** 19:15
19:18, 22:3
**file** 40:11
**filed** 14:19
**final** 58:7, 58:11
**find** 5:23, 24:11
36:25
**fine** 20:23
71:17
**first** 27:24
33:13
**Fitzgerald** 2:18
4:22, 4:22, 7:15
11:7, 15:24
16:2, 16:13
16:17, 16:20
18:20, 18:25
19:8, 19:22
20:1, 20:16
20:22, 21:19
26:7, 31:12
31:23, 33:23
36:12, 36:16
36:23, 37:5
37:11, 37:13
38:17, 42:5
42:12, 42:19
42:22, 43:4
43:6, 43:24
46:20, 49:4
49:9, 49:15
51:24, 52:3
52:7, 52:12
52:22, 53:13
53:17, 53:22
54:9, 55:21
57:21, 58:13
61:2, 63:20
65:22, 67:6

70:12, 70:21
71:7, 71:9
71:14, 71:17
71:19
**flip** 18:4
**fly** 66:2
**follow-ups**
24:21, 70:11
**following** 20:8
39:22, 40:2
40:16
**follows** 5:2
**force** 12:21
12:22, 13:2
13:7, 13:8, 13:9
13:14, 13:15
13:20, 14:2
14:8, 61:21
62:2, 62:10
65:9, 65:16
65:17, 66:6
66:9, 66:19
67:15, 67:17
67:19, 69:11
**forces** 14:5
**foregoing** 73:9
**Forest** 73:17
**forget** 68:17
**form** 11:7
18:20, 21:19
21:20, 26:7
31:12, 31:23
33:23, 46:20
55:21, 58:13
63:20, 65:22
65:25, 67:6
**former** 70:4
**forth** 25:24
46:8, 47:5
**forward** 40:9
**found** 42:7
**four** 18:16
21:15
**frequently** 9:8
**front** 33:7
37:23, 38:12

**full** 73:10
**functions** 29:4
**further** 73:12

## G

**general** 50:16
53:16, 66:8
**getting** 27:14
42:21
**give** 6:10, 23:22
38:22, 70:11
**given** 60:3
73:16
**gives** 28:24
55:18
**go** 13:23, 14:3
16:13, 20:11
20:13, 26:18
27:3, 28:18
39:9, 42:9, 42:9
43:21, 43:23
55:19, 56:5
63:3, 63:7, 70:7
70:7, 71:4
**Godsie** 1:10, 2:2
3:3, 4:8, 5:1, 5:5
24:22, 37:20
44:7, 54:7
70:20, 72:2
74:2, 74:19
**goes** 12:21, 13:4
13:12, 14:6
35:22, 56:24
61:25, 66:11
66:25
**going** 8:3, 8:4
10:16, 10:22
11:17, 11:18
17:22, 19:2
19:3, 19:6
24:15, 27:19
35:14, 35:15
41:5, 42:23
43:9, 43:9
60:12, 67:9

68:16, 71:3
**good** 4:3, 37:9
**grabs** 35:21
**Grace** 14:12
14:20, 15:20
**granted** 33:24
**ground** 21:12
**grounds** 45:7
**guess** 18:8
39:11, 56:15
66:5, 66:15
70:1
**GUYNN** 2:16

## H

**hand** 38:19
56:13, 67:11
73:16
**handle** 26:22
37:3
**handled** 27:5
27:9
**handler** 12:14
26:23, 27:1
27:12, 35:10
35:11, 35:12
35:17, 35:20
36:2, 38:3
48:17, 49:21
50:10, 50:20
51:18, 54:14
56:23
**handler's** 18:2
39:17
**handlers** 24:22
24:23, 27:4
52:6
**hands** 18:14
**happen** 15:11
31:18, 36:5
38:8, 40:20
49:2, 51:11
51:12, 68:8
**happened** 64:16
69:8, 71:13

**happens** 10:14
17:9, 35:10
64:17, 64:20
**happy** 7:1
**hard** 66:2
**Harold** 8:12
55:12
**headquarters**
40:10
**health** 50:25
**heeling** 39:11
40:2
**held** 4:13
**helpful** 42:12
**Henderson** 1:25
2:5, 4:5, 73:2
73:23
**hey** 68:5
**highly** 52:21
**hire** 24:5
**history** 36:9
**Hold** 38:6
**holds** 69:25
**honestly** 61:1
**hop** 43:24
**human** 17:21
**humans** 17:18
**hurting** 17:20
**hypothetical**
19:9, 19:12
19:12, 19:19
19:19, 19:21
21:4, 67:9
68:16

## I

**imagine** 6:20
6:24, 35:3, 35:8
35:9
**important** 18:7
**incident** 12:20
15:2, 15:4
27:24, 31:4
32:20, 32:23
51:17, 68:12

**incidents** 13:3
52:17, 52:20
62:17, 63:23
65:4, 68:13
68:17
**independent**
65:20
**information**
40:11, 65:8
**inherent** 69:10
69:17
**initiated** 12:23
**instant** 17:22
**instruct** 20:17
**instructed** 21:7
21:16
**instructing**
18:23, 19:5
**interested** 73:14
**interesting** 18:7
**internally** 62:9
62:11, 65:18
**introduce** 4:16
**introduced**
19:11, 19:20
**investigate**
13:13, 13:15
**investigated**
13:10
**investigation**
12:22, 66:17
66:18, 67:17
**involved** 9:24
12:5, 13:18
13:19
**involvement**
7:17, 8:1
**involves** 13:8
**involving** 12:20
14:3
**issue** 11:20
16:11, 50:5
50:9, 50:19
54:16, 54:18
56:2, 58:15
**issued** 30:3

