Exhibit 4

Lt. Smith body cam to be provided via USPS.

{00534289.DOCX }