Ex. 5

Lieutenant Smith video interview of Sgt. Reed to be provided via USPS.