Exhibit 6

Officer Parrish body cam to be provided via USPS.

{00534289.DOCX }