Exhibit 7

Officer Parrish video interview of Reed to be provided via USPS.

{00534289.DOCX }