# Guynn Waddell, P.C.

*- Attorneys at Law -*

February 4, 2026

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED for L-Burg
FEB 10 2026
LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

Hon. Laura A. Austin, Clerk
United States District Court
1101 Court Street, Suite A66
Lynchburg, VA 24504

    Re:   *Calvin Wesley v City of Lynchburg, et al*
           USDC, Lynchburg, Case No. ~~6:23cv12~~ 6:24CV32

Dear Ms. Austin:

    In connection with Defendant Reed's Memorandum in Support of Motion for Summary Judgment filed today (ECF No. 35), enclosed is a flash drive containing video recording exhibits, identified as follows:

    ECF No. 35-2    Exhibit 2   Reed Body Cam 1
    ECF No. 35-5    Exhibit 4   Smith Body Cam
    ECF No. 35-10  Exhibit 10  Reed Body Cam 2
    ECF No. 35-11  Exhibit 11  Rowland Body Cam

    By copy of this letter, Plaintiff's counsel is being furnished with a duplicate flash drive of these exhibits.

    Should you have any questions, please do not hesitate to call.

               Very truly yours,

               GUYNN WADDELL, P.C.

               John R. Fitzgerald

Encs
JRF/brc