# Guynn Waddell, P.C.

- Attorneys at Law -

February 5, 2026

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED for L-burg
FEB 10 2026
LAURA A. AUSTIN, CLERK
BY: /s/ J. Clark
DEPUTY CLERK

Hon. Laura A. Austin, Clerk
United States District Court
1101 Court Street, Suite A66
Lynchburg, VA 24504

Re:  *Calvin Wesley v City of Lynchburg, et al*
     USDC, Lynchburg, Case No. 6:24cv32

Dear Ms. Austin:

In connection with Defendant City of Lynchburg's Memorandum in Support of Motion for Summary Judgment filed today (ECF No. 37), enclosed is a flash drive containing video recording exhibits, identified as follows:

ECF No. 37-4   Exhibit 4   Smith Body Cam 1
ECF No. 37-5   Exhibit 5   Smith Body Cam 2
ECF No. 37-6   Exhibit 6   Parrish Body Cam 1
ECF No. 37-7   Exhibit 7   Parrish Body Cam 2

By copy of this letter, Plaintiff's counsel is being furnished with a duplicate flash drive of these exhibits.

Should you have any questions, please do not hesitate to call.

Very truly yours,

GUYNN WADDELL, P.C.

John R. Fitzgerald

Encs
JRF/mcs