CLERKS OFFICE U.S. DIST. COURT
LYNCHBURG, VA
FILED
March 06, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ B. McAbee
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| CALVIN WESLEY,<br><br>                *Plaintiff,*<br><br>v.<br><br>THE CITY OF LYNCHBURG, ET AL.,<br><br>                *Defendants.* | CASE NO. 6:24-cv-00032<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

The Court encourages alternative dispute resolution, specifically mediation, and Federal Rule of Civil Procedure 16(a)(5) permits "the court [to] order the attorneys . . . to appear for one or more pretrial conferences for such purposes as . . . facilitating settlement." The Court exercises this authority. This matter is hereby **REFERRED** for mediation with United States Magistrate Judge C. Kailani Memmer on March 20, 2026. The parties are **ORDERED** to appear before Judge Memmer and are directed to contact her chambers.[1]

The Clerk of Court is directed to send a copy of this Order to all counsel of record.

Entered this 6th day of March, 2026.

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] To the extent that the parties are not available on March 20, they may reschedule the mediation with Judge Memmer's chambers to March 27, 2026.