IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CALVIN WESLEY,                          )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )        Civil Action: 6:24cv32
                                        )
THE CITY OF LYNCHBURG and               )
LPD OFFICER SETH REED,                  )
                                        )
        Defendants.                     )

**DEFENDANTS' AMENDED RULE 26(a)(3) DISCLOSURES**

Defendants, City of Lynchburg, Virginia and Sergeant Seth Reed (together, the "Defendants"), by counsel, hereby make the following amended disclosures concerning witnesses and exhibits for trial:

**I) WITNESSES**

A) The Defendants intend to call the following witnesses at the trial in person:

1) Plaintiff Calvin Wesley (live and by deposition) concerning his communication, observations and actions relevant to the issues in this case.

2) Defendant Sgt. Seth Reed will testify concerning his response to the calls on March 11, 2021 and December 20, 2021, his encounters with the Plaintiff and his observations, involvement, communications and actions relevant to the issues in this case.

3) Michael W. Kmiecik, II, Bartlett Illinois[1] . Mr. Kmiecik is the Defendants' expert and will testify, in accordance with his opinions and findings relevant to the issues in this case.

4) Detective Chase Bryant, Lynchburg Police Department ("LPD"), 3405 Odd Fellows Road, Lynchburg, VA, will testify concerning his recollection of his response to the calls on March 11, 2021 and December 20, 2021, his encounters with the Plaintiff and the incidents involved, and will testify concerning his recollection of the relevant events at issue, and will testify concerning his interaction with Plaintiff during the incidents at issue and his involvement, communications and actions relevant to the

---

[1] Michael W. Kmiecik will appear in person at trial and not via video deposition as previously planned

1

issues in this case.

B) The Defendants may call the following witnesses at the trial in person:

1) Detective Thomas Hall, LPD, 3405 Odd Fellows Road, Lynchburg, VA, will testify concerning his recollection of his response to the call on March 11, 2021 and his recollection of the relevant events at issue, and he will testify concerning his involvement, communications and actions relevant to the issues in this case.

2) Officer Michael McLeod, LPD, 3405 Odd Fellows Road, Lynchburg, VA, will testify concerning his recollection of his response to the call on March 11, 2021 and his recollection of the relevant events at issue, and he will testify concerning his involvement, communications and actions relevant to the issues in this case.

3) Sgt. John Person, LPD, 3405 Odd Fellows Road, Lynchburg, VA, will testify concerning his recollection of his response to the calls on March 11, 2021 and December 20, 2021, his encounters with the Plaintiff and the incidents involved, his recollection of the relevant events at issue, and he will testify concerning his involvement, communications and actions relevant to the issues in this case.

4) Lt. Brian Smith, LPD, 3405 Odd Fellows Road, Lynchburg, VA. As a supervisor, Lt. Smith is responsible for oversight in the March 11, 2021 matter and will testify according to his recollection of his interactions, involvement, communications and actions relevant to the issues in this case.

5) Officer Austin Rowland, LPD, 3405 Odd Fellows Road, Lynchburg, VA, will testify concerning his recollection of his response to the call on December 20, 2021 and his recollection of the relevant events at issue, and he will testify concerning his involvement, communications and actions relevant to the issues in this case.

6) Officer Michael Johnson, LPD, 3405 Odd Fellows Road, Lynchburg, VA, will testify concerning his recollection of his response to the call on December 20, 2021, his recollection of the relevant events at issue, and he will testify concerning his involvement, communications and actions relevant to the issues in this case.

7) Lt. Vernon Parrish, LPD, 3405 Odd Fellows Road, Lynchburg, VA. As a supervisor, Lt. Parrish is responsible for oversight in the December 20, 2021 matter and will testify according to his recollection of his interactions, involvement, communications and actions relevant to the issues in this case.

8) Shanna D. Wesley, 2550 Anthony Place, Apt. 18, Lynchburg, VA. Ms. Wesley will testify according to her recollection of the interactions, involvement, communications and actions relevant to the incidents and the issues in this case.

9) City of Lynchburg's 30(b)(6) deposition designees, Sgt. Nathan Godsie and Sgt. Collin Byrne, LPD, 2405 Odd Fellows Road, Lynchburg, VA, will testify via deposition designations identified below.

C) The Defendants reserve the right to call any persons identified in discovery responses or witness disclosures about whom the Defendants have not objected, including to present such witnesses' testimony through their depositions.

D) The Defendants also reserve the right to call any witnesses not identified herein necessary to impeach or to rebut any testimony or other evidence introduced on behalf of the Plaintiff.

