CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

April 02, 2026

LAURA A. AUSTIN, CLERK
BY:  s/ CARMEN AMOS
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

CALVIN WESLEY,

*Plaintiff,*

v.

THE CITY OF LYNCHBURG, ET AL.,

*Defendants.*

CASE NO. 6:24CV00032

**ORDER**

JUDGE NORMAN K. MOON

In preparation for the jury trial in this case, the parties are directed to provide their evidence to the court in an electronic format. Counsel should coordinate with the Courtroom Deputy to facilitate this process. **It is ORDERED that all prospective exhibits must be uploaded no later than C.O.B. on April 15, 2026**. The Courtroom Deputy will be in touch with instructions and further information for the preparation by counsel for submission of the electronic exhibit files. Further questions may be directed to Carmen Amos: (434) 847-5722, or carmen_amos@vawd.uscourts.gov.

The Clerk is directed to send a copy of this Order to all counsel of record.

Entered this 2nd day of April, 2026.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE