IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CALVIN WESLEY,                          )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )        Civil Action: 6:24cv32
                                        )
THE CITY OF LYNCHBURG and               )
LPD OFFICER SETH REED,                  )
                                        )
        Defendants.                     )

**DEFENDANTS' OBJECTIONS TO
PLAINTIFF'S EXHIBIT AND WITNESS LISTS FOR TRIAL**

Defendants, City of Lynchburg, Virginia and Sergeant Seth Reed (together, the "Defendants"), by counsel, object to the list of potential exhibits that Plaintiff expects to use at trial, as well as Plaintiff's physician expert witness, as follows:

**Exhibits:**

| Exhibit No. | Identifier | Objections | Responses |
|---|---|---|---|
| 1. | Medical Billing for Plaintiff from Centra Health. | FRE 402 (relevance), 602 (lack of foundation), 802 (hearsay) | |
| 2. | Centra Health Subpoenaed records from Defendants – Bates # Centra 000001 through Centra 000319 | FRE 402, 602, 802 | |
| 3. | Community Health Center – Bates # CHC 000001 through CHC 000011 | FRE 402, 602, 802 | |
| 4. | Lynchburg General Records from March 11, 2021 through December 20, 2021 from Plaintiff. | FRE 402, 602, 802 | |
| 5. | Blue Ridge Regional Jail – Medical Records | FRE 402, 602, 802 | |

| 6. | Defendant's Expert Michael W. Kmiecik, II – Report and Curriculum Vitae | | |
|---|---|---|---|
| 7. | Plaintiff's Expert Mark S. Dunston - Report and Curriculum Vitae | FRE 702 (failure to meet requirements of expert testimony), 802 | |
| 8. | Plaintiff's Expert Brenda Waller, M.D. – Report and Curriculum Vitae | FRCP 26 (failure to meet expert disclosure requirements); FRE 702, 802 | |
| 9. | Deposition of Sergeant Seth Reed | FRCP 32 (Improper designation); FRE 402, 403 | |
| 10. | Body Cam Footage – Officer Reed for 3/11/21 and 12/20/21 | FRE 402 | |
| 11. | Body Cam Footage – Officer Bryant for 3/11/21 and 12/20/21 | FRE 402 | |
| 12. | Body Cam Footage for Officer Hale for 3/11/21 | FRE 402 | |
| 13. | Body Cam Footage for Officer McLeon for 3/11/21 | FRE 402 | |
| 14. | Body Cam Footage for Officer Pearson for 3/11/21 and 12/20/21 | FRE 402 | |
| 15. | Body Cam Footage for Officer Smith for 3/11/21 | FRE 402 | |
| 16. | Body Cam Footage for Officer Bonferraro for 12/20/21 | FRE 402 | |
| 17. | Body Cam Footage for Officer Johnson for 12/20/21 | FRE 402 | |
| 18. | Body Cam Footage for Officer Parrish for 12/20/21 | FRE 402 | |
| 19. | Body Cam Footage for Officer Parvia for 12/20/21 | FRE 402 | |
| 20. | Body Cam Footage for Officer Rowland for 12/20/21 | FRE 402 | |
| 21. | K-9 Knox Service Records (Bates Defs. 1-501) | FRE 402 | |
| 22. | Incident/Investigation Report 3/11/21 (Bates #City 498-507) | | |

| 23. | Incident/Investigation Report 12/20/21 (Bates #City 508-515) | | |
|---|---|---|---|
| 24. | Use of Force Report for 3/11/21 (Bates #City 516-526) | | |
| 25. | Use of Force Report for 12/20/21 (Bates #City 527-535) | | |
| 26. | Dispatch, Warrants, Pictures – 3/11/21 (Bates #City 536-549) | | |
| 27. | Dispatch, Warrants, Pictures – 12/20/21 (Bates #City 550-570) | | |
| 28. | Uses of Force Written Directive (Bates #City 571-590) | | |
| 29. | Use of Canine Teams Written Directive (Bates #City 591-599) | | |
| 30. | Plaintiff's Objections and Responses to Defendant LPD Officer Seth Reed's First Set of Interrogatories | | |
| 31. | Plaintiff's Objections and Responses to Defendant LPD Officer Seth Reed's First Set of Request for Production | FRE 402, 602, 802, 901 | |
| 32. | Defendant City's Response to Plaintiff's Rule 34 Request | FRE 402 | |

**Witnesses:**

**Brenda S. Waller, M.D.**: (Physician Expert).
2600 Memorial Ave #201, Lynchburg, VA 24501

OBJECTION:        Defendant objects to the Plaintiff's physician expert, Brenda S. Waller,

M.D.'s testimony at trial because, as stated in her written report, she was not in fact a "treating

physician" of Plaintiff, but rather merely provided an independent medical evaluation of

Plaintiff. She provided no treatment. Therefore, Dr. Waller was required to comply with all the

3

requirements of Federal Rule of Civil Procedure 26(a)(2)(B) in her written report and failed to do

so. Accordingly, her testimony should not be permitted at trial.

CITY OF LYNCHBURG, VIRGINIA and
SERGEANT SETH REED

By /s/ John R. Fitzgerald
Jim H. Guynn, Jr., Esq. (VSB # 22299)
John R. Fitzgerald, Esq. (VSB # 98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
           johnf@guynnwaddell.com
*Counsel for Defendants*

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April, 2026, I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

M. Paul Valois                                  Steven D. McFadgen, Sr.
James River Legal Associates                    McFadgen Law, PLC
7601 Timberlake Road                            3521 Campbell Avenue
Lynchburg, VA 24502                             Lynchburg, VA 24501
Phone: (434) 845-4529                           Phone: (434) 385-4579
Fax: (434) 845-8536                             FAX: (888) 873-1048
Email: mvalois@vbclegal.com                     Email: muchmorelaw@gmail.com
*Counsel for Plaintiff*                         *Counsel for Plaintiff*


/s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB #22299)
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
        johnf@guynnwaddell.com
*Counsel for Defendants*

5