CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/9/2026
LAURA A. AUSTIN, CLERK
BY:  s/ ARLENE LITTLE
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**
LYNCHBURG DIVISION

| | |
|---|---|
| CALVIN WESLEY,<br><br>                              *Plaintiff,*<br><br>v.<br><br>THE CITY OF LYNCHBURG AND LPD<br>OFFICER SETH REED.,<br><br>                              *Defendants.* | CASE NO. 6:24-CV-00032<br><br><br>**ORDER**<br><br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying memorandum opinion, the Court **GRANTS** the City of Lynchburg's motion for summary judgment. Dkt. 36. The Court **DENIES** Reed's motion for summary judgment. Dkt. 34.

Because the claims against the City are not proceeding to trial, the Court's prior bifurcation order (Dkt. 33) is hereby **VACATED**.

The Clerk is directed to enter judgment in favor of the City, which is hereby dismissed as a party to this action.

The Clerk of Court is directed to send a copy of this order to all counsel of record.

It is **SO ORDERED.**

Entered this ___9th___ day of April, 2026.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE