AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

4/9/2026

LAURA A. AUSTIN, CLERK
BY:  s/ ARLENE LITTLE
DEPUTY CLERK

|  |  |
|---|---|
| Calvin Wesley | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  6:24cv00032 |
| The City of Lynchburg, et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    The action against The City of Lynchburg is dismissed.

.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge  Norman K. Moon _____ on a motion for

Summary Judgment.

.

Date:    April 9, 2026 _____

LAURA A. AUSTIN, CLERK OF COURT



s/ Arlene Little _____
*Deputy Clerk*