IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| CALVIN WESLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action: 6:24cv32 |
| | ) | |
| LPD OFFICER SETH REED, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**</u>

Defendant Sergeant Seth Reed, by counsel, and pursuant to the Court's Pretrial Order

(ECF No. 11), submits the following proposed voir dire questions to ask of potential jurors:

1. During the past five years, have any of you served on a jury?  If yes,

    a. Was it a civil or a criminal case?

    b. If civil, what, in general, was the case about?

    c. Without telling me the outcome, or who won, please tell me whether or not the

       jury reached a verdict.

    d. Will you be able to put aside your prior jury experience as you sit in this case, to

       ignore completely anything you learned about the law or evidence in those cases,

       and decide this case solely on the basis of the evidence that I admit during this

       trial and on the law as I instruct you in it?

2. Have you ever been a party to a civil lawsuit?

    a. If so, were you a plaintiff or a defendant?

    b. What were the circumstances?

1

  c. Is there anything about that experience that would cause you to question your ability to decide this case fairly and impartially, only on the basis of the evidence I admit during this trial and the law as I instruct you in it?

3. Have you ever been a witness in a lawsuit?  If so, please explain the circumstances.

  a. Is there anything about that experience that would cause you to question your ability to decide this case fairly and impartially, only on the basis of the evidence I admit during this trial and the law as I instruct you in it?

4. Have you read or heard anything in the media about this case?  If so, please explain.

5. Have you ever been employed in law enforcement?  If so, please explain.

6. Do you have any relatives or close friends employed in law enforcement?  If so, please explain.

7. Have you ever been treated in a way that you thought was inappropriate by a law enforcement officer?  If so, please explain.

8. Have you ever participated in protests about law enforcement officers?  If so, please explain.

9. Do you believe we should defund the police?

10. Do you believe that police are less truthful than other citizens?

11. Do you believe that police are more truthful than other citizens?

12. Is there anyone who believes that police officers should never use any amount of force on a person, regardless of the person's actions?

13. Is there anyone who believes that if a police officer causes a person injury, the officer's use of force must have been excessive, regardless of the person's actions?

14.     Is there anyone who believes that use of force via police canine is always an inappropriate or excessive use of force?

15.     Is there anyone who has a phobia of dogs or specific breeds of dog?

16.     As a juror, you may have to resolve conflicts in the testimony of witnesses.  This means you may have to decide whether to believe or reject all or part of a witness's testimony or who is telling the truth.  Is there any juror who feels this is something he or she cannot do?

17.     Are you willing to follow my instructions regarding the law whether you agree with the law or not?  If that idea troubles you, please let me know.

18.     Can you think of any experience in your life or any other matter that occurs to you now that you think you should bring to my attention because it may have some bearing on your ability to be fair as a juror in this case?

19.     Do any of you have any bias or prejudice against lawyers?  If so, please explain.

20.     Having heard all the questions put to you, do you know any reason why you could not sit on this jury and render a fair verdict based on the evidence presented and the legal instructions I give you?

SERGEANT SETH REED

By /s/ John R. Fitzgerald
Jim H. Guynn, Jr., Esq. (VSB # 22299)
John R. Fitzgerald, Esq. (VSB # 98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
jimg@guynnwaddell.com
johnf@guynnwaddell.com
*Counsel for Defendant*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 13th day of April, 2026, I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

M. Paul Valois                                    Steven D. McFadgen, Sr.
James River Legal Associates                      McFadgen Law, PLC
7601 Timberlake Road                              3521 Campbell Avenue
Lynchburg, VA 24502                               Lynchburg, VA 24501
Phone: (434) 845-4529                             Phone: (434) 385-4579
Fax: (434) 845-8536                               FAX: (888) 873-1048
Email: mvalois@vbclegal.com                       Email: muchmorelaw@gmail.com
*Counsel for Plaintiff*                           *Counsel for Plaintiff*


/s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB #22299)
John R. Fitzgerald (VSB #98921)
GUYNN WADDELL, P.C.
415 S. College Avenue
Salem, Virginia  24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: jimg@guynnwaddell.com
        johnf@guynnwaddell.com
*Counsel for Defendant*

4