# McFadgen Law P.L.C.
## STEVEN D. McFADGEN, Sr., Esq.
### Attorney & Counselor At Law

**April 14, 2026**

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

APR 14 2026

LAURA AUSTIN
~~JULEE C. DUDLEY~~, CLERK
BY: B. McAbee
DEPUTY CLERK

6:24CV32

**VIA – HAND DELIVERY**

United States District Court
Western District of Virginia
Attention: Carmen Amos,
Courtroom Deputy for
The Hon. Norman K. Moon
1101 Court Street
Lynchburg, Virginia 24504

　　　　RE:　　Calvin Wesley v. City of Lynchburg, et al
　　　　　　　United States District Court – Lynchburg Division
　　　　　　　Case No.: ~~6:22cv00031~~

Dear Ms. Amos:

Pursuant to the Order entered by Judge Moon on April 2, 2026, I am filing the Body Cam Footage of the Defendant Officers with the Court by hand delivery instead of electronically. The Body Cam Footage is over 50 MB per file and could not be downloaded into Box.com. The following will be listed as Plaintiff's Exhibits as follows:

　　Pltf 10 – Body cam footage – Officer Reed – 3/11/21 and 12/20/21
　　Pltf 11 – Body cam footage – Officer Bryant – 3/11/21 and 12/20/21
　　Pltf 12 – Body cam footage – Officer Hall – 3/11/21
　　Pltf 13 - Body cam footage – Officer McLeon – 3/11/21
　　Pltf 14 – Body cam footage – Officer Pearson – 3/11/21 and 12/20/21
　　Pltf 15 – Body cam footage – Officer Smith – 3/11/21
　　Pltf 16 – Body cam footage – Officer Bonferraro – 12/20/21
　　Pltf 17 – Body cam footage – Officer Johnson – 12/20/21
　　Pltf 18 – Body cam footage – Officer Parrish – 12/20/21
　　Pltf 19 – Body cam footage – Officer Parvia - 12/20/21
　　Pltf 20 – Body cam footage – Officer Rowland - 12/20/21

By copy of this letter to the Defendants' counsel, I am acknowledging filing of these videos with the Court. The Defendants are in possession of the Body Cam footage as they provided same to Plaintiff.

---

**Professional Limited Liability Company**

3521 Campbell Avenue
Lynchburg, Virginia 24501
Website: www.mcfadgenlaw.com

Office:　　(434) 385-4579
Facsimile: (434) 900-2008
Email:　　muchmorelaw@gmail.com

# McFadgen Law P.L.C.

## STEVEN D. McFADGEN, Sr., Esq.
### Attorney & Counselor At Law

Thank you for your assistance in this matter.  If you have any questions or concerns, please feel free to contact me.   With kind regards, I am,

Sincerely yours,

Steven D. McFadgen, Sr.,

SDMsr/rdg

cc:  M. Paul Valois, Esquire
     John R. Fitzgerald, Esquire

**Professional Limited Liability Company**

3521 Campbell Avenue
Lynchburg, Virginia  24501
Website: www.mcfadgenlaw.com

Office:      (434) 385-4579
Facsimile: (434) 900-2008
Email: muchmorelaw@gmail.com