Steven D. McFadgen, Sr.
McFadgen Law, PLC
3521 Campbell Avenue
Lynchburg, Virginia 24501



United States District Court
Western District of Virginia
Attention:  Carmen Amos, Courtroom Deputy
For The Hon. Norman K. Moon
1101 Court Street
Lynchburg, Virginia  24504