# UNITED STATES DISTRICT COURT

for the

United States District Court for the Western District of Virginia

| | | |
|---|---|---|
| **Calvin Wesley** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 6:24CV32 |
| | ) | |
| **City of Lynchburg, et al** | ) | |
| | ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Virginia Stork, being duly sworn, state:

I am a private process server, 18 years of age or older and not a party to this action or a member of a corporation or organization that is a party to this action. My address is 14070 Oakview cir, Vancleave, MS 39565.

I served the following documents to Mark S. Dunston in Jackson County, MS on April 11, 2026 at 10:09 am at 60 Whisperwood Ln, Ocean Springs, MS 39564-9214 by personal service by handing the following documents to an individual identified as Mark S. Dunston.

SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION
Race: White, Sex: Male, Est. Age: 55-64, Hair: Gray, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=30.4131340487,-88.7371600063
Photograph: See Exhibit 1

Total Cost: $95.00

*Virginia Stork*
Server Signature
Virginia Stork
+1 (228) 282-4485

Subscribed and sworn to before me this 14th day of
April , 2026 , by
virginia Stork .
Notary Name. Witness my hand and official seal.

*Olivia Lambert*
Notary Public

My Commission expires:

ID# 494781
OLIVIA LAMBERT
Commission Expires
March 11, 2029
STATE OF MISSISSIPPI NOTARY PUBLIC
JACKSON COUNTY



AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | | |
|---|---|---|
| Calvin Wesley | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.  6:24CV32 |
| City of Lynchburg, et al | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Mark S. Dunston
    60 Whisperwood Lane, Ocean Springs, MS  39564

_(Name of person to whom this subpoena is directed)_

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place: United States District Court<br>1101 Court Street, Lynhburg, VA  24504 | Courtroom No.: <br> Date and Time: 04/20/2026 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(leave blank if not applicable)_:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 4/4/26

| | |
|---|---|
| _CLERK OF COURT_ | OR _____ |
| _____ | |
| _Signature of Clerk or Deputy Clerk_ | _Attorney's signature_ |

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ ___Calvin Wesley___
_____ , who issues or requests this subpoena, are:

Steven D. McFadgen, Sr., McFadgen Law, PLC, 3521 Campbell Avenue, Lynchburg, VA 24501, (434) 385-4579, and M. Paul Valois, Esquire, James River Legal Associates, 7601 Timberlake Road, Lynchburg, VA 24502 (434) 845-4529

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88  (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 6:24CV32

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Mark S. Dunston

on *(date)* 4/08/26 .

☑ I served the subpoena by delivering a copy to the named person as follows: Mark S. Dunston

_____ on *(date)* 4/11/26 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 4/14/26

_____ Virginia Stork _____
Server's signature

Virginia Stork
Printed name and title

14070 Oakview Cir. Ocean Springs
Server's address
MS 39565

Additional information regarding attempted service, etc.: