AO 88  (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Virginia

| | |
|---|---|
| Calvin Wesley | ) |
| _Plaintiff_ | ) |
| v. | )    Civil Action No.  6:24CV32 |
| City of Lynchburg, et al | ) |
| _Defendant_ | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Brenda Waller, MD
    2600 Memorial Avenue, Suite 201B, Lynchburg, Virginia  24501

_(Name of person to whom this subpoena is directed)_

      **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place: United States District Court <br> 1101 Court Street, Lynhburg, VA  24504 | Courtroom No.: |
| | Date and Time: 04/20/2026 9:00 am |

      You must also bring with you the following documents, electronically stored information, or objects _(leave blank if not applicable)_:

      The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  4/4/26

| _CLERK OF COURT_ | | |
|---|---|---|
| | OR | |
| _____ | | _____ |
| _Signature of Clerk or Deputy Clerk_ | | _Attorney's signature_ |

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_    Calvin Wesley
_____ , who issues or requests this subpoena, are:

Steven D. McFadgen, Sr., McFadgen Law, PLC, 3521 Campbell Avenue, Lynchburg, VA 24501, (434) 385-4579, and
M. Paul Valois, Esquire, James River Legal Associates, 7601 Timberlake Road, Lynchburg, VA 24502 (434) 845-4529

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 6:24CV32

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: Rochelle Wimbush-

Medical assistant to Dr. Brenda Waller

on *(date)* 4/13/2026 ; or at 3:05pm

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 4/13/2026

Stephanie Newby

*Server's signature*

Stephanie Newby - Private Process Server

*Printed name and title*

29 Shrader Ln Apt 204 Lynchburg, VA 24502

*Server's address*

Additional information regarding attempted service, etc.: