**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
LYNCHBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

4/21/2026

LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
DEPUTY CLERK

CALVIN WESLEY,

                              *Plaintiff,*

          v.

SETH REED,

                              *Defendant.*

CASE NO. 6:24-CV-00032

**ORDER**

JUDGE NORMAN K. MOON

The parties have reached a settlement in principle. Because there is no longer a live controversy, this case is **DISMISSED** without prejudice, and the Clerk is directed to strike this case from the active docket.[1]

If the parties' settlement agreement requires them to file a joint stipulation of dismissal *with prejudice*, they are free to do so. As allowed by the Federal Rules, the parties' joint stipulation will convert this dismissal without prejudice to a dismissal *with prejudice* without further court order. *See Holloway v. City of Virginia Beach*, 2025 WL 1888244, at *3 (E.D. Va. July 8, 2025) (citing Fed. R. Civ. P. 41(a)(1)(A)(ii)).

It is so ordered.

Entered this __21st__ day of April 2026.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

---

[1]     Should the parties fail to ratify their settlement agreement, they may move to reopen this case, and the Court will vacate this order of dismissal.