IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| CALVIN WESLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action: 6:24cv32 |
| | ) | |
| LPD OFFICER SETH REED, | ) | |
| | ) | |
| Defendant. | ) | |

## **JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Calvin Wesley and Defendant Seth

Reed stipulate to the voluntary dismissal with prejudice of any and all counts and claims against

Defendant Seth Reed as set forth in the Complaint, with all parties to bear their own attorneys'

fees, costs, and expenses associated with any and all such counts and claims.

A proposed dismissal order is attached for the Court's consideration.


CALVIN WESLEY

By: /s/ Steven D. McFadgen Sr.
Steven D. McFadgen Sr., Esq. (VSB No. 83273)
McFadgen Law, PLC
3521 Campbell Avenue
Lynchburg, Virginia 24501
Telephone: (434) 385-4579
Facsimile: (434) 900-2008
muchmorelaw@gmail.com
*Counsel for Plaintiff*

By: /s/ M. Paul Valois
James River Legal Associates
7601 Timberlake Road
Lynchburg, VA 24502
Phone: (434) 845-4529
Fax: (434) 845-8536
Email: mvalois@vbclegal.com
*Counsel for Plaintiff*


and

{00543138.DOCX }

SETH REED

By: /s/ John R. Fitzgerald
Jim H. Guynn, Jr. (VSB No. 22299)
John R. Fitzgerald (VSB No. 98921)
GUYNN WADDELL, PC
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax: 540-389-2350
Email: JimG@guynnwaddell.com
Email: JohnF@guynnwaddell.com
*Counsel for Defendant Seth Reed*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May, 2026, I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

M. Paul Valois                          Steven D. McFadgen, Sr.
James River Legal Associates            McFadgen Law, PLC
7601 Timberlake Road                    3521 Campbell Avenue
Lynchburg, VA 24502                     Lynchburg, VA 24501
Phone: (434) 845-4529                   Phone: (434) 385-4579
Fax: (434) 845-8536                     FAX: (888) 873-1048
Email: mvalois@vbclegal.com             Email: muchmorelaw@gmail.com
*Counsel for Plaintiff*                 *Counsel for Plaintiff*


                                        /s/ John R. Fitzgerald
                                        John R. Fitzgerald

{00543138.DOCX }                        2