IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| CALVIN WESLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action: 6:24cv32 |
| | ) | |
| LPD OFFICER SETH REED, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon stipulation of dismissal filed by Plaintiff Calvin Wesley and Defendant Seth Reed,

by counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby ADJUDGED,

ORDERED, AND DECREED that the Complaint be DISMISSED WITH PREJUDICE as to

Defendant Seth Reed, with all parties to bear their own attorneys' fees, costs, and expenses

associated with any and all counts and claims as to Defendant Seth Reed.

IT IS SO ORDERED.

ENTER:        /        /

_____
U.S. District Judge

{00543139.DOCX }