30:20

issues 8:7, 48:18
48:21, 48:22
48:25, 54:14
55:24, 56:13
59:21, 59:22
item 41:5

**J**

JAMES 2:12
job 25:14, 25:14
John 2:18, 4:22
johnf@guynnw...
2:18
joined 4:19
Jones 28:23
judge 19:3, 19:4
19:7, 20:12
20:12
judged 40:4
judgment 61:16
justified 67:19

**K**

K9 7:22, 12:5
12:21, 13:8
14:1, 14:9
28:12, 36:10
57:21, 57:23
58:7, 58:8, 63:9
65:18, 66:6
66:9, 68:12
69:15
K9s 7:18, 13:20
14:3
keep 26:20
43:22
keeps 18:17
kennel 35:3
Kim 4:5
Kimberly 1:25
2:4, 73:2, 73:23
kind 41:3, 44:8
48:21, 60:24

know 5:23, 6:6
6:13, 6:14, 6:19
7:1, 11:10
11:16, 11:17
13:21, 15:5
15:12, 18:3
23:18, 23:19
24:9, 24:11
25:20, 32:19
34:4, 34:14
34:14, 34:18
35:8, 36:6, 36:7
36:14, 36:19
40:20, 41:19
41:22, 45:2
45:8, 46:4, 48:7
55:6, 56:17
57:4, 59:23
61:22, 62:21
64:21, 64:25
67:24
knowledge 5:23
48:8, 62:7
62:19, 65:5
69:9
Knox 12:9
12:11, 27:5
27:7, 27:12
27:14, 27:20
28:13, 31:3
32:16, 33:8
33:14, 33:21
36:5, 36:10
45:17, 45:18
47:21, 48:8
52:8, 62:4, 62:6
62:14, 62:15
64:13
Knox's 12:13
46:6, 62:13

**L**

lapses 9:18
Large 2:7, 73:1
73:5, 73:24

leading 17:11
22:25
learn 36:18
leave 24:16
LEGAL 2:12
letter 28:7, 28:9
28:9, 28:13
28:15, 28:16
28:17, 30:9
30:9, 30:14
30:21, 30:21
31:10, 31:14
31:19, 31:21
32:7, 56:8
56:10
liability 52:15
lieutenant 14:1
14:2, 14:3, 64:6
68:11
life 17:24, 19:16
19:18, 21:6
22:3, 22:16
light 18:4
line 19:3, 19:4
20:12
link 18:10
21:13
listed 10:3
11:14, 26:11
47:21
little 6:24, 17:25
24:19, 37:7
38:24, 41:5
44:23, 56:20
65:25, 66:1
70:8
lives 29:11
local 8:19, 8:20
locations 8:2
25:11
log 32:22
long 6:19, 6:20
6:25, 12:3, 12:7
69:20
longer 54:17
look 14:15

15:17, 23:22
24:4, 24:19
38:23, 44:20
57:18, 62:1
63:1, 64:5
64:14, 64:15
67:1, 68:6, 69:4
looked 7:16
62:13, 62:19
looking 14:17
31:21, 44:12
44:16, 52:15
52:16, 64:17
64:19, 69:6
looks 28:1, 38:4
43:6, 64:19
lot 17:18, 33:1
36:14, 36:15
LPD 57:4, 62:9
62:11
Lynchburg 1:2
1:6, 1:13, 2:9
2:13, 4:9, 4:11
4:14, 4:15, 5:25
7:12, 11:23
12:18, 23:9
46:17, 46:25
48:3, 48:4, 50:6
50:18, 57:16
65:7, 65:19

**M**

magistrate 19:7
maintain 48:13
making 63:15
65:19
management
7:18
manner 45:7
45:9, 60:6
60:13, 60:15
61:17, 62:16
63:17, 68:3
68:20, 68:21
69:7

March 14:13
14:17, 27:25
28:1, 28:2, 28:3
28:4, 28:6, 28:8
28:24, 31:4
32:17, 33:14
38:1, 62:13
marked 3:7
master 8:6, 8:10
8:12, 8:13, 10:2
11:1, 11:20
23:20, 24:6
30:7, 31:5
32:11, 34:6
34:7, 40:6, 40:9
43:11, 43:14
43:15, 45:10
51:5, 55:3
55:10, 59:20
65:13, 69:22
69:23
matter 4:8, 4:19
4:23, 5:7, 5:9
5:10, 58:11
maximum 39:20
40:14
McFadgen 4:20
mean 8:1, 9:5
13:7, 14:22
14:23, 15:13
21:18, 21:21
21:22, 23:4
27:25, 30:21
33:20, 33:24
34:12, 35:8
43:1, 43:8, 47:9
48:6, 49:1
49:10, 49:18
54:7, 57:9
62:22, 64:21
67:8, 67:10
68:9, 71:12
means 6:17
meant 45:8
medical 51:1
51:2

**meet** 10:5, 47:15
  53:25, 54:4
**meeting** 29:6
**Melissa** 2:20
  4:4
**members** 28:25
**membership**
  29:14
**mentality** 21:6
**mentioned**
  50:23, 60:18
**met** 5:6, 11:24
**mind** 28:19
  28:19, 42:14
**minutes** 70:7
**misbehaved**
  51:15
**Monell** 52:15
**month** 33:11
  33:22, 34:1
  34:5, 34:8, 34:9
  34:17, 34:19
  34:22
**monthly** 30:6
  31:6, 32:12
  33:11, 55:24
  63:13
**months** 15:15
**morning** 4:3
**move** 7:4
**moved** 56:3
**moving** 28:20
**multiple** 17:16
  59:1, 59:2
**mushy** 66:1
**mv@vbclegal.c...**
  2:14