## II) <u>EXHIBITS</u>

A) The Defendants may offer the following as exhibits at trial:

| Exhibit No. | Identifier | Objections | Responses |
|---|---|---|---|
| 1 | Body-worn camera and dash cam video and audio footage related to incidents on 3-11-2021 and 12-20-2021, identified on list marked CITY 000570[2] | | |
| 2 | CITY 000498-000507:  Incident Report for 3-11-2021 | | |
| 3 | CITY 000536-000541:  Dispatch Report for 3-11-2021 and Arrest Warrants served on 3-11-2021 | | |
| 4 | CITY 000508-000515:  Incident Report for 12-20-2021 | | |
| 5 | CITY 000550-000560: Dispatch Report for 12-20-2021, Arrest Warrants served on 12-22-2021 and Officer Reed's Memorandum related to 12-20-2021 incident | | |
| 6 | Officer Rowland's Injury Report from 12-20-2021 Incident, marked ECF 35-12 | | |
| 7 | CITY 000516-000526:  Use of Force Report for 3-11-2021 | | |
| 8 | CITY 000527-000535:  Use of Force Report for 12-20-2021 | | |
| 9 | Plaintiff's Answers to Defendant Reed's 1st Interrogatories from 12-15-2023 | | |
| 10 | Defendant Reed's 2nd Interrogatories, 2nd Request for Production and 1st Request for Admissions, including Exhibits A, B & C, from April 23, 2025 | | |
| 11 | CITY 000106-000108: Calvin Wesley's Facebook | | |

---

[2] Video footage has been edited to blur body portions of plaintiff 's anatomy inappropriate for public viewing

| | | | |
|---|---|---|---|
| | post and Lynchburg Police Department's communication concerning it. | | |
| 12 | Plaintiff's Answers to Defendant Reed's 2nd Interrogatories, 2nd Request for Production and 1st Request for Admissions from May 23, 2025 | | |
| 13 | July 22, 2025 Defendants' Rule 26(a)(2)(B) Expert Disclosures, including Exhibits A and B, Expert Report and C.V. of Michael W. Kmiecik, II | | |
| 14 | Defendant Reed's Responses to Plaintiff's Request for Admissions from December 21, 2023 | | |

B) Any exhibits identified by the Plaintiff in pre-trial disclosures to which the Defendants have not objected.

C) Defendants reserve the right to use any exhibits identified in discovery or by the Plaintiff and reserve the right to introduce other documents as necessary for impeachment and rebuttal at trial.

D) Defendants reserve the right to read the transcript of designated portions of the following depositions:

Witness/Deponent
Calvin Wesley

Designation
8:23 to 9:4
13:3-11
15:5 to 16:3
17:9 to 18:6
18:20-24
20:10 to 21:2
28:15-21
29:4-13
30:7-9
30:18 to 31:13
31:25 to 32:16
32:25 to 33:21
34:4-12
37:15-18
37:19-38:4

30(b)(6) Designees:

Sergeant Collin Byrne

6:7-14
7:3-15
9:8-10

4

55:18 to 56:7
57:7 to 60:14
64:21 to 65:24
67:25 to 68:16
70:17 to 71:3



Sergeant Nathan Godsie

7:13 to 9:23
11:22 to 12:2
12:16-24
13:18 to 14:12
17:2 to 18:5
23:8-17
24:22 to 25:21
26:13-24
27:1-13
37:25 (begin at "when") to 38:6
45:14 to 46:3
46:24 to 47:6
48:2-14
55:10 to 56:14
59:13-25
66:5 to 67:11
69:10-19




CITY OF LYNCHBURG, VIRGINIA and
SERGEANT SETH REED

By /s/ John R. Fitzgerald
Jim H. Guynn, Jr., Esq. (VSB # 22299)
John R. Fitzgerald, Esq. (VSB # 98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
        johnf@guynnwaddell.com
*Counsel for Defendants*

5

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March, 2026, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

M. Paul Valois                                    Steven D. McFadgen, Sr.
James River Legal Associates                      McFadgen Law, PLC
7601 Timberlake Road                              3521 Campbell Avenue
Lynchburg, VA 24502                               Lynchburg, VA 24501
Phone: (434) 845-4529                             Phone: (434) 385-4579
Fax: (434) 845-8536                               FAX: (888) 873-1048
Email: mvalois@vbclegal.com                       Email: muchmorelaw@gmail.com
*Counsel for Plaintiff*                           *Counsel for Plaintiff*


/s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB #22299)
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
        johnf@guynnwaddell.com
*Counsel for Defendants*

6