**N**

**name** 4:4, 55:11
**NAPWDA** 11:2
  11:13, 11:20
  23:13, 23:20
  24:6, 24:6
  28:23, 28:25

29:4, 29:16
31:6, 32:1, 32:5
32:11
**narcotics** 10:18
**Nathan** 1:10
  2:2, 3:3, 4:8, 5:1
  72:2, 74:2
  74:19
**national** 9:1, 9:3
  28:23, 28:25
  29:3, 29:17
  30:7
**necessary** 51:6
**need** 6:25, 20:25
  24:16, 49:10
  49:13, 56:23
  61:4
**needs** 56:6
  56:11
**neither** 27:18
  73:12
**never** 18:15
  21:10, 21:11
  21:11, 35:7
  46:2, 51:11
  62:13
**no-go** 55:18
  55:19
**normal** 29:12
  31:22
**normally** 70:23
  70:25
**North** 8:14, 9:4
  9:5, 9:16, 10:3
  24:7, 24:24
  28:14, 28:22
  29:2, 29:8
  30:22, 31:1
  31:1, 31:6, 38:9
  39:3, 39:12
  40:9, 41:10
  41:24, 43:14
  44:10, 46:19
  47:1, 47:5
  47:12, 48:13
  54:2, 54:21

55:1, 57:13
69:2, 69:24
70:4
**Notarial** 73:16
**Notary** 2:6, 73:4
  73:5, 73:23
**note** 40:9, 54:9
  71:10
**noted** 20:16
**notice** 2:3, 16:7
  16:10, 16:21
**November** 73:6
**number** 4:9
  60:19, 73:5

**O**

**oath** 5:18
**obedience** 10:17
  10:19, 10:21
  11:25, 38:14
  38:16, 39:4
  39:9, 39:13
  39:15, 39:19
  40:13, 44:6
  45:6, 61:9, 67:3
  67:4
**obedient** 11:5
  11:10, 60:5
  63:16, 65:11
  65:21, 68:20
  68:21, 69:7
**obey** 46:6
**obeyed** 61:16
  62:15, 68:24
**object** 11:7
  18:20, 21:19
  21:20, 26:7
  31:12, 31:23
  33:23, 46:20
  49:13, 49:15
  55:21, 58:13
  63:20, 65:22
  67:6
**objection** 15:24
  16:7, 20:14

20:17, 20:19
36:12, 51:24
54:10, 61:2
**observe** 15:21
**observed** 40:8
  45:20, 54:18
**observes** 61:9
**obtain** 5:24
**occur** 25:9
**occurred** 38:1
**October** 29:19
  29:19, 29:20
  29:22, 30:1
  73:17
**off-leash** 39:15
**office** 71:16
**officer** 12:13
  21:10, 26:22
  27:5, 27:6, 27:8
  27:11, 28:13
  33:19, 33:25
  48:22, 50:12
**officers** 18:11
  21:14, 25:13
**Offices** 2:8, 4:14
**Oh** 38:18, 38:19
  50:8
**okay** 5:5, 5:11
  6:1, 6:5, 6:12
  6:23, 7:21, 7:24
  8:10, 12:3
  12:16, 14:13
  15:17, 15:21
  16:8, 16:17
  17:8, 18:2, 18:6
  20:1, 20:22
  22:11, 23:8
  24:21, 26:13
  26:16, 31:10
  32:3, 33:16
  33:20, 34:22
  36:1, 36:5, 36:8
  37:11, 37:24
  38:5, 38:13
  41:2, 41:12
  41:18, 42:1

43:4, 44:6, 45:8
45:12, 46:16
48:11, 49:9
51:19, 52:14
52:15, 52:16
53:22, 54:9
54:20, 56:10
58:24, 59:10
59:12, 60:15
61:7, 62:8
62:12, 63:11
64:2, 65:6
65:17, 66:21
66:24, 66:25
68:14, 68:16
69:5, 70:6, 70:9
70:12, 71:18
71:19, 71:21
71:22
**old** 27:14
**once** 13:24
**ones** 68:9
**online** 23:21
  24:9, 24:11
  41:14, 58:1
  58:4
**opening** 25:17
**opinion** 6:11
**order** 9:13, 10:5
  10:23, 10:25
  11:5, 11:11
  11:19, 12:1
  19:6, 23:23
  40:4, 40:15
  47:3
**outside** 15:25
  51:25, 52:3
**oversee** 7:19
  7:23, 7:25

**P**

**P.C** 2:16
**page** 3:2, 42:6
  42:8, 43:4, 43:5
  44:9, 58:8, 58:9

58:10
**Page/Line** 74:5
**pages** 36:13
  36:25
**paid** 25:20
**paired** 26:19
**pandemic** 29:1
**paperwork**
  28:12
**paragraph**
  40:12, 52:6
  52:10, 52:11
**parallel** 67:24
  67:25
**part** 20:6, 61:19
  64:9, 64:11
  64:13
**participate**
  64:22
**participated**
  45:16
**participates**
  56:24
**particular** 16:11
  16:11, 19:20
  24:2, 26:3, 46:5
  55:20, 59:15
  60:17, 60:18
  64:12, 64:13
  65:18
**party** 73:13
**pass** 10:25
  23:13, 29:11
  48:17, 51:4
  51:6, 54:15
**pass/fail** 40:5
**passed** 39:19
  40:14, 45:25
  68:19
**passing** 48:24
**Paul** 2:14, 4:18
  5:5, 15:24
  36:12, 42:5
  49:5
**pause** 20:10
  20:11

**paused** 30:14
  30:17
**Pennsylvania**
  55:14
**people** 67:1
**perform** 39:14
**performing**
  56:1
**period** 14:4
  30:4, 39:21
  40:15, 64:7
**permit** 71:4
**permitted** 17:15
**person** 7:21
  8:11
**personal** 5:22
  6:10, 6:11, 49:6
**personally**
  45:14
**personnel** 50:5
**pertains** 43:3
**phase** 39:11
  40:3, 40:3, 40:3
  40:3
**phases** 40:2
  40:5
**phone** 41:4
  41:6
**pick** 8:2
**picking** 8:4
**place** 19:6
  22:14
**placed** 21:13
  26:2
**plaintiff** 1:4, 2:3
  2:15, 4:19, 4:21
**please** 4:16
  6:14, 7:1
**Plus** 50:9
**point** 18:7, 18:8
  20:6, 30:13
  32:12, 39:11
  53:10, 54:15
  57:8, 70:23
**police** 5:25, 7:9
  7:11, 7:12, 7:18

8:14, 9:3, 9:6
  9:15, 9:16
  11:24, 12:8
  12:17, 12:21
  13:1, 16:8
  18:11, 21:14
  23:9, 24:8
  24:25, 25:2
  25:5, 25:11
  25:13, 25:25
  26:21, 28:14
  28:22, 29:3
  29:8, 30:23
  31:1, 31:7
  36:10, 37:8
  38:10, 39:4
  39:12, 39:14
  40:1, 40:10
  41:11, 41:24
  44:10, 46:17
  46:19, 46:24
  46:25, 47:2
  47:6, 47:12
  48:3, 48:3, 48:4
  50:6, 50:18
  50:18, 52:5
  52:5, 53:15
  54:3, 54:18
  54:22, 55:2
  57:13, 57:16
  58:5, 58:7, 58:8
  58:10, 58:16
  58:21, 59:14
  59:16, 59:19
  59:25, 63:14
  64:12, 64:13
  65:7, 65:19
  66:6, 66:9
  66:22, 69:2
  69:12, 69:15
  69:24, 70:5
**policies** 7:16
**policy** 9:11, 9:14
  9:22, 12:19
  16:12, 18:18
  46:12, 46:14

47:6, 52:15
  52:18, 52:18
  57:11, 57:12
  57:15, 57:20
  65:6, 69:12
  70:1
**portion** 39:10
**pose** 68:16
**position** 36:22
  69:25
**posted** 26:10
**power** 56:18
  69:11
**practical** 9:25
  31:11, 31:15
**practice** 52:16
  52:18
**prepare** 7:13
**prepared** 14:24
  32:10, 36:8
  52:24
**preparing** 24:1
**present** 2:20
  10:11, 16:16
  33:25, 35:12
  35:18
**presented** 39:1
**president** 29:17
  30:22, 30:25
  32:1, 32:6, 70:4
**preventing** 50:4
**print** 42:20
  42:23, 44:8
**printed** 37:23
  38:11, 40:23
  42:13
**prior** 26:1, 31:3
  32:23, 38:1
  38:2, 39:21
  47:11
**probably** 21:3
  35:3, 37:3, 37:9
  70:22
**problems** 51:1
  51:2, 61:10
**procedure** 13:8

63:12, 63:12
  66:15
**procedures** 7:16
**proceeding**
  73:14
**process** 25:17
  26:10, 31:22
  61:25, 67:5
**Professional** 2:5
  73:3
**proficiency**
  39:16
**program** 13:12
  49:8
**proper** 8:9
  30:16
**protective** 19:5
**provide** 36:22
  65:8
**provided** 28:11
  32:21, 40:25
  57:24, 63:17
  65:15, 72:1
**psyche** 19:14
**psychology** 20:8
**public** 2:6, 58:3
  73:4, 73:23
**published** 58:3
**pull** 36:24
**pulled** 51:14
  51:20, 51:22
  57:7
**purpose** 5:21
  31:11, 36:17
  36:20, 67:21
**pursuant** 2:3
**put** 11:19, 16:7
  16:21, 44:22
  66:1

## Q

**question** 16:25
  17:11, 20:18
  21:1, 22:25
  23:8, 27:24

30:24, 31:25
32:5, 34:15
37:24, 43:15
47:22, 48:1
49:11, 49:13
49:14, 49:16
50:11, 56:15
56:21, 56:25
59:14, 64:10
67:13, 68:15
68:18
**questions** 15:1
36:19, 42:24
43:1, 43:10
43:10, 66:1
70:21, 70:22
**quick** 42:13

**R**

**raised** 20:6
**reach** 32:12
39:11
**read** 28:17
28:18, 30:10
38:15, 39:8
39:9, 43:11
43:17, 43:20
45:2, 60:21
60:23, 60:25
61:4, 61:5
69:12, 70:24
71:1, 71:5
**reading** 32:7
44:24, 58:10
72:4
**real** 42:13
64:15
**realize** 18:2
**really** 42:25
43:3, 49:12
56:15
**reason** 49:25
74:5
**reasons** 48:7
48:16, 50:25

51:1, 51:2
**reassess** 67:3
**recall** 47:16
**recertification**
30:3, 30:14
30:20, 31:18
**recertified**
29:25, 30:19
**recertify** 64:12
**recess** 36:24
37:16, 44:2
70:16
**record** 4:16
16:14, 16:19
28:19, 37:15
37:18, 39:10
43:21, 44:1
44:4, 44:7
70:15, 70:18
72:3
**records** 28:12
32:19, 32:24
36:25, 37:7
37:21
**recurred** 29:20
**Reed** 12:13
27:5, 27:8
27:11, 28:13
33:19, 33:25
50:12
**reference** 48:8
52:10, 52:11
52:12
**referenced** 52:8
**referring** 41:15
**regard** 7:14
9:11, 10:19
36:10, 46:12
50:10, 55:19
56:16, 61:11
**regarding** 58:6
69:15
**Registered** 2:5
73:3
**Registration**
73:5

**regular** 63:11
63:12
**related** 41:25
73:13
**relax** 17:24
**relaying** 8:8
**release** 15:23
16:9, 17:2, 17:6
17:8, 18:3
18:17, 21:16
23:14, 45:5
60:4, 60:5
**released** 46:1
60:13
**releasing** 17:17
44:21, 45:21
68:3, 68:7
**relevant** 52:17
52:21, 52:23
**relook** 15:1
15:3
**relooked** 14:20
14:23
**rely** 49:6
**remain** 17:10
29:14, 52:19
**remains** 59:17
59:19, 59:20
59:25
**reminder** 29:13
**removal** 58:6
65:14, 69:15
**remove** 57:16
58:17, 69:18
**removed** 47:18
47:24, 48:5
48:9, 48:15
48:19, 48:23
49:19, 49:24
54:13, 54:16
54:19, 54:21
55:5, 55:8, 56:4
56:6
**rephrase** 16:25
46:23, 56:19
65:24, 66:4

**REPORTED**
1:25
**reporter** 2:5
4:5, 4:17, 73:3
**represent** 4:18
4:23
**representative**
36:21
**REQUESTED**
74:1
**require** 60:12
**required** 10:5
17:5, 46:1
61:22
**requirement**
25:23, 30:15
38:16
**requirements**
7:11, 10:20
21:17, 24:2
24:4, 26:10
46:6, 46:8
53:15, 53:20
53:23, 53:25
54:5, 60:18
**requires** 29:14
65:7
**rescue** 39:23
43:2
**reserved** 72:4
**resolved** 50:7
**respond** 16:6
45:6, 45:23
52:14
**responded** 53:5
**responding**
19:12, 19:18
19:21, 20:5
**rest** 24:18
**restate** 21:1
**result** 28:25
48:22, 50:17
**resulted** 66:17
**results** 68:25
**resume** 29:12
**retirement**

50:25
**review** 12:19
13:19, 14:5
14:8, 14:11
24:1, 24:16
33:5, 37:7, 37:7
37:21, 37:22
38:9, 40:24
61:20, 62:2
62:5, 63:4
68:10, 71:10
**reviewed** 12:23
14:10, 14:18
33:6, 60:2, 60:2
62:8, 62:10
63:23, 65:18
68:9
**reviews** 68:12
**Richard** 29:16
**Rick** 29:16
**rid** 55:9
**right** 5:9, 5:14
5:17, 6:7, 6:11
6:14, 6:17, 6:18
7:8, 7:9, 7:12
8:22, 8:25, 9:7
9:7, 10:8, 10:14
10:19, 11:9
11:22, 12:16
12:16, 13:18
16:10, 16:24
16:25, 17:5
18:6, 18:6
20:25, 21:4
22:13, 22:17
23:1, 23:25
24:3, 24:15
24:21, 25:1
26:25, 27:6
27:14, 27:15
30:11, 30:15
31:14, 31:17
32:9, 32:15
33:17, 34:3
35:23, 36:15
37:3, 37:14

| | **S** | sentence 60:21 | show 41:5, 41:7 | sound 20:2 |
|---|---|---|---|---|
| 37:20, 38:7 | | separate 34:7 | 64:23 | sounds 21:23 |
| 38:7, 39:1, 39:7 | safe 29:15 | September 1:11 | shown 64:24 | speak 6:3, 21:23 |
| 39:12, 40:15 | Salem 2:17 | 2:8, 4:1, 4:6 | 64:25 | 22:4, 32:2, 32:6 |
| 40:19, 41:4 | sat 60:25 | 74:3 | sick 35:11 | 50:6 |
| 41:12, 41:18 | saying 52:23 | Sergeant 1:10 | 35:13, 35:14 | speaking 28:10 |
| 42:3, 42:9, 45:4 | 61:24, 68:5 | 2:1, 3:3, 4:7, 5:1 | 36:2 | speaks 56:12 |
| 45:14, 45:16 | says 28:6, 40:13 | 5:5, 24:22 | sidewalk 18:9 | special 25:2 |
| 46:4, 46:9, 48:8 | 44:21, 46:15 | 37:20, 44:7 | sign 70:25, 71:1 | specific 10:25 |
| 49:21, 49:24 | 57:4, 57:6 | 54:7, 62:12 | 71:6 | 15:12, 21:22 |
| 50:13, 50:16 | 58:12, 60:3 | 70:19, 72:1 | signature 72:4 | 22:2, 22:4, 22:6 |
| 50:20, 50:22 | 60:7, 65:12 | 74:2, 74:19 | sir 5:10, 5:20 | 22:6, 22:7, 23:4 |
| 51:22, 52:7 | school 26:18 | service 7:10 | 12:1, 12:2 | 23:6, 23:17 |
| 53:1, 53:8 | schools 25:12 | 9:13, 9:19 | 13:17, 14:7 | 34:12, 35:20 |
| 53:16, 53:17 | scope 15:25 | 12:11, 16:22 | 15:14, 24:10 | 36:11, 49:20 |
| 53:18, 55:10 | 51:25, 52:3 | 17:10, 23:10 | 25:21, 27:4 | 52:8, 52:10 |
| 56:23, 57:2 | 52:24, 53:1 | 26:2, 32:14 | 29:24, 33:4 | 52:17, 56:16 |
| 58:20, 59:3 | seal 73:16 | 47:18, 47:25 | 33:10, 34:24 | 67:14, 68:17 |
| 59:12, 59:17 | search 10:17 | 48:4, 48:5 | 41:16, 41:17 | specifically 15:5 |
| 60:1, 60:6, 60:7 | 10:17, 10:18 | 48:10, 48:23 | 44:19, 45:19 | 16:7, 35:24 |
| 60:9, 60:20 | 39:22, 39:23 | 49:19, 51:20 | 47:4, 66:11 | 45:1, 47:21 |
| 61:10, 61:14 | 39:23 | 51:23, 52:19 | 66:20 | specifics 10:4 |
| 63:19, 64:9 | searching 43:2 | 53:4, 53:7 | sit 60:22 | 23:14, 23:19 |
| 66:7, 66:19 | second 38:23 | 53:10, 53:13 | situation 19:13 | 23:21, 55:6 |
| 66:24, 67:13 | 40:12 | 53:14, 53:19 | 19:17, 19:23 | 61:7 |
| 67:21, 68:22 | Secretary 28:24 | 53:19, 53:21 | 20:3, 20:5, 21:5 | speculate 6:6 |
| 69:12, 70:13 | Section 52:6 | 53:23, 53:25 | 21:22, 22:2 | 11:18, 23:7 |
| 70:17, 70:19 | sections 42:24 | 54:4, 54:5 | 22:5, 22:6, 23:4 | 57:10 |
| 71:1, 71:5 | securing 21:14 | 54:13, 54:17 | 23:6, 49:21 | speculating |
| 71:23, 71:25 | see 10:4, 41:2 | 55:5, 55:9, 56:4 | 67:8, 67:10 | 22:21, 22:22 |
| RIVER 2:12 | 41:16, 41:18 | 57:8, 57:17 | 67:11 | speculation |
| Road 2:12 | 42:3, 42:5, 42:8 | 58:7, 59:17 | situations 47:14 | 22:24 |
| role 49:7 | 44:20, 44:21 | 59:19, 59:25 | 47:17, 47:24 | speed 38:24 |
| rolling 43:23 | 46:12, 60:20 | 65:14, 65:14 | 48:2 | spoke 7:15, 22:1 |
| room 41:1 | 64:15, 67:18 | 67:14, 68:1 | six 15:15, 27:18 | spoken 65:2 |
| routed 15:6 | 67:25, 69:6 | 69:18 | 25:7, 25:8 | sponsored 29:4 |
| routinely 63:19 | seeing 69:16 | serviceable 55:8 | 26:14, 26:15 | standards 11:13 |
| row 35:7 | seen 49:2, 51:11 | sessions 45:15 | somebody 17:19 | 11:25 |
| RPR 1:25 | 51:12, 65:3 | 61:15 | 24:5, 57:4, 62:6 | start 7:9, 23:2 |
| rule 41:19 | 68:25 | set 25:24, 46:8 | somebody's | starting 15:25 |
| rules 38:9 | selected 25:5 | 47:5 | 34:23, 34:25 | 45:3 |
| 40:20, 41:8 | send 13:25 | Seth 12:13 | sorry 27:25 | state 10:22 |
| 41:14, 41:24 | Senior 8:13 | seven-day 39:20 | 38:6, 38:18 | 23:23, 61:6 |
| 44:9, 71:4 | 69:23 | 40:14 | 41:3 | stated 59:21 |
| | sense 17:18 | sheet 33:18 | sort 56:11 | states 1:1, 9:14 |
| | sent 71:15 | short 34:20 | | 57:12 |

**stay** 16:18
  29:15
**Stephens** 2:20
  4:4
**Steven** 4:20
**stop** 12:18
  17:22, 18:17
  21:8, 43:9
**stops** 66:21
**strategic** 13:23
**street** 2:9, 4:15
  14:12, 14:21
  15:20, 47:4
  47:8, 64:16
  65:1
**striking** 17:20
  18:15, 19:13
**struck** 18:15
  22:2
**structure** 66:15
**stuff** 43:2, 43:3
**subject** 16:9
  17:20, 18:9
  20:14, 20:19
  21:11, 21:12
  22:9, 22:12
  23:10, 28:15
  28:16, 44:21
**subjects** 6:21
  7:5, 24:18
**subsequent** 29:2
**suitable** 57:1
**supervisor** 49:8
  62:22, 63:3
  63:6, 63:9
  63:24, 64:4
**supposed** 68:24
**sure** 27:16, 37:5
  42:19, 71:2
**survival** 17:25
  22:14
**swear** 4:17
**switch** 18:4
  27:3
**sworn** 5:2, 73:8
**system** 13:2

13:4, 66:16
  66:25

**T**

**take** 2:4, 7:2
  17:17, 17:25
  17:25, 24:17
  24:17, 24:19
  27:11, 32:13
  36:24, 37:6
  71:24
**taken** 2:2, 4:8
  5:18, 8:18, 9:19
  21:12, 53:6
  53:10, 53:21
  54:4, 74:3
**takes** 17:23
  56:7
**talk** 36:9, 49:10
  51:7, 58:25
  64:2
**talking** 19:22
  19:24, 20:4
  21:23, 22:5
  41:8, 47:20
  47:21, 58:23
**team** 12:22
  12:25, 12:25
  13:13, 15:8
  15:9, 26:21
  27:2, 27:3
  35:24, 38:3
  40:1, 65:18
  66:10, 66:11
  66:12, 66:14
  67:18, 68:5
**teams** 14:5
  39:25, 57:22
  57:23
**tell** 6:14, 11:9
  14:15, 14:16
  33:10, 34:4
  34:18, 38:22
  39:7, 42:4
  44:22, 70:6

**telling** 18:2
  64:23
**term** 30:16
**test** 39:4, 39:10
  39:13, 39:14
  39:15, 39:16
  39:19, 40:13
  44:6, 44:14
  44:18, 45:13
  46:1, 46:9
  48:18, 48:24
**tested** 40:2, 40:4
  45:20
**testified** 5:2
  41:13
**testify** 6:21, 7:6
  16:3, 16:23
  52:24
**testimony** 5:18
  5:19, 20:6, 72:1
  73:10
**testing** 39:21
  40:15
**thank** 38:7
  38:20, 39:2
  58:9, 70:20
  71:23
**Thanks** 70:13
**thereof** 73:15
**thing** 13:17
  37:8, 44:24
  60:23, 63:14
  65:12
**things** 17:16
  24:17, 24:20
  35:9, 36:18
  38:24, 59:1
**think** 7:3, 15:25
  17:11, 18:19
  24:15, 30:16
  37:2, 37:9
  42:21, 49:3
  49:16, 55:15
  57:5, 57:9, 70:8
  70:8, 70:10
  71:7, 71:8

**thinking** 27:19
  49:5
**thought** 49:5
**three** 6:22
  14:25, 18:10
  18:11, 21:14
  33:11, 33:25
  34:5, 34:17
  34:22, 35:4
  35:5, 35:7, 40:2
**Timberlake**
  2:12
**time** 4:6, 6:25
  14:4, 14:17
  17:23, 18:1
  27:20, 29:11
  30:1, 32:15
  33:14, 37:9
  37:15, 37:17
  40:8, 43:25
  44:3, 46:5
  54:20, 60:18
  61:6, 63:25
  64:7, 66:2, 67:2
  68:12, 70:14
  70:18, 72:2
**timeliness** 67:2
  67:4
**timely** 45:6
  45:9, 46:11
  46:13, 46:15
  60:5, 60:13
  60:15, 60:20
  61:10, 61:16
  62:16, 63:17
  68:3, 68:20
  68:21, 69:7
**times** 18:16
  21:15, 29:15
  36:11, 62:5
  63:8
**timing** 46:6
  60:18, 61:8
**today** 5:6, 5:22
  15:1, 33:8
**today's** 4:5, 72:1

**told** 36:6
**top** 18:11, 18:11
  40:13
**topic** 7:10
**topics** 8:3
**total** 39:17
**tracking** 10:17
**train** 8:3, 33:11
  33:25, 34:5
  34:17, 35:24
**trained** 17:2
  32:16, 33:9
  33:13, 33:22
  34:11, 35:1
  35:18, 36:3
  36:4, 36:11
  39:24
**trainer** 8:6, 8:10
  8:12, 8:13, 10:2
  11:1, 11:20
  23:20, 24:7
  30:8, 31:5
  32:11, 34:6
  34:7, 40:6, 40:9
  43:11, 43:14
  43:15, 45:11
  51:5, 55:3
  59:20, 65:13
  69:22, 69:23
**trainer's** 55:10
**training** 7:10
  7:19, 7:20, 7:22
  7:23, 7:25, 8:3
  8:4, 8:5, 8:5, 8:8
  8:16, 8:17, 8:19
  8:20, 10:9
  10:12, 10:15
  10:20, 16:22
  16:25, 19:23
  19:25, 20:2
  20:5, 21:17
  25:2, 25:4
  25:25, 26:13
  27:2, 30:5, 30:7
  31:3, 32:22
  32:24, 34:21

35:4, 35:4
35:12, 35:14
35:16, 35:22
36:9, 37:21
38:1, 38:2
45:16, 45:18
53:2, 53:14
53:19, 55:24
55:25, 56:24
56:25, 59:22
61:9, 61:11
61:15, 61:19
61:20, 61:23
64:5, 64:6
68:20, 68:22
**transcribed** 2:2
**transcript** 71:10
71:11, 73:10
**true** 73:9
**try** 66:3
**trying** 46:11
49:3, 56:22
59:6, 66:1, 66:5
**turn** 41:22
**two** 34:5, 35:4
35:5
**type** 25:22
**typically** 25:6
25:8, 26:15
56:7, 67:18
68:11

**U**

**Uh-huh** 15:10
66:13, 67:22
**ultimate** 59:24
**ultimately** 61:14
66:21, 68:15
**underneath**
18:14
**understand**
5:17, 5:21
16:20, 20:20
44:25, 46:10
51:8, 56:20

**understanding**
66:3
**unit** 12:5, 14:1
35:21, 63:9
63:24, 68:12
**UNITED** 1:1
**use** 12:20, 12:22
13:2, 13:2, 13:5
13:7, 13:8, 13:9
13:14, 13:15
13:19, 14:2
14:8, 19:25
46:17, 46:24
50:18, 55:19
56:19, 56:23
57:21, 57:23
62:10, 65:16
65:17, 66:6
66:9, 66:18
67:14, 67:15
67:17, 67:19
69:11
**uses** 13:1, 14:5
61:21, 62:1
65:9
**Usually** 8:2
26:18

**V**

**vacancy** 25:17
**vacation** 34:13
34:14, 34:21
34:23, 34:25
35:2, 35:10
36:3
**valid** 9:9
**validity** 29:13
**Valois** 2:14, 3:4
4:18, 4:18, 5:4
5:6, 11:8, 16:5
16:15, 16:18
16:24, 17:1
18:23, 19:2
19:11, 19:24
20:4, 20:20

20:23, 20:24
21:25, 26:12
31:13, 31:24
34:2, 36:14
36:17, 37:2
37:6, 37:12
37:19, 38:19
38:21, 42:7
42:10, 42:14
42:17, 42:20
42:25, 43:5
43:12, 43:16
43:19, 44:5
46:21, 49:7
49:12, 49:23
52:1, 52:4, 52:9
52:14, 53:1
53:16, 53:18
53:24, 54:11
56:9, 57:25
58:19, 61:3
64:1, 65:23
67:12, 70:6
70:10, 70:13
70:19, 71:8
71:18, 71:21
71:23
**value** 30:22
32:8, 43:13
**versus** 4:9, 13:8
**veto** 56:18
**video** 15:17
15:21, 28:21
39:8, 62:1, 63:4
63:7, 66:7, 66:8
66:25, 69:6
71:3
**videographer**
2:20, 4:3, 4:4
16:16, 37:14
37:17, 43:25
44:3, 70:9
70:14, 70:17
71:22, 71:25
**videorecorded**
1:9, 2:1, 4:7

**videos** 64:24
64:25, 65:1
65:3, 65:15
**view** 24:13
**viewed** 67:11
**Virginia** 1:1
1:13, 2:7, 2:9
2:13, 2:17, 4:11
4:15, 9:15
55:13, 55:15
55:16, 73:1
73:5, 73:17
73:24

**W**

**WADDELL**
2:16
**waiving** 20:19
**walked** 41:1
**walking** 40:3
**want** 10:23
11:19, 16:13
23:22, 28:17
38:15, 42:22
43:20, 43:21
43:22, 45:1
49:5, 58:24
67:16, 71:9
**wanted** 63:1
**waste** 14:17
**watch** 11:24
**water** 28:20
**way** 13:14
28:20, 37:3
59:5, 64:2
64:14, 68:15
**ways** 59:2
**we've** 5:6, 60:1
60:2
**website** 10:4
10:24, 11:15
23:23, 24:12
37:8
**went** 35:19
**Wesley** 1:3, 4:8

14:9, 32:17
33:9, 33:13
33:14
**Western** 1:1
4:11
**wit** 73:1
**witness** 3:2
4:17, 16:1, 16:4
18:22, 21:21
26:9, 33:24
38:18, 42:15
43:8, 43:13
43:17, 49:10
49:18, 55:23
57:19, 57:23
58:14, 63:22
67:8, 71:12
71:15
**witnessed** 10:8
**word** 45:3
60:20
**work** 8:14, 9:6
9:15, 9:16, 9:25
10:16, 24:8
24:25, 25:15
28:14, 28:22
29:3, 29:8
30:23, 31:2
31:7, 35:15
37:8, 38:10
39:4, 39:13
40:1, 40:10
41:11, 41:24
44:10, 46:19
47:2, 47:6
47:12, 54:3
54:22, 55:2
57:13, 63:13
69:2, 69:24
70:5
**working** 41:4
**works** 50:1
64:3
**workshop** 29:3
**world** 20:7
64:15, 68:5

**write** 56:7
**writes** 56:10
**written** 69:13
**wrong** 14:15

## Y

**yeah** 16:1, 18:22
20:20, 28:18
33:2, 38:25
42:14, 42:15
42:17, 43:8
43:8, 43:12
43:16, 43:19
44:15, 44:17
44:25, 45:3
46:10, 57:23
58:1, 71:8
71:12, 71:14
**year** 9:10, 28:7
29:10, 30:4
30:12, 31:3
31:16
**years** 5:15
13:22, 14:18
51:17

## 1

**1** 58:8, 58:9
58:10
**10:01** 37:15
**10:41** 37:18
**10:48** 43:25
**10:52** 44:4
**11** 7:7, 7:9, 52:6
52:11, 53:13
**11:21** 70:15
**11:27** 70:18
**11:28** 1:12, 72:2
72:5
**11th** 14:17
27:25, 31:4
32:18, 33:14
38:2, 62:13
**12** 7:7

**13** 7:7, 52:10
**14th** 73:17
**17th** 28:6, 28:8
28:24
**19** 29:19
**1927** 14:20

## 2

**2/17/21** 38:6
**20** 28:1, 28:4
28:8, 28:25
29:19
**2011** 12:6
**2019** 27:8, 27:10
27:17, 27:19
29:22, 30:1
**2020** 5:15, 29:2
29:9, 29:22
**2021** 14:17
27:25, 28:2
29:23, 30:1
31:4, 32:18
33:15, 38:2
**2023** 27:25, 64:8
**2025** 1:11, 2:8
4:1, 4:6, 73:6
73:18, 74:3
**21** 5:16, 29:20
38:4
**22** 1:11, 2:8, 4:1
74:3
**22nd** 4:6
**24153** 2:17
**24502** 2:13
**24504** 4:15

## 3

**3/11/21** 33:18
**3/17** 38:4
**30** 43:4, 73:6
**30(b)(6** 1:9, 2:1
71:3
**31** 42:6, 42:8
42:9, 43:5, 44:9

**32** 43:5
**33** 43:7, 44:9
**359658** 73:6

## 4

**415** 2:16
**434.845.4529**
2:13

## 5

**5** 3:4, 70:7
**500** 36:13, 36:25
**540.387.2320**
2:17

## 6

**6:22-cv-00031**
1:5, 4:10
**60** 29:5

## 7

**7601** 2:12

## 9

**9:29** 1:12, 2:7
4:1, 4:6
**900** 2:9, 4:14